**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JASON ENGLISH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **CIVIL ACTION NO. 5:21cv271-DCR** |

**<u>ORDER GRANTING MOTION FOR ADMISSION *PRO HAC VICE*</u>**

On behalf of Defendant Lincoln Life Assurance Company of Boston Iwana Rademakers has moved the Court for the admission pro hac vice. The Court finds that the movant has tendered the required filing fee and certificate of good standing, and that Ms. Rademaekers has consented to the jurisdiction and rules of the Kentucky Supreme Court. Accordingly, pursuant to LR 83.2(a), and the Court being duly and sufficiently advised, it is hereby ORDERED as follows:

1. The Motion for Admission Pro Hac Vice is GRANTED; and

2. Iwana Rademaekers is ADMITTED pro hac vice as counsel for Defendant Lincoln Life Assurance Company of Boston in the above styled action.