UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON ENGLISH,<br><br>Plaintiff,<br><br>V.<br><br>LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5: 21-271-DCR<br><br><br><br>**ORDER** |

***   ***   ***   ***

Defendant Lincoln Life Assurance Company of Boston has filed a motion for attorney Iwana Rademaekers to appear *pro hac vice*. [Record No. 4] Having reviewed the motion and finding that the requirements of Local Rule 83.2 are satisfied, it is hereby

**ORDERED** that the motion for Iwana Rademaekers to appear pro hac vice [Record No. 4] is **GRANTED**.

Dated: October 25, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky