**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JASON ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:21cv271-DCR** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**<u>ORDER GRANTING DEFENDANT'S MOTION TO PARTIALLY DISMISS PLAINTIFF'S COMPLAINT</u>**

On this day, the Court considered the Motion to Partially Dismiss Plaintiff's Complaint filed by Defendant Lincoln Life Assurance Company of Boston pursuant to Federal Rule of Civil Procedure 12(b)(6). Having considered the Motion, and after review of Plaintiff's Complaint, Plaintiff's Response to Defendant's Motion, and the applicable law, the Court is of the opinion that Defendant's Motion should be **GRANTED**. It is, therefore,

**ORDERED** that Defendant's Motion to Partially Dismiss is hereby **GRANTED**. It is, therefore, also

**ORDERED** that Plaintiff's claim against Defendant shall proceed as a claim pursuant to 29 U.S.C. § 1132(a)(1)(B), and Plaintiff's state law breach of contract cause of action (Count Two, Paragraph 35-37 of Plaintiff's Complaint) is **DISMISSED WITH PREJUDICE.**