UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON ENGLISH, | ) | |
| | ) | Civil Action No. 5: 21-271-DCR |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Defendant Lincoln Life Assurance Company of Boston ("Lincoln Life") asserts in various filings that "[t]he correct name of the Defendant in this action is The Lincoln National Life Insurance Company." [Record No. 7, p. 1 n.1] Defendant explains that The Lincoln National Life Insurance Company was previously a parent corporation of Lincoln Life Assurance Company of Boston, which has merged back into the parent corporation and changed its name. [*Id.*] Plaintiff Jason English has not responded to these contentions.

Accordingly, it is hereby

**ORDERED** that Plaintiff English is directed to file a response indicating his position on Defendant's requested name substitution within seven days of entry of this Order.

Dated: December 2, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky