**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
(at Lexington)

| | | |
|---|---|---|
| **JASON ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:21cv271-DCR** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

**PLAINTIFF'S RESPONSE TO PROPOSED SUBSTITUTION OF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AS DEFENDANT**

Pursuant to the Court's Order of December 3, 2021, Plaintiff Jason English files the following Response setting forth his position on Defendant's request to substitute "The Lincoln National Life Insurance Company" for "Lincoln Life Assurance Company of Boston." Plaintiff does not object to the proposed substitution of "The Lincoln National Life Insurance Company" for "Lincoln Life Assurance Company of Boston" contingent upon the amendment/substitution relating back to the date upon which the Complaint initiating this action was originally filed. Fed. R. Civ. P. 15(c)(1)(C).

Respectfully submitted,

/s/ Kevan M. Doran_______

Kevan M. Doran (KBA Bar No. 90631
DORAN LAW OFFICE
2950 Breckenridge Lane, Ste. 200
Louisville, Kentucky 40220
Phone: (502) 208-4971
Fax: (502) 618-0605
kdoran@thedoranlawoffice.com
*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Eastern District of Kentucky, using the electronic case filing system of the court and hence served electronically on this 9th day of December, 2021 upon the following:

Iwana Rademaekers
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17340 Preston Road, Suite 800
P.O. Box 1177
Dallas, Texas 75252
Ph: 214-579-9319
Fx: 469-444-6456
iwana@rademaekerslaw.com

/s/ Kevan M. Doran_______
Kevan M. Doran
*Counsel for Plaintiff*