UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON ENGLISH,<br><br>Plaintiff,<br><br>V.<br><br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,[1]<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 5: 21-271-DCR<br><br>**SCHEDULING ORDER** |

***  ***  ***  ***

The Court being sufficiently advised, it is hereby

**ORDERED** that the following schedule is adopted for disposition of this case:

1. The defendant shall file the administrative record with the Court on or before **January 14, 2022**. Should the plaintiff have objections to the content of the administrative record filed with the Court, such objections shall be filed on or before **January 28, 2022**.

2. No later than **February 4, 2022**, the parties shall file any motions to amend pleadings and/or join additional parties.

3. Should the plaintiff seek to take discovery as may be allowed in ERISA actions, the plaintiff shall serve such proposed discovery on or before **February 18, 2022.**

---

1 The Complaint names Lincoln Life Assurance Company of Boston as the defendant in this action [Record 1-1] but the Notice of Removal [Record No. 1] and other filings clarify that The Lincoln National Life Insurance Company is the proper defendant. Plaintiff Jason English does not object to this substitution, which relates back under Rule 15(c)(1)(C) of the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(c)(1)(C); [Record No. 11].

4. The defendants shall: (i) respond to the proposed discovery or (ii) notify the plaintiff in writing that the plaintiff is not entitled to conduct the proposed discovery, or that all or a portion of the proposed discovery is outside the bounds of discovery permitted in a claim seeking the recovery of an ERISA benefit by no later than **March 18, 2022**.

5. Should the parties be unable to agree regarding any proposed discovery, the plaintiff shall file any motion concerning the proposed discovery no later than **March 25, 2022.**

6. The parties shall file motions for judgment, together with supporting memoranda, on or before **April 29, 2022**, or if any motions concerning discovery remain pending with the Court at that date, within **sixty (60) days** after the resolution of discovery motions and the close of discovery.

7. Responses are due no later than **thirty (30) days** after the parties file motions for judgment.

8. Reply briefs are due no later than **fifteen (15) days** after the parties file response briefs.

9. The parties may request oral argument by separate motion or through their briefs if they believe that oral argument would assist the Court in resolving any of the issues.

Dated: December 14, 2021.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky