**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 8465694 Claim Last Updated 10/08/2019 Printed On 10/14/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JASON L ENGLISH | SSN | | Birth Date | |
| Address | | Salary Amount $ | 5345.60 | Mode | M |
| | | Date of Hire | 06/02/1997 | | |
| | | Last Work Date | 07/26/2018 | | |
| | | Federal Tax | Employee Option | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc PRODUCTION GROUP LEADER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Denied | Status Reason | Not TD Own Occ | Received Date | 10/15/2018 |
| Disability Date | 05/31/2018 | Close Date | 05/31/2018 | Reopen Date | |
| Sick Days Left | 193 | Max Ben Date | 12/09/2020 | RTW FT / PT | |
| Ben Begin Date | 12/10/2018 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc F43.23 Adjustment disorder with mixed anxiety and depressed mood

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location K4120000 TEMA

Symb GF Numeral 01 Product LTD Funding CON Bank Y Calcs Y Cntr Eff 01/01/2013

Class 1B ALL ACTIVE FULL-TIME AND PART-TIME TEAM MEMBERS OF TOYOTA MOTORS EN

Waiting Period: New/Mode-Current/Mode 6 Month 6 Month Days in WRKWK

Elimination Period: Days/Type 180 Mental-Nervous COLA: Mode/Duration

Successive Period: Period/Mode 6 Month SS Integration:Type/Value FSS

Partial Disability Type/Pct QRP Survivor Ben Months/Wait Period 3 180

Non-Verifiable Symptoms Limit 24 Own Occupation Definition Limit 24 M/N Limit 24

Benefit % Max Benefit $ Min Benefit $ Employer Contr % 100.00 Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 12/02/1997 |
| PD | 01 | STD | 02 | 06/02/1997 |

Additional Information:

EXHIBIT

3

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6054629 Claim Last Updated 08/03/2018 Printed On 10/14/2021

Claimant Information

| | | | | | |
|---|---|---|---|---|---|
| Name | JASON L ENGLISH | SSN | | Birth Date | |
| Address | | Salary Amount $ | | Mode | B |
| | | Date of Hire | 06/02/1997 | | |
| | | Last Work Date | 07/26/2018 | | |
| | | Federal Tax | None | State Tax | No |
| Phone | | Phys Demands | Medium | | |

JobDesc PRODUCTION GROUP LEADER

| | | | | | |
|---|---|---|---|---|---|
| Claim Status | Void | Status Reason | Duplicate Claim | Received Date | 07/31/2018 |
| Disability Date | 07/27/2018 | Close Date | 07/27/2018 | Reopen Date | |
| Sick Days Left | | Max Ben Date | 01/31/2019 | RTW FT / PT | |
| Ben Begin Date | 08/03/2018 | Apprv Thru Date | | Gross Ben $ | |

Diagnosis 1 Code/Desc F32.9 Major depressive disorder, single episode, unspecified

Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN

Subsidiary TKY0 TOYOTA TEMA KENTUCKY

Location K4120000 TEMA

Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2015

Class 02 ALL ACTIVE, FULL-TIME AND PART-TIME HOURLY TEAM MEMBERS OF TOYOTA MC

Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK 5

Elimination Period: Days/Type 7 Sickness COLA: Mode/Duration

Successive Period: Period/Mode 60 Day SS Integration:Type/Value

Partial Disability Type/Pct Survivor Ben Months/Wait Period

Non-Verifiable Symptoms Limit Own Occupation Definition Limit M/N Limit

Benefit % Max Benefit $ Min Benefit $ Employer Contr % Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 12/02/1997 |
| PD | 01 | STD | 02 | 06/02/1997 |

Additional Information:

**Claim Coversheet Report**

Find | Clear | Print | Save | New | Help

Admin Notes Claim Class Correspond Doc List Medical SPELL Letters

Claim Number 6017589 Claim Last Updated 10/08/2019 Printed On 10/14/2021

Claimant Information

Name JASON L ENGLISH
SSN
Birth Date
Address
Salary Amount $ 2467.20
Mode B
Date of Hire 06/02/1997
Last Work Date 07/26/2018
Federal Tax None
State Tax No
Phone
Phys Demands Medium
JobDesc PRODUCTION GROUP LEADER

Claim Status Closed
Status Reason Not TD Own Occ
Received Date 06/01/2018
Disability Date 05/31/2018
Close Date 09/24/2018
Reopen Date 07/27/2018
Sick Days Left
Max Ben Date 12/09/2018
RTW FT / PT
Ben Begin Date 06/07/2018
Apprv Thru Date 09/23/2018
Gross Ben $
Diagnosis 1 Code/Desc F43.23 Adjustment disorder with mixed anxiety and depressed mood
Diagnosis 2 Code/Desc

Policyholder Information

Customer ID 06 - 066619 TOYOTA MOTOR ENGINEERING & MAN
Subsidiary TKY0 TOYOTA TEMA KENTUCKY
Location K4120000 TEMA
Symb PD Numeral 01 Product STD Funding ASO Bank N Calcs Y Cntr Eff 01/01/2015
Class 02 ALL ACTIVE, FULL-TIME AND PART-TIME HOURLY TEAM MEMBERS OF TOYOTA MC
Waiting Period: New/Mode-Current/Mode 0 0 Days in WRKWK 5
Elimination Period: Days/Type 7 Sickness
COLA: Mode/Duration
Successive Period: Period/Mode 60 Day
SS Integration:Type/Value
Partial Disability Type/Pct
Survivor Ben Months/Wait Period
Non-Verifiable Symptoms Limit
Own Occupation Definition Limit
M/N Limit
Benefit %
Max Benefit $
Min Benefit $
Employer Contr %
Subro Ind Y

Selected Benefits

| Symbol | Numeral | Product Type | Class | Eligibility Date |
|---|---|---|---|---|
| GF | 01 | LTD | 1B | 12/02/1997 |
| PD | 01 | STD | 02 | 06/02/1997 |

Additional Information:

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

**Claim ve t eave m er** 8465694 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Legal
Other Subject : LAWSUIT FILED
Text: [10/13/2021 - MAINELLI, DEBRA]CLAIMANT HAS FILED A LAWSUIT. PLEASE DIRECT ANY FURTHER INQUIRY ON THIS CLAIM TO THE LITIGATION MANAGER.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : OUT
Text: [10/08/2019 - ADAMS, STEPHANIE]MAINTAIN DENIAL. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFICATION TO ATTNY AND EMPLOYER

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [10/08/2019 - SKOGLUND, JENNIFER]AGREE WITH UH.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : MANAGER REFERRAL
Text: [10/03/2019 - ADAMS, STEPHANIE]FILE REFERRED TO MANAGER FOR REVIEW

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : LTR to Atty
Other Subject :
Text: [09/11/2019 - ADAMS, STEPHANIE]RTR WITH COPY OF CLINICAL ASSESSMENT

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject :
Text: [09/06/2019 - ADAMS, STEPHANIE]APPEAL RECEIVED AND IN PROCESS, ARC INITIAL SCREEN COMPLETE, REFERRED FOR FFR WITH AP CONTACT[09/06/2019 - ADAMS, STEPHANIE]9/27/2019

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [09/05/2019 - LAMBERT, AUBREY]PRESCREEN COMPLETE. FI ERISA LTD CLAIM 8465694 FILED 6/1/18 (PER ASSOCATED STD CLAIM 6017589). JD IN DOC LIST BUT MISSING EE AUTH. DIS TYPE CODING CORRECT. APPEAL CODING CORRECT. CLAIM DENIED NOT TD OWN OCC - LETTERDATED 12/4/18. 180 DAY APPEAL PERIOD. APPEAL DEADLINE 6/1/19. APPEAL LETTER FROM ATTY DATED AND RECEIVED 4/18/19. ON APPEAL RECEIVED AP GILLIAM OVNS 10/10/18 TO 4/10/19 (MEDS SUBMITTED ON 8/26/19 AFTER APPEAL DEADLINE). ACK LETTER TO EE DEFERRED UNTIL ARC CAN REVIEW CLAIM. ASSIGNED TO ARC STEPHANIE ADAMS.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal

NoteSubject : Appeal
Other Subject : REFERRAL RECVD
Text: [08/27/2019 - AVERILL, REBECCA]ASSIGNED TO A. LAMBERT.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 8/26/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Appeals
Other Subject : ARU
Text: [08/26/2019 - PACHECO, KATIE]REFERRED TO ARU FOR APPEAL REVIEW

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : MGR REVIEW-ARU
Text: [08/26/2019 - DIGIANDOMENICO, ROBERT]AGREE WITH ARU REFERRAL

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Appeal
Other Subject : REFER TO ARU
Text: [08/26/2019 - PACHECO, KATIE]RECD REQUEST FOR APPEAL BY ATTORNEY AND RECD ADDL MED RECS AS OF 8/21/19. DCM RECOMMENDS REFERRAL TO ARU FOR ONGOING INVESTIGATION.

**ote**
Claim/Event/Leave: 8465694
NoteSubject : Called Other
Other Subject : ATTORNEY
Text: [08/26/2019 - PACHECO, KATIE]DCM CALLED ATTORNEY KEVAN DURAN. SPOKE TO CHRISTINA ADVISING THAT APPEAL HAS NOT STARTED AND THERE ARE NO UPDATES AS NEVER RECD APPEAL LTR OR ADDL MED INFO TO BE INCLUDED IN APPEAL. CHRISTINA FORWARDED CALL TO KEVAN. KEVAN SAID THAT ORIGINAL NOTICE THAT SENT TO ADCM WAS THE APPEAL LTR WHEN REQUESTED CLAIM FILE. DCM U/S. SAID THAT WILL CONSIDER THAT APPEAL LTR THEN BUT NEVER RECD ANY ADDL MED INFO. KEVAN SAID THAT SHOULD HAVE RECD 30 PGS OF MED ALONG WITH FAX THAT JUST RECD LAST WEEK. DCM CF THAT THE 30 PGS WERE SENT SEPARATELY AND DID RECV THEM, SO WILL FORWARD INFO TO ARU AND THEY WILL BEGIN APPEAL REVIEW. SAID WILL BE ASSIGNED A ARU REP AND THEY WILL SEND CORRESPONDENCE WITH THEIR CONTACT INFO. KEVAN THANKEDC/E.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [04/22/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, COVERSHEET, AND LTD POLICY SHIPPED TO DORAN LAW OFFICE ATTN: KEVAN M. DORAN; 8950 BRECKENRIDGE LANE, SUITE 12A, LOUISVILLE, KY 40220 VIA 2ND DAY AIR[04/22/2019 - BOWMAN, CASEY]***CORRECTION 2950 BRECKENRIDGE LANE***

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : FILE COPY REQUEST
Text: [04/18/2019 - PACHECO, KATIE]DCM SENT REQUEST FOR COPY OF FILE AND DISABILITY POLICY TO BE GATHERED AND SENT TO ATTORNEY REPRESENTING TM.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : LTR FROM ATTORNEY
Text: [04/18/2019 - PACHECO, KATIE]RECD LTR FROM DORAN LAW OFFICE KEVAN M. DORAN REQUESTING COPY OF LTD POLICY AND CLAIM FILE.

**ote**
Claim/Event/Leave: 8465694
NoteSubject : Called EE
Other Subject : 4/1/2019
Text: [04/02/2019 - CRUZ, ERIKA]RECD VOICE MAIL MESSAGE FROM TM. TM WAS CALLING BECAUSE HE IS TRYING TO SUBMIT AN APPEAL AND NEEDS TO KNOW WHAT HE NEEDS TO SEND IN. HE ASKED FOR A RETURN CALL AT MESSAGE CONCLUDED.[04/02/2019 - CRUZ, ERIKA]PC TO TM AT THE NUMBER INDICATED ABOVE. LEFT VOICE MAIL MESSAGE. DCM WAS RETURNING CALL TO ADVISE THAT ON 12/4/18, A DENIAL LETTER WAS SENT TO HIM EXPLAINING THE INFORMATION CURRENTLY AVAILABLE IN FILE AND THE CONCLUSION OF THE MEDICAL REVIEW COMPLETED BASED ON THOSE RECORDS. IF HE HAS ANY OTHER MEDICAL INFORMATION THAT WE CURRENTLY DO NOT HAVE, HE MIGHT WANT TO CONSIDER SENDING THAT INFORMATION AS PART OF HIS APPEAL ALONG W/ AN APPEAL LETTER. IF HE DOES NOT

HAVE A COPY OF THE DENIAL LETTER, WE CAN EMAIL THE LETTER IF HE VERIFIES HIS EMAIL ADDRESS. PROVIDED CONTACT INFO. IN CASE OF ANY QUESTIONS. MESSAGE CONCLUDED.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : EMAIL FROM/TO ER
Text: [02/20/2019 - CRUZ, ERIKA]RECD EMAIL FROM ER-DONNA SUTHERLAND TO INDICATE: THIS TM HAS NOT RETURNED TO WORK SINCE 5/31/18. DOES HE HAVE ANY APPEAL OPTIONS TO COVER ABSENCE FROM 9/24/18 WHEN STD CLAIM WAS CLOSED. ALSO, HAS HE MADE AN APPEAL THAT WAS DENIED? ***REPLY TO ER INDICATED: HELLO DONNA, THIS CLAIM WAS DENIED ON 12/3/18. MR. ENGLISH HAS 180 DAYS FROM THE DATE OF THE DENIAL TO SUBMIT AN APPEAL. ON DECEMBER 19, 2018, WE RECEIVED ONE OFFICE VISIT ONLY AND WHEN KATIE SPOKE WITH HIM, HEREPORTED THAT HE WAS SUBMITTING ADDITIONAL RECORDS ALONG WITH HIS APPEAL LETTER. AS OF TODAY, NO APPEAL LETTER AND/OR ADDITIONAL RECORDS HAVE BEEN RECEIVED; THEREFORE, THE CLAIM REMAINS CLOSED. THANKS, ERIKA CRUZ ***REPLY FROM ER INDICATED: ERIKA, I M ASSUMING THE BELOW HIS LTD APPEAL DEADLINE. DID HE HAVE AN APPEAL DEADLINE FOR THE STD AND IF SO WHAT WAS THAT DATE?***REPLY TO ER INDICATED: HELLO DONNA, THE DECISION ON THE STD AND LTD CLAIM WAS MADE THE SAME DAY; THEREFORE, THEDEADLINE FOR THE STD IS ALSO THE SAME AS THE LTD. LET ME KNOW IF YOU HAVE ANY OTHER QUESTIONS,

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : EMAIL FROM/TO ER
Text: [02/15/2019 - CRUZ, ERIKA]RECD EMAIL FROM ER-DONNA SUTHERLAND TO INDICATE: THIS TM HAS NOT RETURNED TO WORK SINCE 5/31/18. DOES HE HAVE ANY APPEAL OPTIONS TO COVER ABSENCE FROM 9/24/18 WHEN STD CLAIM WAS CLOSED. THANK YOU ***ALSO, HAS HE MADE ANAPPEAL THAT WAS DENIED? *****REPLY TO ER INDIATED: HELLO DONNA, THIS CLAIM WAS DENIED ON 12/3/18. MR. ENGLISH HAS 180 DAYS FROM THE DATE OF THE DENIAL TO SUBMIT AN APPEAL. ON DECEMBER 19, 2018, WE RECEIVED ONE OFFICE VISIT ONLY AND WHEN KATIE SPOKE WITH HIM, HE REPORTED THAT HE WAS SUBMITTING ADDITIONAL RECORDS ALONG WITH HIS APPEAL LETTER. AS OF TODAY, NO APPEAL LETTER AND/OR ADDITIONAL RECORDS HAVE BEEN RECEIVED; THEREFORE, THE CLAIM REMAINS CLOSED. THANKS, ERIKA CRUZ

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : RTW REPORT
Text: [02/11/2019 - CONWELL TUCKER, ASHTON]ER PMLOA REPORT DATED 2/7/19 CF REINTRO START DATE 2/11/19 FOR 10 DAYS WITH RTW DATE 2/25/19.

**ote**
Claim/Event/Leave: 8465694
NoteSubject : Called EE
Other Subject : APPEAL
Text: [12/19/2018 - PACHECO, KATIE]CALLED TM AT TO ADVISE THAT JUST RECD OVN DATED 12/19/18 FROM AP GILLIAM. ASKED IF TM IS USING THIS TOWARDS APPEAL? TM CF YES, BUT DOES HAVE ADDL MED RECS THAT WANTS TO SUBMIT AS WELL AS APPEAL LETTER. DCMAGREED, NEEDS APPEAL LTR FROM TM AND ANY ADDL MED THAT TM WANTS TO SUBMIT BEFORE MOVES FORWARD ON APPEAL REFERRAL. TM U/S. TM ASKED IF COULD EMAIL INFO. DCM CF YES, PROVIDED DISDOCS EMAIL TO TM. DCM ALSO ADVISED TM TO NOTIFY US WHEN HAS SUBMITTED ALL INFO FOR APPEAL SO WE KNOW WE CAN REFER TO ARU. TM AGREED HAD NFQ THANKED C/E.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Med Records Rcvd
Other Subject : GILLIAM
Text: [12/19/2018 - PACHECO, KATIE]RECD OVN DATED 12/19/18

**ote**
Claim/Event/Leave: 8465694
NoteSubject : EE Called
Other Subject :
Text: [12/10/2018 - PACHECO, KATIE]TM ASKED WHAT NEEDS TO DO TO GET STD AND LTD CLAIMS REOPENED? DCM SAID THAT MAILED DENIAL LTR ON 12/4 TO ADDRESS ON FILE WHICH WILL EXPLAIN NEXT STEPS FOR TM. TM SAID THAT MAY NOT HAVE GOTTEN LETTER BECAUSE WIFE HAS BEEN CHECKING MAIL AND MAY HAVE THROWN IT AWAY. TM ASKED IT BE EMAILED. DCM AGREED SAID WILL EMAIL COPY OF DENIAL LTR TO EMAIL ON FILE. TM CF IT WAS CORRECT THANKED C/E .

**ote**
Claim/Event/Leave: 8465694
NoteSubject : EE Called
Other Subject : CSU
Text: [12/10/2018 - MUDRICK, CARIN]EE CD FOR STATUS AND TO SPEAK TO ADCM - CLAIM CLOSED/DENIED - BEST TO SPEAK TO ADCM - PROV HER NAME/EXT - WARM TRF

**ote**
Claim/Event/Leave: 8465694
NoteSubject : EE Called
Other Subject : ACD

Other Subject : ACD
Text: [12/07/2018 - GARCIA, EVANGELINA]PC FROM TM WANTING KNOW WHY HE HAS NOT GOTTEN PAID. EXPLAINED TO TM THAT CLAIM HAS BEEN DENIED AND A DENIAL LETTER HAS BEEN MAILED OUT TO HIM. TM ASKED TO PLEASE EMAIL THE LETTER TO HIM SINCE HE IS GOING THRU A DIVORCE AND NOT SURE IF EX WIFE IS TAKING HIS MAIL. LET TM KNOW THAT I WILL EMAIL HIM THE LETTER THAT WAS MAILED OUT. TM THANKED ME. CALL CONCLUDED.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Denied
Other Subject : MGR REVIEW
Text: [12/03/2018 - DIGIANDOMENICO, ROBERT]AGREE WITH DETERMINATION RATIONALE TO DENY LTD CLAIM BASED ON LMCP REVIEW-IMPAIRMENT IS NOT SUPPORTED-NO R/LS IDENTIFIED-DENIAL LTR REVIEWED

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : LTR FROM ER
Text: [12/03/2018 - PACHECO, KATIE]KATIE, ANY UPDATE ON LTD STATUS?*****************RESPONSE TO ER************HELLO DONNA, THE CLAIMS ARE CURRENTLY UNDER REVIEW BY MY MANAGER TO SEE IF WE CAN CLOSE THE STD CLAIM AND DENY THE LTD CLAIM. WE SHOULD HAVE A DECISION BY END OF THIS WEEK FOR SURE. DO YOU BY CHANCE KNOW IF JASON RETURNED TO WORK? PART OF HIS MEDICAL RECORDS SUGGESTED THAT BUT JASON NEVER INDICATED TO ME THAT HE PLANNED ON RETURNING TO WORK OR IF HE EVER DID. THANK YOU, *************RESPONSE FROM ER***************KATIE, HE HAS NOT RETURNED TO WORK.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Action Plan
Other Subject : DENY
Text: [12/03/2018 - PACHECO, KATIE]PER PSYCH PEER REVIEW AND AP CONTACT, TM DOES NOT HAVE ANY SUPPORTED R&LS THAT PRECLUDE HIM FROM OWN JOB OR OO FROM 9/23/18 FORWARD. THEREFORE, DCM RECOMMENDS STD CLAIM CLOSED 9/24 FOR NOT TD AND LTD CLAIM DENIED FOR NOTTD OO. REFERRED TO MGR FOR REV.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : BENEFIT CALCULATION
Text: [11/19/2018 - BELLEMARE, LIBBY]SET UP SCHEDULED PAYMENT BASED ON ELIG EFF 4/2/18 SALARY $64,147.20/12= $5345.60 MONTHLY.. THE BENEFIT IS 60% OR $3,207.36. THE INITIAL PAYMENT WORKSHEET HAS BEEN SAVED TO THE DOC LIST.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : PSYCH ADDENDUM
Text: [11/13/2018 - PACHECO, KATIE]SINCE THE PRIOR REPORT OF 11/11/18, ADDITIONAL INFORMATION WAS PROVIDED TELEPHONICALLY BY THE CLAIMANT S PCP, DR. GILLIAM. DURING A TELEPHONE CONSULTATION OF 11/12/18 DR. GILLIAM NOTED THAT THE CLAIMANT WAS LAST SEEN ON11/8/18. ON THIS DATE THE CLAIMANT REPORTED THAT HE WAS BACK AT WORK ON A DIFFERENT SHIFT THAN HE WAS PREVIOUSLY WORKING. AT THE LAST VISIT THE CLAIMANT WAS TEARFUL BUT WAS IN CONTROL OF HIS EMOTIONS. HE WAS ABLE TO TAKE CARE OF HIS CHILDREN ANDHIS MANAGE HIS JOB. BASED ON THIS CLINICAL INFORMATION, THERE REMAINS NO BASIS FOR A RECOMMENDATION OF WORKPLACE RESTRICTIONS OR LIMITATIONS FROM 9/24/18.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO LIBBY BELLEMARE.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION. COMMENTS: REFERRING AGAIN FOR INITIAL CALCS AS WAS REJECTED FIRST TIME BY PAYMENT SPECIALIST

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Peer Review
Other Subject : PSYCH
Text: [11/12/2018 - PACHECO, KATIE]PSYCHIATRIC IMPAIRMENT IS SUPPORTED THROUGH 9/23/18. FROM 9/24/18 THERE IS NO DOCUMENTATION THAT THE CLAIMANT WAS PRECLUDED FROM PERFORMING HIS USUAL RANGE OF LIFE ACTIVITIES AS A RESULT OF A PSYCHIATRIC DISORDER, WITHNO DOCUMENTATION OF THE SYMPTOMS TYPICALLY ASSOCIATED WITH A SEVERE CONDITION (SUCH AS PSYCHOSIS, SUICIDAL THOUGHTS, SIGNIFICANT WEIGHT LOSS, COGNITIVE IMPAIRMENT, OR SOCIAL ISOLATION). THERE IS ALSO NO DOCUMENTATION OF OBSERVED MENTAL STATUS ABNORMALITIES (SUCH AS

IMPAIRMENT IN GROOMING, COMMUNICATION, BEHAVIOR, EMOTIONAL CONTROL, OR COGNITION) ON THIS DATE. THERE IS NO INDICATION THAT HE HAS PARTICIPATED IN A HIGHER LEVEL OF CARE, SUCH AS FREQUENT PCP VISITS OR SUSTAINED TREATMENT WITH ABEHAVIORAL HEALTH PROVIDER. THERE IS ALSO NO DOCUMENTATION OF A RECENT MEDICATION CHANGE. WHILE THE CLAIMANT MAY HAVE PERSISTENT RESIDUAL SYMPTOMS OF DEPRESSION OR ANXIETY, THESE MILD SYMPTOMS DO NOT SUPPORT WORKPLACE RESTRICTIONS OR LIMITATIONS FROM 9/24/18.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Notice/Proof Review
Other Subject : DAY 21
Text: [11/05/2018 - PACHECO, KATIE]DCM ALREADY SPOKE TO TM ON 10/17 REGARDING N&P AND RESENT LTD FORMS TO TM VIA EMAIL ON 10/17.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : PMNT
Text: THE SCORE REFERRAL FOR PAYMENT SERVICES REFERRAL AND INITIAL PAYMENT CALCULATION HAS BEEN RECEIVED AND ASSIGNED TO BRENDAN BLAIR.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : PAYMENT SERVICES
Text: [11/01/2018 - BLAIR, BRENDAN]REF REJ AS CLAIM IS PENDED BBD > 30 DAYS AWAY.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : PMT SVC
Text: FOR INITIAL PAYMENT CALCULATION.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : PS
Text: [10/31/2018 - PACHECO, KATIE]REFERRED FOR INITIAL CALCS

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/17/2018 - REFERRED TO CONSULTING PHYSICIAN FOR FULL REVIEW.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/17/2018 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**ote**
Claim/Event/Leave: 8465694
NoteSubject : Initial EE Interview
Other Subject : COMPLETE
Text: [10/17/2018 - PACHECO, KATIE]CALLED TM AT TO CONDUCT II 2ND ATTEMPT. CF ADDRESS/PHONE. 2 DEPENDENTS. NO OTHER INCOME. JOB TITLE IS PROD TEAM LEADER. DOH WAS 06/02/1997. TM CF THAT DOD IS 5/31/18 ORIGINALLY. RTW THEN WENT BACK OOW AS OF7/27/18. SAID THAT WIFE IS PUTTING TM THRU DIVORCE RIGHT NOW WHICH IS CAUSING STRESS AND ANXIETY. SAID THAT TM THOUGHT WAS GETTING POISONED BY WIFE, BUT NOT SURE. SAID THAT HAD PHYSICAL SXS ABOUT 3 OR 4 MOS AGO. TM CF THAT AS OF RIGHT NOW MAIN REASON FOR BEING OOW IS STRESS. TM SAID HAS BEEN SEEING THERAPIST TAMARA FENTON, SHE IS AT BEAUMONT BEHAVIORAL HEALTH. DOESN T HAVE PHONE NUMBER. TM SAID THAT HAS APPT TODAY AT 10/17/18. TM SAID THAT LOV WAS 10/10/18 W/FENTON. SAID HAS SEEN TAMARA SEVERAL TIMES BEFORE THAT AS WELL. TM SAID THAT IS ALSO SEEING AP AT BAPTISH INTERNAL MEDICAL GROUP. SAID THAT LOV WAS ABOUT 2 WKS AROUND 9/24/18. TM SAID THAT DOES NOT HAVE ERTW DATE OR ANY PLANS TO RTW. DCM EXPLAINED DIFF IN LTD AND STD PAY, INVESTIGATION AND LTD FORMS. DCM EXPLAINED THAT CANNOT PAY TM PAST 9/19/18 UNTIL GETS UPDATED MED RECS FROM BEAUMONT BEHAVIORAL. DCM SAID THAT IT IS IMPORTANT FOR TM TO ALSO MAKE SURE SIGNS AUTHS AT BEAUMONT AS THEY ARE STRICT IN RELEASING RECS W/OUT THEIROWN AUTH SIGNED. TM AGREED. DCM SAID ONCE RETURNS LTD FORMS WITH BEAUMONT S CONTACT INFO, WILL SEND MED REQ AND ONCE MED RECD, WILL REVIEW. TM U/S HAD NFQ THANKED C/E.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : SPECIALTY
Text: [10/17/2018 - PACHECO, KATIE]REFERRED FOR FULL FILE PSYCH LMCP REVIEW

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : CLAIM CONSULT
Text: [10/17/2018 - BOYD, CARLI]CLAIM REVIEWED IN CC FOR INITIAL DETERMINATION ON 10/17/2018 WITH DR. DON. AT MOST RECENT VISIT 9/24/18 NORMAL MSE, NO F/U WITH MENTAL HEALTH PROVIDER, FOLLOWING REVIEW, LMCP DETERMINED CLAIM REQUIRES FULL FILE REVIEW. DCM TO WAIT FOR REPORT AND MAKE FINAL DETERMINATION.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Special Invest
Other Subject : SCORE REFERRAL
Text: 10/16/2018 - REFERRED TO SIU FOR DATABASE SEARCH. TYPE OF SERVICE(S) REQUESTED: - CHOICEPOINT - SOCIAL MEDIA.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Other
Other Subject : SIU
Text: [10/16/2018 - MOORE, CURTIS]DATABASE = COVENTBRIDGE

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : SIU
Text: [10/16/2018 - PACHECO, KATIE]REFERRED FOR DATABASE SEARCH AND CRIMINAL BACKGROUND SEARCH AS TM MENTIONED IN RECENT MED RECS THAT HAD A COURT APPEARANCE.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Ref to Other
Other Subject : SPECIALTY
Text: [10/15/2018 - PACHECO, KATIE]REFERRED FOR PSYCH CC TO CLARIFY R&LS FROM 9/20 THRU PRESENT AND APPROPRIATE DURATION

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Med Records Rcvd
Other Subject : BAPTIST HEALTH
Text: [10/15/2018 - PACHECO, KATIE]RECD OVNS DATED 6/1/18 THRU 9/24/18***OVN DATED 9/24 STATES TM MISSED APT WITH BEAUMONT BEHAVIORAL HEALTH DUE TO A COURT APPEARANCE

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Action Plan
Other Subject : PENDED
Text: [10/15/2018 - PACHECO, KATIE]TM IS A 45 YOM WORKING AS A PRODUCTION TEAM MEMBER FOR TEMA. JOB OCC IS MEDIUM AS TM REQ TO STAND, WALK, PUSH, PULL, BEND, SQUAT, STOOP AND LIFT FREQ. LDW WAS 5/30/18 DOD 5/31/18 AS THIS WAS FIRST DAY TM UNABLE TO PERFORMJD DUE TO SXS OF ANXIETY. TM RTW 7/23/18 WENT BACK OOW ON 7/27/18. STD ONLY APPROVED THRU 9/19/18 AS THAT IS WHAT MED RECS SUPPORTED. NEED ADDL RECS FROM ALL APS. DX IS ANXIETY. ERTW IS UNK. EP: THE GREATER OF: A. THE END OF THE COVERED PERSON'SSHORT TERM DISABILITY BENEFITS; OR B. 180 DAYS. DCM TO ADD 193 SICK DAYS TO PUSH OUT LTD BBD. LTD BBD IS 12/10/18. TM IS IN LTD CLASS 1B: ALL ACTIVE FULL-TIME AND PART-TIME TEAM MEMBERS OF TOYOTA MOTORS ENGINEERING AND MANUFACTURING NORTH AMERICA (TEMA) AND ITS AFFILIATES, PARTICIPATING IN THE 60.00% PLAN, EXCLUDING VICE PRESIDENTS AND ABOVE. DOH IS 06/02/1997. EWP: 6 MONTHS OF CONTINUOUS, ACTIVE EMPLOYMENT. EDOC IS 12/02/1997. PRE-EX IS 3/12 AND INVESTIGATION IS NOT WARRANTED AS DOD DID NOT OCCURED WITHIN 12 MONTHS FROM EDOC 12/02/1997. STD CLAIM APPROVED THRU 9/19/18.************LTD CLAIM PENDED AS NEED UPDATED MED RECS FROM BAPTISH INTERNAL MEDICAL GROUP FROM 8/10/18 THRU PRESENT. PSYCH CC ON STD CLAIM DONE ON 10/10/18 ONLY SUPPORTED R&LS 6 WKS FROM LOV 8/9/18. SENT N&P ON 10/15/18. DAY 21 IS 11/3/18 AND DAY 45 IS 11/27/18. DCM TO F/U ON 10/17 W/TM FOR II 2ND ATTEMPT AND ON 11/3/18 FOR LTD FORMS AND MED RECS.

**C ote**
Claim/Event/Leave: 8465694
NoteSubject : Notice/Proof Review
Other Subject : ACK LTR
Text: [10/15/2018 - PACHECO, KATIE]SENT LTD ACK AND NP LETTER WITH LTD FORMS. INCLUDED LONG AUTH, ACTIVITY QUESTIONNAIRE, CLMT SUPP STMT, CLMT INFO FORM, FAMILY INFO QUESTIONNAIRE, AND T-E-E. SENT N&P ON 10/15/18. DAY 21 IS 11/3/18 AND DAY 45 IS 11/27/18.

**ote**
Claim/Event/Leave: 8465694
NoteSubject : Initial EE Interview
Other Subject : LVM
Text: [10/15/2018 - PACHECO, KATIE]DCM CALLED TM FOR II, LVM ASKING TM TO RTC TO GO OVER LTD CLAIM AND

Text: [[illegible] - PACHECO, KATHE]DCM CALLED TM FOR II. LVM ASKING TM TO RTC TO GO OVER LTD CLAIM AND UPDATED TX AND RTW PLANS. SAID STD CLAIM ONLY APPROVED THRU 9/19 AS NO UPDATED MED RECS ON FILE TO SUPPORT FURTHER. LEFT DCM CONTACT INFO. THANKED C/E.

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

**Claim ve t eave m er** 6054629 **ommo atio m er**

**ote t pe**

Primary Sort Order
- Note Type
- Note Number
- (selected) Note Date/Time
- Accm. No.

Sec

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : Other
Other Subject : VOID
Text: [08/02/2018 - ABOALAM, WALEED]CLAIM REVIEWED ON BEHALF OF M1. AGREE W/ VOID AS DUPLICATE. RECOMMEND II ATTEMPT PRIOR TO VOID AND RE-OPEN PRIOR CLAIM.

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : Action Plan
Other Subject : VOID
Text: [08/02/2018 - TORRES, NICK]DCM TO VOID CLAIM 6054629 AS IT IS A DUPLICATE TO 6017589 SENT TO SR. FOR REVIEW

**ote**
Claim/Event/Leave: 6054629
NoteSubject : Prior Claim
Other Subject :
Text: [08/01/2018 - MENDUM, COURTNEY]PLEASE INVESTIGATE

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : Text Message
Other Subject : Acknowledge
Text: Recipient Name : Liberty Mutual Insurance: Claim 6054629. Your Claim application has been received. You will be contacted within 2-3 business days.
**i e C le**
Sent ON: 07/31/2018 05:07 PM EST
Current Status: DELIVERED
Delivered ON: 07/31/2018 05:07 PM EST

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 07/27/2018 AND THE LEAVE END DATE IS 08/11/2018.

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: C.MAJORS-NO ERTWD

**C ote**
Claim/Event/Leave: 6054629
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: DEPRESSION

**ote Report**

Report | Clear | Print | Help

AS Accom AS Event Add Note Appeal Claim Coord Claim Note Correspond Doc List Employee Leave Life Claim Lve Addtl Info
Lve Correspondence Lve Program Lve Work Sched Medical Medical History Note SPELL Letters Scheduled Pmt Task Print Task Rpt
Tasks

Claim

**Claim ve t eave m er** 6017589 **ommo atio m er**

**ote t pe**

Primary Sort Order
Note Type
Note Number
● Note Date/Time
Accm. No.

Sec
●

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject : OUT
Text: [10/08/2019 - ADAMS, STEPHANIE]MAINTAIN DENIAL BEYOND 09/23/2018. THE REVIEW OF THE FILE AND THE INFORMATION RECEIVED ON APPEAL DOES NOT ALTER THE PREVIOUS CLAIM DETERMINATION. NOTIFICATION TO ATTNY AND EMPLOYER

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject : MANAGER REVIEW
Text: [10/08/2019 - SKOGLUND, JENNIFER]AGREE WITH UH.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject : MANAGER REFERRAL
Text: [10/03/2019 - ADAMS, STEPHANIE]FILE REFERRED TO MANAGER FOR REVIEW

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : LTR to Atty
Other Subject :
Text: [09/11/2019 - ADAMS, STEPHANIE]RTR WITH COPY OF CLINICAL ASSESSMENT

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject :
Text: [09/06/2019 - ADAMS, STEPHANIE]APPEAL RECEIVED AND IN PROCESS, ARC INITIAL SCREEN COMPLETE, REFERRED FOR FFR WITH AP CONTACT

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject : ARC ASSIGNMENT
Text: [09/05/2019 - LAMBERT, AUBREY]PRESCREEN COMPLETE. ASO NON-ERISA STD CLAIM 6017589 FILED 6/1/18. ASSOCATED WITH LTD CLAIM 8465694. JD IN DOC LIST BUT MISSING EE AUTH. DIS TYPE CODING CORRECT. APPEAL CODING INCORRECT (DENIAL LETTER CODED WITH 180DAY APPEAL PERIOD BUT S/B 15 DAYS BASED ON CUSTOMER PROFILE). CLAIM CLOSED NOT TD OWN OCC - LETTER DATED 12/4/18. BASED ON 180 DAY APPEAL PERIOD - APPEAL DEADLINE 6/1/19. BASED ON 15 DAY APPEAL PERIOD - APPEAL DEADLINE 12/8/18. APPEAL LETTER FROMATTY DATED AND RECEIVED 4/18/19. ON APPEAL RECEIVED AP GILLIAM OVNS 10/10/18 TO 4/10/19 (MEDS SUBMITTED ON 8/26/19 AFTER APPEAL DEADLINE). AA DID NOT SEND ACK LETTER AS APPEAL WAS RECEIVED AFTER APPEAL DEADLINE (PER CUSTOMER PROFILE). ASSIGNED TOSTD ARC STEPHANIE ADAMS.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Appeal
Other Subject : REFERRAL RECEIVED
Text: [09/05/2019 - COTE, SHANA]ASSIGNED TO AUBREY LAMBERT

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Ref to Appeals
Other Subject : SCORE REFERRAL
Text: 9/4/2019 - REFERRED TO APPEALS UNIT FOR CLAIM REVIEW AND DETERMINATION.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : COPY SHIPPED
Text: [04/22/2019 - BOWMAN, CASEY]THUMB DRIVE COPY OF CORRESPONDENCE, DOC LIST, CLAIM NOTES, AND COVERSHEET SHIPPED TO DORAN LAW OFFICE ATTN: KEVAN M. DORAN; 8950 BRECKENRIDGE LANE, SUITE 12A, LOUISVILLE, KY 40220 VIA 2ND DAY AIR[04/22/2019 - BOWMAN, CASEY]***CORRECTION 2950 BRECKENRIDGE LANE***

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR NOT TOTALLY DISABLED FOR OWN OCCUPATION.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 08/31/2018 AND THE LEAVE END DATE IS 09/23/2018.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : LEAVE END
Text: THE LEAVE WAS CLOSED FOR REQUESTED LEAVE COMPLETE BECAUSE THE DISABILITY CLAIM WAS CLOSED FOR NOT TOTALLY DISABLED FOR OWN OCCUPATION.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Closed
Other Subject : MGR REVIEW
Text: [12/03/2018 - DIGIANDOMENICO, ROBERT]AGREE WITH RATIONALE TO CLOSE STD CLAIM AS NOT TD BASED ON INDEPENDENT MEDICAL REVIEW COMPLETED-IMPAIRMENT IS NO LONGER SUPPORTED BEYOND 9-23-18

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : CLOSE
Text: [12/03/2018 - PACHECO, KATIE]PER PSYCH PEER REVIEW AND AP CONTACT, TM DOES NOT HAVE ANY SUPPORTED R&LS THAT PRECLUDE HIM FROM OWN JOB OR OO FROM 9/23/18 FORWARD. THEREFORE, DCM RECOMMENDS STD CLAIM CLOSED 9/24 FOR NOT TD AND LTD CLAIM DENIED FOR NOTTD OO. REFERRED TO MGR FOR REV.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : EXT,CLOSE
Text: [11/12/2018 - PACHECO, KATIE]PER RECENT PSYCH PEER REVIEW, PSYCHIATRIC IMPAIRMENT IS SUPPORTED THROUGH 9/23/18. FROM 9/24/18 THERE IS NO DOCUMENTATION THAT THE CLAIMANT WAS PRECLUDED FROM PERFORMING HIS USUAL RANGE OF LIFE ACTIVITIES AS A RESULT OFA PSYCHIATRIC DISORDER, WITH NO DOCUMENTATION OF THE SYMPTOMS TYPICALLY ASSOCIATED WITH A SEVERE CONDITION (SUCH AS PSYCHOSIS, SUICIDAL THOUGHTS, SIGNIFICANT WEIGHT LOSS, COGNITIVE IMPAIRMENT, OR SOCIAL ISOLATION).*******THEREFORE, DCM TO EXTEND STD BENEFITS THRU 9/23/18 AND CLOSE STD CLAIM AS OF 9/24/18 FOR NOT TD. REFERRED TO MGR FOR REVIEW.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : CLAIM CONSULT
Text: [10/17/2018 - BOYD, CARLI]CLAIM REVIEWED IN CC FOR INITIAL DETERMINATION ON 10/17/2018 WITH DR. DON FOR THE LTD CLAIM. AT MOST RECENT VISIT 9/24/18 NORMAL MSE, NO F/U WITH MENTAL HEALTH PROVIDER, FOLLOWING

REVIEW, LMCP DETERMINED CLAIM REQUIRES FULLFILE REVIEW. DCM TO WAIT FOR REPORT AND MAKE FINAL DETERMINATION FOR LTD. UNABLE TO EXTEND STD BASED ON MEDICAL RECORDS ON FILE.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : eSignature
Other Subject : Document Expired

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : eSignature
Other Subject : Document Will Expire

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : eSignature
Other Subject : Document Not Signed Day 5

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : eSignature
Other Subject : Document Not Signed Day 2

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Escalation
Other Subject : REVIEW
Text: [10/11/2018 - SPROUS, TRACEY]AGREE WITH ESCALATION TO LTD

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 10/10/2018 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Escalation
Other Subject : TO SEVERE
Text: [10/10/2018 - TORRES, NICK]45 YOM, LDW 07/26/2018 (SUCCESSIVE) DOD 05/31/2018 MBD 12/09/2018, APPROVED THRU 09/19/18, DX ANXIETY DISORDER, , TM AWARE OF ESCALATION (LEFT VM),. JD RQST D, AUTH FORM REQUESTED, PLACED ON N&P & RQSTED MR, EE CONDITIONIS NOT IMPROVING,; TM CONTINUING TO NEED TREATMENT UNTIL UNK DATE. DCM TO ESCALATE TO LTD

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : VM
Text: [10/10/2018 - TORRES, NICK]LEFT VM ; ESCALATING

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : eSignature
Other Subject : Document Requested

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : N&P
Text: [10/10/2018 - TORRES, NICK]PLACED ON N&P ; MISSING MEDICAL

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Notice/Proof Review
Other Subject :
Text: [10/10/2018 - TORRES, NICK]SENT EE LTR, REQUESTED MR FROM AP FROM DOD TO PRESENT DUE 10/24/18

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : EDXTEND
Text: [10/10/2018 - TORRES, NICK]CLAIM CURRENTLY APPROVED THRU 07/22/18 ; REOPENED WITH NEW DOD 07/27/18 ; OKAY TO EXTEND THRU 09/19/18 AND DCM TO FU FOR UPDATED MR.

**C ote**

C ote
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : CLAIM CONSULT
Text: [10/10/2018 - CONWELL TUCKER, ASHTON]CLAIM REVIEWED IN CC FOR DETERMINATION ON 10/10/18 WITH DR. LEET. FOLLOWING REVIEW, LMCP DETERMINED MEDICAL SUPPORTS EE HAS SEVERITY OF CONDITION THAT WOULD RESULT IN R&LS THAT PRECLUDE WORK CAPACITY FOR 6 WKS FROM OV ON 8/9/18 OV. ADCM TO F/U FOR ADDL MEDICAL TO ASSESS ONGOING IMPAIRMENT.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : EAMIL FROM ER
Text: [10/09/2018 - TORRES, NICK]NICK, ANY NEW UPDATES ON THIS T/M?

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : CC PENDING
Text: [09/28/2018 - TORRES, NICK]CC PENDING ; SCHEDULED 09/28/18

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : REFERRED TO CC
Text: [09/26/2018 - TORRES, NICK]10/04/18 CC[09/28/2018 - TORRES, NICK]PENDING TILL 10/10/18 ; ORIGINAL GOT CANCLLED

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : EMAILED ER
Text: [09/25/2018 - TORRES, NICK]HI DONNA, YES, I JUST WANTED TO MAKE SURE DATES WERE CORRECT, I HAVE REOPENED CLAIM AND WILL HAVE MEDICAL RECORDS REVIEW FOR AN EXTENSION. THE TM HAS YET TO RTW CORRECT? THANK YOU!

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : EMAIL ER
Text: [09/25/2018 - TORRES, NICK]YES, HE RETURNED 7/23/18 AND WENT BACK OUT 7/27/18 WITH LAST DAY WORKED 7/26/18. I SAW THE NOTE IN RISKTRAC AS THE CLAIM WAS BEING RE-OPENED BUT I DIDN T SEE ANYTHING AFTER THAT.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : EMAILED ER
Text: [09/25/2018 - TORRES, NICK]HI DONNA, NOT AS OF YET, CLAIM IS STILL CLOSED. MY UNDERSTANDING TM RETURNED TO WORK ON 07/23/18. WAS HE OUT AGAIN AS OF 07/27/18 WITH LAST DAY WORK BEING 07/26/18? IF SO, I CAN REOPEN CLAIM USING THESE DATES. THANKYOU!

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : VM
Text: [08/03/2018 - TORRES, NICK]LEFT VM WITH ADCM CONTACT INFO - REOPEN CLAIM?

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject :
Text: [08/03/2018 - TORRES, NICK]NEW CLAIM CLOSED AS ITS A DUPLICATE. NEED TO CF LDW 07/26/18? DOD 07/27/18?

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : ER - RTW 7/23/18
Text: [07/24/2018 - GARCIA, EVANGELINA]PER DAILY RTW SPREADSHEET PROVIDED BY ER ON 7/24/18; TM WAS SEEN IN THE CLINIC ON 7/23/18 AND RTW 7/23/18.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : ER - RTW 7/23/18
Text: [07/23/2018 - GARCIA, EVANGELINA]REC'D EMAIL FROM TOYOTA: HE WAS RELEASED REGULAR DUTY TODAY. 7.23.18 DONNA M. SUTHERLAND

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Closed for RTW
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Your Disability Claim has been closed as a result of your return to work.
**i e C le**
Sent ON: 07/23/2018 06:46 PM EST
Current Status: DELIVERED
Delivered ON: 07/24/2018 10:00 AM EST

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Actual RTW confirmed
Text: Recipient Name : YES - Liberty Mutual Insurance: Claim 6017589. Thank you for confirming your return to work on 07/23/2018.
**i e C le**
Sent ON: 07/23/2018 02:46 PM EST

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Actual RTW confirmation requested
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Our records show that you expected to return to work today, 07/23/2018. Text YES to confirm you returned to work on 07/23/2018 or NO to indicate you did not return to work on 07/23/2018.
**i e C le**
Sent ON: 07/23/2018 12:03 AM EST
Current Status: DELIVERED
Delivered ON: 07/23/2018 10:00 AM EST

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Intent to RTW not confirmed
Text: Recipient Name : NR - No response received.

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Intent to RTW not confirmed
Text: Recipient Name : NR - No response received.

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Intent to RTW
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Our records show that you are expected to return to work on 07/23/2018. Text YES to confirm you will return on 07/23/2018 or NO to indicate you will not return on 07/23/2018.
**i e C le**
Sent ON: 07/20/2018 12:04 AM EST
Current Status: DELIVERED
Delivered ON: 07/20/2018 10:00 AM EST

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Intent to RTW
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Our records show that you are expected to return to work on 07/23/2018. Text YES to confirm you will return on 07/23/2018 or NO to indicate you will not return on 07/23/2018.
**i e C le**
Sent ON: 07/20/2018 12:04 AM EST
Current Status: DELIVERED
Delivered ON: 07/20/2018 10:00 AM EST

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Extension
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Your approved through date has been changed from 07/08/2018 to 07/22/2018.
**i e C le**
Sent ON: 07/19/2018 11:02 AM EST
Current Status: DELIVERED

Current Status: DELIVERED
Delivered ON: 07/19/2018 11:02 AM EST

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : EXTEND
Text: [07/19/2018 - TORRES, NICK]CLAIM CURRENTLY APPROVED THRU 07/08/18, DUE TO SHUT DOWN EXTENDING THRU 07/22/18, DCM TO FU FOR RTW STATUS

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : LTR to ER
Other Subject : 7/17/18
Text: [07/17/2018 - GARCIA, EVANGELINA]EMAILED TOYOTA TO CONFIRM IF TM RTW 7/9/18 OR AN ALTERNATE DATE

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : 7/17/18
Text: [07/17/2018 - GARCIA, EVANGELINA]ATTEMPTED TO CALL TM ON 7/17/18 TO CONFIRM RTW ON 7/9/18. LEFT A VM REQUESTING A RETURN CALL TO PROVIDE RTW DATE. PROVIDED CONTACT INFO & MESSAGE CONCLUDED.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : INVOICE
Text: [07/13/2018 - THEOFRASTOU, ELIZABETH]ZERO BALANCE INVOICE SUBMITTED TO ACS TEAM FOR PROCESSING - ALREADY PAID - NO FURTHER ACTION WILL BE TAKEN

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : APPROVED LEAVE
Text: THE LEAVE WAS APPROVED CONCURRENT WITH THE DISABILITY CLAIM DETERMINATION. THE LEAVE WILL REMAIN COORDINATED WITH THE DISABILITY CLAIM UNTIL THE EARLIER OF THE CLAIM CLOSURE OR THE LEAVE END DATE.

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : ACD
Text: [07/12/2018 - GONZALES, ORBI]EE CALLED, STILL OOW. EE CONFIRMED IS ABOUT TO GO INTO OV AND WILL GET ERTW. DCM REQ RTC TO ADCM AFTER OV WITH RTW DATE. EE AGREED, NFQS. CC.

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : CSU
Text: [07/12/2018 - STACY, MARCIA]TM CALLED ABOUT HIS PAY, HE IS AT THE DR'S OFFICE, WANTS TO KNOW IF HE SHOULD RTW TOMORROW BECAUSE NEXT WEEK IS SHUT DOWN WEEK. ADCM DID NOT ANSWER. TRANSFERRED TO ORBI.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Ref to Other
Other Subject : SCORE REFERRAL
Text: 7/9/2018 - REFERRED TO CONSULTING PHYSICIAN FOR CLAIM CONSULT - MEETING ATTENDANCE ONLY.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Med Records Rcvd
Other Subject : GILLIAN
Text: [07/09/2018 - TORRES, NICK]07/09/18 OV NOTE

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : STATUS
Text: [07/09/2018 - TORRES, NICK]LOV 06/29/18 TM HAD COLONOCOPY ; TM ONLY SEEN/TALKED TO EAP TWICE ; HE HAD ZOLOF INCREASED, WHICH IS HELPING TM ; TM PLANNING TO GO BACK TO WORK WITHIN THE NEXT WEEK. TM WILL HAVE A DR VISIT WITH BAPTIST INTERNAL MEDICAL GROUP SOON TO GET RTW NOTE. THANKED. TM WILL BE FAXING IN ADD'L MR. NFQ.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Text Message

NoteSubject : Text Message
Other Subject : Actual RTW not confirmed
Text: Recipient Name : NO - Liberty Mutual Insurance: Claim 6017589. You have indicated that you did not return to work on 07/09/2018. Please contact your Case Manager, NICK TORRES at 8003207585 ext. 41499 to discuss your claim.
**i e C le**
Sent ON: 07/09/2018 10:37 AM EST

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Text Message
Other Subject : Actual RTW confirmation requested
Text: Recipient Name : Liberty Mutual Insurance: Claim 6017589. Our records show that you expected to return to work today, 07/09/2018. Text YES to confirm you returned to work on 07/09/2018 or NO to indicate you did not return to work on 07/09/2018.
**i e C le**
Sent ON: 07/09/2018 12:14 AM EST
Current Status: DELIVERED
Delivered ON: 07/09/2018 10:00 AM EST

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : APPROVE
Text: [07/06/2018 - ABOALAM, WALEED]45 YOM TM, MEDIUM JOB CLASS. LDW 5/30/18, DOD 5/31/18. LMCP CF DX DEPRESSION, ANXIETY. EP IS 7 DAYS, BBD 6/7/18. TM IS CLASS 2 WHO SHOULD RECEIVE 65%. EE DOH AND EDOC IS 06/02/1997 AS EWP IS 0 DAYS. DATE OF PLAN IS 1/1/15. BASED ON MEDIUM JOB CLASS, LMCP CF DX DEPRESSION, ANXIETY, R&L S SUPPORTED THRU 7/8/18, ERTW 7/9/18, TO ALLOW FULL RECOVERY: DCM TO APPROVE FROM DOD 5/31/18 THRU 7/8/18 AND F/UP.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : PSYCH CONSULT
Text: [06/29/2018 - BROWN, DENISE]CLAIM REVIEWED IN CC FOR INITIAL DETERMINATION ON 6/29/18 WITH DR. LAMB. FOLLOWING REVIEW, LMCP DETERMINED MEDICAL SUPPORTS EE HAS SEVERITY OF CONDITION THAT WOULD RESULT IN R&LS THAT PRECLUDE WORK CAPACITY FROM DOD THROUGH ERTW 7/9/18. FIF NO RTW, DCM TO F/U WITH DISCUSSION ON PHYSICAL VS MN CONDITONS & F/U FOR ADDL MEDICAL TO ASSESS ONGOING IMPAIRMENT FROM BOTH PCP & THERAPY/EAP NOTES - CONSIDER MDS REVIEW FOR ONGOING GIVEN INTERACTION OF CONDITIONS

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : STATUS
Text: [06/28/2018 - TORRES, NICK]ADVISED TM THAT WE HAVE RECEIVED MR ; SENDING TO MEDICAL REVIEW TEAM ; TM WILL BE SENDING IN ADD'L MEDICAL RECORDS; MEDICAL PROVIDED WAS FROM PCP WHO WORKS FOR BAPTIST MEDICAL GROUP. TM IS SEEING A COUNSELOR THROUGH EAP. TMWILL TRY TO GET MR FROM THEM. TM WILL BE HAVING A COLONOSCOPY 06/29/18 , AT SAME OFFICE BAPTIST INTERNAL MEDICAL GROUP. HAVING TROUBLE KEEPING FOOD DOWN. ERTW 07/09/18.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : REFERRED TO CC
Text: [06/28/2018 - TORRES, NICK]PENDING REVIEW[06/28/2018 - TORRES, NICK]CLIAM REOPENED DUE TO MR RECEIVED REFERRED TO CC

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Med Records Rcvd
Other Subject : GILLIAN
Text: [06/28/2018 - TORRES, NICK]OV NOTES 06/03/18 AND 06/14/18

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : VNDR PMT
Text: [06/27/2018 - THEOFRASTOU, ELIZABETH]INVOICE REC'D 6/26/18, FROM CIOX, INVOICE #0248197883, IN THE AMT OF $4.68 FOR MEDICAL RECORDS FROM BAPTIST INTERNAL MED. INVOICE PAID IN FULL

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : M1 REVIEW
Text: [06/27/2018 - WHETSTONE, KIEL]REVIEWED CLAIM FOR DETERM. AGREE WITH DENIAL FOR FTPP.

**C ote**

Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : INVOICVE
Text: [06/27/2018 - TORRES, NICK]INVOICE SENT TO GET PAID

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : STATUS
Text: [06/27/2018 - TORRES, NICK]EXPLAINED TO TM THAT NO MR ; CLAIM WILL BE DENIED DUE TO NO PW RECEIVED, TM WILL TRY TO FAX HIMSELF. ADVISE WE RECEIVED INVOICE FROM AP OFFICE BUT NO MR. THANKED. NFQ.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : DENY FTPP
Text: [06/26/2018 - TORRES, NICK]45 YOM, TEAM MEMBER. LDW 05/30/2018, DOD 05/31/2018. RTW UNK. EE OOW FOR ANXIETY DISORDER; N&P SENT ON 06/07/18; N&P DUE 06/20/18. AS OF DUE DATE NO AP RECORDS HAVE BEEN RECIEVD AND TM HAS FAILED TO PROVIDE PROOF, FOR THISREASON DCM FINDS IT NECESSARY TO DENYCLAIM FOR FTPP. SENT TO M1 FOR REVIEW

**ote**
Claim/Event/Leave: 6017589
NoteSubject : EE Called
Other Subject : ACD
Text: [06/22/2018 - CHEATHAM, ASHLEY]EE CALLED WANTING TO CHECK THE STATUS OF CLAIM. DCM ADV ADC HAS SNT 3 MR RQST TO AP AND STILL WAITING FOR RESPONSE. DCM GAVE EE FAX NUMBER. EE HAS AN OV 06/22/2018. EE WILL LET AP KNOW THAT ADCM HAS FAXED MR RQST SEVERAL TIMES AND NEEDS RESPONSE. EE WILL ALSO CX FAX # WITH AP. DCM ADV WILL SND NOTE TO ADCM. EE THANKED . THANKS EXCHANGED CC

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called AP
Other Subject : BAPTISH INTERNAL MED
Text: [06/19/2018 - GETCHIUS, SHEENA]CALLED: (859) 260-5370, LVOM TO CALL THE DCM RE: MED RECS. NAME OF AP: BAPTISH INTERNAL MEDICAL GROUP, DATES OF MEDICAL REQUESTED: 5/31/2018 TO PRESENT. DUE DATE: 6/15/2018, FORMS THAT WERE SENT: NONE, AUTHORIZATION INCLUDED?: NO. THANKED AND ENDED CALL. SENT 2ND RQST VIA FAX.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : LEAVE NOT COORDINATE
Text: THE DISABILITY CLAIM DETERMINATION WAS NOT MADE WITHIN THE DETERMINATION WAITING PERIOD. THE LEAVE WAS CONVERTED TO THE LEAVE ONLY PROCESS, AND WILL NO LONGER COORDINATE WITH THE CLAIM. REFER QUESTIONS TO THE LEAVE SERVICES UNIT.

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : VM
Text: [06/12/2018 - TORRES, NICK]LEFT VM WITH ADCM CONTACT INFO

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : LTR to AP
Other Subject : BAPTIST
Text: [06/12/2018 - TORRES, NICK]REFAXED MR TO CORRECT F#

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called AP
Other Subject : BAPTIST INTERNAL
Text: [06/12/2018 - TORRES, NICK]OBTAINED CORRECT F# (859) 260-5379 THRU AUTO SERVICE

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Other
Other Subject : FAX INVALID
Text: [06/12/2018 - TORRES, NICK]RECEIVED NOTIFICATION FAX INVALID

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called AP
Other Subject : BAPTIST INTERNAL MED

Text: [06/12/2018 - RONAI, HOLLY]CALLED AP BAPTIST INTERNAL MEDICINE, LVMOM FOR MEDICAL RECORDS TO CALL DCM WITH STATUS OF REQUEST, SUB N&P LTR SENT, THANKED AND ENDED CALL.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Action Plan
Other Subject : N&P
Text: [06/06/2018 - TORRES, NICK]PLACED ON N&P ; MISSING MEDICAL

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Notice/Proof Review
Other Subject :
Text: [06/06/2018 - TORRES, NICK]SENT EE LTR, REQUESTED MR FROM AP FROM DOD TO PRESENT DUE 06/20/18

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called AP
Other Subject : BAPTIST INTERNAL
Text: [06/06/2018 - TORRES, NICK]OBTAINED F# 859-260-5379 THUR AUTOMATED SERVICE, UNABLE TO CF DX

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : VM
Text: [06/06/2018 - TORRES, NICK]LEFT VM WITH ADCM CONTACT INFO

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called AP
Other Subject : BAPTIST
Text: [06/04/2018 - TORRES, NICK]OFFICE IS CLOSED ; UNABLE TO OBTAIN A F#

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Called EE
Other Subject : VM
Text: [06/04/2018 - TORRES, NICK]LEFT VM WITH ADCM CONTACT INFO

**ote**
Claim/Event/Leave: 6017589
NoteSubject : Prior Claim
Other Subject :
Text: [06/04/2018 - GAGNE, CARLA]PLEASE INVESTIGATE.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : FMLA
Other Subject : ACKNOWLEDGMENT SENT
Text: THIS LEAVE ACKNOWLEDGEMENT LETTER WAS SENT. THE LEAVE BEGIN DATE IS 05/31/2018 AND THE LEAVE END DATE IS 06/15/2018.

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Telephonic Intake
Other Subject : REPORTED CLAIM NOTE
Text: ERTW UNKNOWN. S. TODD

**C ote**
Claim/Event/Leave: 6017589
NoteSubject : Telephonic Intake
Other Subject : MEDICAL CONDITION
Text: STRESS AND ANXIETY

**n0209983**

| | |
|---|---|
| **From:** | Adams, Stephanie |
| **Sent:** | Tuesday, October 08, 2019 3:10:21 PM |
| **To:** | DONNA.SUTHERLAND@TEMA.TOYOTA.COM |
| **Subject:** | Appeal Decision - Jason English 6017589/8465694 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Good Afternoon,

We have reviewed Mr. English's file in response to his request for reconsideration for Short Term and Long Term Disability Benefits.

Based on our review, we are upholding the decision to deny benefits as Mr. English does not meet the definition of disability defined in TEMA's, Short Term Disability Benefits Plan and Long Term Disability Policy. This determination is based on the medical and vocational information contained in Mr. English's disability file.

Mr. English will be notified of this determination under a separate cover.

Please feel free to contact me if you have any questions regarding this correspondence.

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**

**Stephanie Adams**
Appeal Consultant

Group Protection

**Lincoln Financial Group**
100 Liberty Way

Dover, NH 03820

T: 888-437-7611 Ext 13999 Office

F: (603) 427-2113

LincolnFinancial.com

https://www.facebook.com/lincolnfinancialgrouphttps://twitter.com/lincolnfingrouphttps://www.youtube.com/user/LincolnFinancialGrphttps://www.instagram.com/lincolnfingroup/https://www.linkedin.com/company/lincoln-financial-group/

9-10-19
Claim 8465684
Jason English
DOB:

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JASON ENGLISH | 8465694 |

| | | | |
|---|---|---|---|
| **Referred By:** | Stephanie Adams | **Claimant DOB:** | |
| **Referral Date:** | 09/06/2019 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 09/20/2019 | **Medical/ Surgical Condition:** | major depression, chronic depression |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 07/26/2018 |
| **Report Date:** | | **DOD:** | 05/31/2018 |
| **Physical Demands:** | | **BBD:** | 12/10/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?

- The available record supports a diagnosis of Adjustment disorder with Depression and Anxiety F43.23

2. Do the medical records provide evidence of impairment attributable to mental illness beyond 09/23/2018?

- No

3. Please provide a description of the claimant's impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations beyond 09/23/2018. Please include the expected duration for any restrictions and limitations identified.

- The available record does not support any psychiatric impairment beyond 9-23-18 that would translate to the need for restrictions or limitations.

9-10-19
Claim 8465684
Jason English
DOB:

4. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) beyond 09/23/2018?

- See 3 above

5. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, is there evidence that the side effects contribute to claimant's impairment beyond 09/23/2018? Please explain your medical rationale.

- No

6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. – Dr. Jai Gilliam (859) 260-5370 and Tamera Fenton, LPCC 859-296-3141

- I have left a message for Dr. Gilliam and Ms. Fenton and will complete an addendum.

***Analysis:***

Any psychiatric restrictions or limitations depend on documentation of frequent and severe symptoms along with corroborating exam findings. The available record does not document such findings as deficits in grooming or eye contact, psychomotor changes, cognitive impairment, psychosis or thought disorder, suicidal preoccupation, intractable crying, or other such findings to support the presence of ongoing impairment.

After the claimant's release to return to work he does seek additional treatment with some psychiatric complaints. But these complaints alone do not support impairment requiring restrictions or limitations.

The claimant is treated with Zoloft for depression and has a good response to it on two occasions. This is a reasonable treatment plan, but it is not clear why it was stopped prematurely the first time. The record only documents three visits with a therapist, the last of which is 11-2-18. This is not consistent with treatment for a person with significant symptoms and impairment, who one would expect to see in ongoing psychotherapy at least every two weeks.

***Historical/Records Reviewed:***

9-10-19
Claim 8465684
Jason English
DOB:

I reviewed all records in the doclist to this date.

The claimant went out of work with complaints of depression and anxiety in the context of marital stress and his mother having had a stroke. On 6-3-18 he is noted in the office to be very tearful, but calm and composed. He is started on Zoloft and that is increased to 100 mg on 6-14-18. On 7-12-18 he is noted to be still depressed but feeling better and reports feeling ready to return to work. He denies any agitation or decreased concentration. His exam shows normal mood and affect. Dr. Gilliam's office releases him to return to work on 7-23-18.

On 8-6-18 the claimant reports being emotional and having angry outbursts. On exam he is emotional and tearful but composed. He is started on Wellbutrin. On 9-24-18 he is noted to be coping well with stressors. A letter from Dr. Don confirming his conversation with Dr. Gilliam notes that the claimant is back to work on a different shift.

On 11-28-18 he reports being emotional, crying, and feeling isolated. There is no mental status exam. He starts back on 50 mg Zoloft. On 12-19-18 he reports being some better and Zoloft is increased to 100 mg. Again there is no exam. On 1-18-19 the claimant reports doing a lot better. On 4-10-19 the claimant reports work stress, increased blood pressure, and notes that his mother has died.

There are therapy notes from Tamera Fenton 9-27-18 through 11-2-18. These document reports of being depressed and stressed. The mental status exam does not note any abnormalities other than depressed mood or anxious mood. The claimant reports that he hit a wall and broke his wrist six weeks ago, but there are no other notes, such as from his doctor's office or from an ER to corroborate this.

Respectfully submitted,

Electronically signed
Scott Lurie, M.D., D.F.A.P.A.
Board Certified in Psychiatry
Consulting Physician

## Addendum

| | | |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JASON ENGLISH | 8465694 |

| | | | |
|---|---|---|---|
| **Referred By:** | Stephanie Adams | **Claimant DOB:** | |
| **Referral Date:** | 09/06/2019 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 09/20/2019 | **Medical/ Surgical Condition:** | major depression, chronic depression |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 07/26/2018 |
| **Report Date:** | 9-24-19 | **DOD:** | 05/31/2018 |
| **Physical Demands:** | | **BBD:** | 12/10/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

**Additional Conclusions or Recommendations:**

None.

In reviewing my original memorandum of 9-10 I realized that I had made some errors on dates of office visits, noting some as 2019 instead of 2018. I have placed a corrected version in the doclist.

**Analysis:** N/A

**Additional information:**

None. I left a message for Dr. Gilliam on 9-10-19. His office returned my call and left a message on 9-18-19. I called again on 9-24-19 and both Dr. Gilliam and his assistant are out of the office.

I left a message for Tamera Fenton on 9-12-19. I called again on 9-17-19 and her office told me that they would need a notarized release form in order to discuss or provide any records concerning Mr. English.

Respectfully submitted,

9-24-19
Claim 8465694
Jason English
DOB:

Electronically signed
Scott Lurie, M.D., D.F.A.P.A.
Board Certified in Psychiatry
Consulting Physician

**n0160556**

| | |
|---|---|
| **From:** | RightFax E-mail Gateway |
| **Sent:** | Tuesday, September 24, 2019 5:24:57 PM |
| **To:** | Scott.Lurie@libertymutual.com |
| **Subject:** | Your fax has been successfully sent to Jai Gilliam MD at 8592605379. RE: |

Your fax has been successfully sent to Jai Gilliam MD at 8592605379. RE:

-----------------------------------------------------------

Matter: claim 8465694

-----------------------------------------------------------

9/24/2019 5:21:49 PM Transmission Record

Sent to 8592605379 with remote ID "8592605379"
Result: (0) Success
Page record: 1 - 2
Elapsed time: 02:08 on channel 6

Liberty Life Assurance
Company of Boston, a Lincoln
Financial Group company

Group Benefits Disability Claim
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

9-24-19

Jai Gilliam MD

Fax 859-260-5379

Re: Disability Benefits
Claimant Name: Jason English
Claimant DOB:
Claim Number: 8465694

Dear Dr. Gilliam

As a consulting psychiatrist with Lincoln I called to discuss your patient but we were not able to connect. The records available to me document Mr. English's complaints of depression, but do not document frequent and severe symptoms and corroborating exam findings such as deficits in grooming or eye contact, psychomotor changes, cognitive impairment, intractable crying, psychosis or thought disorder to support ongoing psychiatric restrictions or limitations beyond 9-23-18. The record available to me also indicates that you released him to return to work on 7-23-18 and, as of your November 2018 appointment, he reported that he was back at work on a different shift. These records indicate that the psychiatric symptoms which caused Mr. English to leave the workplace had resolved sufficiently as to no longer require any psychiatric restrictions or limitations. If you have additional information about your patient's status and treatment that you would like for us to have please send it via our toll free and secure return fax number (866) 841-1415.

Thank you for your help. Lincoln is willing to reimburse you for any reasonable costs incurred in responding to requests for information.

Respectfully yours,

-Electronically Signed-

Scott Lurie M.D.
Consulting Physician
Board Certified in Psychiatry

__ No changes/comments, OR
__ With changes/comments as noted above

_________________________ ______
Jai Gilliam MD Date

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

KEVAN DORAN
DORAN LAW OFFICE
436 SOUTH 7TH ST STE 200
LOUISVILLE KY 40203

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213
Phone No.: (888) 437-7611
Secure Fax No.: (603) 427-2113

September 11, 2019

Kevan M. Doran
Doran Law Office
436 SOUTH 7TH ST STE 200
LOUISVILLE, KY 40203

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8465694 and 6017589
Claimant: Jason English

Dear Kevan Doran:

Lincoln Financial Group is responsible for managing claims for benefits under the Toyota Motor Engineering & Manufacturing North America, Inc. short-term disability (STD) Plan.

We are in process of reviewing the appeal of our decision regarding the above-referenced claim. The purpose of this letter and enclosure(s) is to provide you with an opportunity to review and comment on new/additional evidence that has been received before a decision is rendered on Mr. Jason English's appeal.

Please find attached a copy of the clinical assessment, which is new or additional evidence in connection with the appeal. You may review this clinical assessment and provide a response to us, which we will consider in making our decision on Mr. English's appeal. If we do not receive your response within 21 days of of the date of this letter, we will proceed with making a determination on the appeal.

Upon receipt of your response, we will promptly complete our review and render a determination on your appeal. If your response is not received by October 2, 2019 (21 days from date of this letter), we will render a determination based on the information contained in Mr. English's file.

Should you have any questions pertaining to the status of your appeal, please contact me at the telephone number below. Please include the claim number listed above in all communications.

If you have any questions regarding this matter, please contact me.

Sincerely,

Stephanie Adams
Appeal Review Consultant
Phone No.: (888) 437-7611 Ext. 13999
Secure Fax No.: (603) 427-2113

Attachments: 6017589-MEDICAL-CP/PEER REVIEW-09.10.2019

9-10-19
Claim 8465684
Jason English
DOB:

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JASON ENGLISH | 8465694 |

| | | | |
|---|---|---|---|
| **Referred By:** | Stephanie Adams | **Claimant DOB:** | |
| **Referral Date:** | 09/06/2019 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 09/20/2019 | **Medical/ Surgical Condition:** | major depression, chronic depression |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 07/26/2018 |
| **Report Date:** | | **DOD:** | 05/31/2018 |
| **Physical Demands:** | | **BBD:** | 12/10/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?

- The available record supports a diagnosis of Adjustment disorder with Depression and Anxiety F43.23

2. Do the medical records provide evidence of impairment attributable to mental illness beyond 09/23/2018?

- No

3. Please provide a description of the claimant's impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations beyond 09/23/2018. Please include the expected duration for any restrictions and limitations identified.

- The available record does not support any psychiatric impairment beyond 9-23-18 that would translate to the need for restrictions or limitations.

9-10-19
Claim 8465684
Jason English
DOB:

4. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) beyond 09/23/2018?

- See 3 above

5. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, is there evidence that the side effects contribute to claimant's impairment beyond 09/23/2018? Please explain your medical rationale.

- No

6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. – Dr. Jai Gilliam (859) 260-5370 and Tamera Fenton, LPCC 859-296-3141

- I have left a message for Dr. Gilliam and Ms. Fenton and will complete an addendum.

***Analysis:***

Any psychiatric restrictions or limitations depend on documentation of frequent and severe symptoms along with corroborating exam findings. The available record does not document such findings as deficits in grooming or eye contact, psychomotor changes, cognitive impairment, psychosis or thought disorder, suicidal preoccupation, intractable crying, or other such findings to support the presence of ongoing impairment.

After the claimant's release to return to work he does seek additional treatment with some psychiatric complaints. But these complaints alone do not support impairment requiring restrictions or limitations.

The claimant is treated with Zoloft for depression and has a good response to it on two occasions. This is a reasonable treatment plan, but it is not clear why it was stopped prematurely the first time. The record only documents three visits with a therapist, the last of which is 11-2-18. This is not consistent with treatment for a person with significant symptoms and impairment, who one would expect to see in ongoing psychotherapy at least every two weeks.

***Historical/Records Reviewed:***

9-10-19
Claim 8465684
Jason English
DOB:

I reviewed all records in the doclist to this date.

The claimant went out of work with complaints of depression and anxiety in the context of marital stress and his mother having had a stroke. On 6-3-18 he is noted in the office to be very tearful, but calm and composed. He is started on Zoloft and that is increased to 100 mg on 6-14-18. On 7-12-18 he is noted to be still depressed but feeling better and reports feeling ready to return to work. He denies any agitation or decreased concentration. His exam shows normal mood and affect. Dr. Gilliam's office releases him to return to work on 7-23-19.

On 8-6-19 the claimant reports being emotional and having angry outbursts. On exam he is emotional and tearful but composed. He is started on Wellbutrin. On 9-24-19 he is noted to be coping well with stressors. A letter from Dr. Don confirming his conversation with Dr. Gilliam notes that the claimant is back to work on a different shift.

On 11-28-19 he reports being emotional, crying, and feeling isolated. There is no mental status exam. He starts back on 50 mg Zoloft. On 12-19-18 he reports being some better and Zoloft is increased to 100 mg. Again there is no exam. On 1-18-19 the claimant reports doing a lot better. ON 4-10-19 the claimant reports work stress, increased blood pressure, and notes that his mother has died.

There are therapy notes from Tamera Fenton 9-27-18 through 11-2-18. These document reports of being depressed and stressed. The mental status exam does not note any abnormalities other than depressed mood or anxious mood. The claimant reports that he hit a wall and broke his wrist six weeks ago, but there are no other notes, such as from his doctor's office or from an ER to corroborate this.

Respectfully submitted,

Electronically signed
Scott Lurie, M.D., D.F.A.P.A.
Board Certified in Psychiatry
Consulting Physician

9-10-19
Claim 8465684
Jason English
DOB:

**ICP Memo**

| Customer Name | Claimant Name | Claim Number |
|---|---|---|
| TOYOTA MOTOR ENGINEERING & MAN | JASON ENGLISH | 8465694 |

| | | | |
|---|---|---|---|
| **Referred By:** | Stephanie Adams | **Claimant DOB:** | |
| **Referral Date:** | 09/06/2019 | **Job Title:** | PRODUCTION GROUP LEADER |
| **Due Date:** | 09/20/2019 | **Medical/ Surgical Condition:** | major depression, chronic depression |
| **Referral Type:** | Appeal Referral | **Disability Occupational Type:** | |
| **Reason for Priority Handling:** | | **Product Type:** | LTD |
| **Other Considerations** | | **LDW:** | 07/26/2018 |
| **Report Date:** | | **DOD:** | 05/31/2018 |
| **Physical Demands:** | | **BBD:** | 12/10/2018 |
| **Non-Medical Issue:** | No | **Non-Medical Issue Details:** | |

1. What psychiatric diagnosis, per DSM V, is reasonably supported by the history and clinical presentation in the documentation provided?

- The available record supports a diagnosis of Adjustment disorder with Depression and Anxiety F43.23

2. Do the medical records provide evidence of impairment attributable to mental illness beyond 09/23/2018?

- No

3. Please provide a description of the claimant's impairments attributable to the presence of mental illness, and outline how any impairment translates to restrictions and limitations beyond 09/23/2018. Please include the expected duration for any restrictions and limitations identified.

- The available record does not support any psychiatric impairment beyond 9-23-18 that would translate to the need for restrictions or limitations.

9-10-19
Claim 8465684
Jason English
DOB:

4. Please address whether, based on the medical evidence, the claimant would have sustained full-time work capacity (8/hours/day 5 days/ week) beyond 09/23/2018?

- See 3 above

5. Are there any reported or observed cognitive and/or physical side effects attributed to the claimant's medications? If yes, is there evidence that the side effects contribute to claimant's impairment beyond 09/23/2018? Please explain your medical rationale.

- No

6. When contacting the treating provider please discuss the claimant's condition, treatment, and functional capacity. Please indicate the information reviewed and indicate whether or not you reached consensus with the treating provider. If not, please discuss your final assessment after the call. – Dr. Jai Gilliam (859) 260-5370 and Tamera Fenton, LPCC 859-296-3141

- I have left a message for Dr. Gilliam and Ms. Fenton and will complete an addendum.

***Analysis:***

Any psychiatric restrictions or limitations depend on documentation of frequent and severe symptoms along with corroborating exam findings. The available record does not document such findings as deficits in grooming or eye contact, psychomotor changes, cognitive impairment, psychosis or thought disorder, suicidal preoccupation, intractable crying, or other such findings to support the presence of ongoing impairment.

After the claimant's release to return to work he does seek additional treatment with some psychiatric complaints. But these complaints alone do not support impairment requiring restrictions or limitations.

The claimant is treated with Zoloft for depression and has a good response to it on two occasions. This is a reasonable treatment plan, but it is not clear why it was stopped prematurely the first time. The record only documents three visits with a therapist, the last of which is 11-2-18. This is not consistent with treatment for a person with significant symptoms and impairment, who one would expect to see in ongoing psychotherapy at least every two weeks.

***Historical/Records Reviewed:***

9-10-19
Claim 8465684
Jason English
DOB:

I reviewed all records in the doclist to this date.

The claimant went out of work with complaints of depression and anxiety in the context of marital stress and his mother having had a stroke. On 6-3-18 he is noted in the office to be very tearful, but calm and composed. He is started on Zoloft and that is increased to 100 mg on 6-14-18. On 7-12-18 he is noted to be still depressed but feeling better and reports feeling ready to return to work. He denies any agitation or decreased concentration. His exam shows normal mood and affect. Dr. Gilliam's office releases him to return to work on 7-23-19.

On 8-6-19 the claimant reports being emotional and having angry outbursts. On exam he is emotional and tearful but composed. He is started on Wellbutrin. On 9-24-19 he is noted to be coping well with stressors. A letter from Dr. Don confirming his conversation with Dr. Gilliam notes that the claimant is back to work on a different shift.

On 11-28-19 he reports being emotional, crying, and feeling isolated. There is no mental status exam. He starts back on 50 mg Zoloft. On 12-19-18 he reports being some better and Zoloft is increased to 100 mg. Again there is no exam. On 1-18-19 the claimant reports doing a lot better. ON 4-10-19 the claimant reports work stress, increased blood pressure, and notes that his mother has died.

There are therapy notes from Tamera Fenton 9-27-18 through 11-2-18. These document reports of being depressed and stressed. The mental status exam does not note any abnormalities other than depressed mood or anxious mood. The claimant reports that he hit a wall and broke his wrist six weeks ago, but there are no other notes, such as from his doctor's office or from an ER to corroborate this.

Respectfully submitted,

Electronically signed
Scott Lurie, M.D., D.F.A.P.A.
Board Certified in Psychiatry
Consulting Physician

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **DOVER**

Office: 913 | Manager: DIGIANDOMENICO, ROBERT | Case Mgr: PACHECO, KATIE

Claimant Name: JASON L ENGLISH | Claim #: 6017589

Occupation (Job Title): PRODUCTION GROUP LEADER | Date Sent: 9/4/2019

Diagnosis: F43.23 Adjustment disorder with mixed anxiety and depressed mood,

Date of Disability: 5/31/2018 | Date Benefits Began: 6/7/2018

Maximum Duration: 12/9/2018 | Paid Through: 9/23/2018

Date of Denial or (DB451): 12/4/2018 | Date Appeal Received: 4/18/2019

**This is the date that the full appeal was received by the Field Claim Office*

Policyholder/Self-Insured Plan Holder: TOYOTA MOTOR ENGINEERING & MAN

Product: STD | Funding: ASO

Is Claimant Eligible for LTD? Y

Erisa or Non-Erisa? NON - ERISA Plan

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

DONNA SUTHERLAND

ER Contact Addresses (including email address):

DONNA.SUTHERLAND@TEMA.TOYOTA.COM

Phone No. 5028682935 | FAX No. 9999999999

Account Specific or Unique Contract Issues / Additional Info:

# Lincoln Financial Group Appeal Referral

**Appeal Referral From:** **PHOENIX**

| | |
|---|---|
| Office: | 913 |
| Manager: | DIGIANDOMENICO, ROBERT |
| Case Mgr: | PACHECO, KATIE |
| Claimant Name: | JASON L ENGLISH |
| Claim #: | 8465694 |
| Occupation (Job Title): | PRODUCTION TM |
| Date Sent: | 8/26/2019 |
| Diagnosis: | F43.23 Adjustment disorder with mixed anxiety and depressed mood, |
| Date of Disability: | 5/31/2018 |
| Date Benefits Began: | 12/10/2018 |
| Maximum Duration: | 12/9/2020 |
| Paid Through: | 1/1/1900 |
| Date of Denial or (DB451): | 12/3/2018 |
| Date Appeal Received: | 4/18/2019 |

**This is the date that the full appeal was received by the Field Claim Office*

| | |
|---|---|
| Policyholder/Self-Insured Plan Holder: | TOYOTA MOTOR ENGINEERING & MAN |
| Product: | LTD |
| Funding: | CON |
| Is Claimant Eligible for LTD? | Y |
| Erisa or Non-Erisa? | ERISA Plan |

Document Locations

- [x] Paperless
- [ ] Bilingual - translation complete
- [ ] Paper File
- [ ] Surveillance disk(s)

**Please be sure to send all claim paper files & all surveillance disks to the ARU.*

ER Contacts/CC (if applicable):

ER Contact Addresses (including email address):

Phone No. FAX No.

Account Specific or Unique Contract Issues / Additional Info:

Claimant is attorney represented. Attorney contact info in claim file.

Downtown Office
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

# Doran Law Office

Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com

7C239190028

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

## STATUS OF APPEAL INQUIRY

August 21, 2019

Liberty Life Assurance Company
of Boston, aka Lincoln Financial Group,
Group Benefits Disability Claims
Appeal Review Unit
Attn – Katie Pacheco
P.O. Box 7213
London, Kentucky 40742

Fax: 603-334-8186

Re: Jason English/Claim No. 8465694 and Claim No. 6017589

Dear Ms. Pacheco,

As you may recall from prior correspondence, I am representing Jason English and assisting him in appealing the wrongful cessation/denial of short-term and long-term disability benefits. I received your correspondence dated April 19, 2019 which accompanied a thumb/flash drive containing Mr. English's medical records but I have not received any further correspondence or documents pertaining to our appeal. I am therefore writing to follow up on the status of my client's appeal for wrongful denial of disability benefits.

I would appreciate you updating my office on the status of this appeal at your earliest convenience. Should your company have reconsidered its prior decision terminating paying disability benefits to my client, please forward my office a check in the amount of past/back benefits which should have been paid to Mr. English. Please make this check payable to "Jason English and his attorney Kevan Doran." Please be advised that any release or settlement agreement pertaining to this matter must be accompanied by payment of the above settlement amount.

If you are still reviewing this matter and have obtained any additional materials pertaining to Mr. English, please provide my office with copies and contemporaneously provide me with whatever materials you receive in the future.

Thank you in advance for your assistance with this matter. Any help you can provide is bringing this matter to a swift conclusion is greatly appreciated. Should you have any questions concerns or need additional information, please do not hesitate to contact me at 502-208-4971.

Sincere regards,

Kevan M. Doran, Esq.

**Doran Law Office**
**2950 Breckenridge Lane Ste 12A**
**Louisville, Kentucky 40220**

CERTIFIED MAIL™

7011 1570 0001 7393 7994

Liberty Life Assurance Company
of Boston, aka Lincoln Financial Group,
Group Benefits Disability Claims
Appeal Review Unit
Attn – Katie Pacheco
P.O. Box 7213
London, Kentucky 40742

40742

U.S. POSTAGE PAID
FCM LETTER
LOUISVILLE, KY
40220
AUG 21, 19
AMOUNT
$6.85
R2304M114930-18

40742387213 BSCO

# Doran Law Offices

Downtown
436 South 7th Street
Suite 200
Louisville KY 40203
Phone - 502.855.3151
Fax - 502.855.3166

Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com

Jeffersontown
2950 Breckenridge Lane
Suite 12A
Louisville KY 40220
Phone - 502.208.4970
Fax - 502.618.0605

# FAX COVER SHEET

TO: Liberty/Lincoln Financial

Attn: Katie Pacheco

Fax: 603-334-8186

FROM: Doran Law Office

Re: Jason English Claim Nos. 8465694 + 6017589

Page(s): 30

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP
100 PROVIDENCE WAY STE 200
NICHOLASVILLE KY 40356-6066

English, Jason Lamont
MRN: 8910931864, DOB: Sex: M
Visit date: 11/8/2018

**Progress Notes by Gilliam, Jai, MD**

Author: Gilliam, Jai, MD
Encounter Date: 11/8/2018
Status: Signed
Service: —
Creation Time: 11/8/2018 4:48 PM
Editor: Gilliam, Jai, MD (Physician)
Author Type: Physician
Filed: 11/11/2018 6:35 AM

## Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

Depression -Patient is currently going to therapy but he says things are not getting any better. Patient denies any suicide ideations, but he says that he has been very emotional, crying, feeling isolated, and not knowing what to do at this point.

Socially: he is currently dealing with the stress. Patient says that his spouse has moved out of the house and he is left with taking care of his 2 children. Patient is having difficulty with balancing time at work as well as social life of the kids currently.

Review of Systems
All other systems reviewed and are negative.

## Objective

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Abdominal: Soft. Bowel sounds are normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm.
Nursing note and vitals reviewed.

## Assessment/Plan

Jason was seen today for follow-up.

Diagnoses and all orders for this visit:
Spent approximately 35 minutes face-to-face with patient, 50% of that time was used in discussing treatment and management of his depression.

**Progress Notes by Gilliam, Jai, MD (continued)**

**Major depressive disorder with single episode, in partial remission (CMS/HCC) (new medication start)**
- sertraline (ZOLOFT) 50 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

**Need for influenza vaccination**
- Fluarix/Fluzone/Afluria Quad>6 Months

Electronically Signed by Gilliam, Jai, MD on 11/11/2018 6:35 AM

**Progress Notes by Gilliam, Jai, MD**

Author: Gilliam, Jai, MD | Service: — | Author Type: Physician
Encounter Date: 12/19/2018 | Creation Time: 12/19/2018 8:57 AM | Filed: 12/19/2018 9:25 AM
Status: Addendum | Editor: Gilliam, Jai, MD (Physician)
Related Notes: Original Note by Gilliam, Jai, MD (Physician) filed at 12/19/2018 9:17 AM

**Subjective**
**Jason Lamont English is a 45 y.o. male.**

History of Present Illness

1 depression -chronic and he is still having difficulty with his social situation. Patient is still struggling with his depression and having difficulty with being a single parent during the holiday season. Patient does have some support from some of his family members, but overall the main support and encouragement is coming from self. Patient denies any suicide ideations, emotional liability of threats towards himself or anybody else, and no hallucinations. Since the start of the sertraline 50 mg he has noticed some mild improvement but thinks that the dosage may need to be increased.

Review of Systems
All other systems reviewed and are negative.

**Objective** **Repeat blood pressure 160/101**
Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.

**Progress Notes by Gilliam, Jai, MD (continued)**

Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert.
Skin: Skin is warm.
Nursing note and vitals reviewed.

**Assessment/Plan**

Jason was seen today for depression.

Diagnoses and all orders for this visit:
In approximately 30 minutes face-to-face with patient, 50% of that time was used for discussion and treatment of depression.

**Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)**

**Major depressive disorder with single episode, in partial remission (CMS/HCC)**
**(dosage increase)**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

After review of history, physical, I am recommending that patient be continued to be off from work due to the fact that he is still experiencing difficulty with his depression. Dosage increase was done on today to help maximize treatment. I am recommending that he be off from work up until 1/14/18

Patient will continue to follow-up for reassessment of depression

2 HTN- elevated on today's visit because he has been off of his blood pressure medication for the past few days, refills have been sent in and he is going to take the medications

Electronically Signed by Gilliam, Jai, MD on 12/19/2018 9:17 AM
Electronically Signed by Gilliam, Jai, MD on 12/19/2018 9:25 AM

**Addendum Note by Gilliam, Jai, MD**

**Addendum Note by Gilliam, Jai, MD (continued)**

Author: Gilliam, Jai, MD | Service: — | Author Type: Physician
Encounter Date: 12/19/2018 | Creation Time: 12/19/2018 9:25 AM | Filed: 12/19/2018 9:25 AM
Status: Signed | Editor: Gilliam, Jai, MD (Physician)
Addended by: GILLIAM, JAI on: 12/19/2018 09:25 AM

Modules accepted: Orders

Electronically Signed by Gilliam, Jai, MD on 12/19/2018 9:25 AM

**Progress Notes by Gilliam, Jai, MD**

Author: Gilliam, Jai, MD | Service: — | Author Type: Physician
Encounter Date: 1/18/2019 | Creation Time: 1/18/2019 3:52 PM | Filed: 1/18/2019 4:13 PM
Status: Signed | Editor: Gilliam, Jai, MD (Physician)

## Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

Depression -doing better. Patient says that he is able to function better at work and emotionally he has been focusing on a more positive outlook. Currently, he still has custody of his children and is in the current position of looking for child care to help with balancing his schedule. No other active concerns at this time. Patient emotionally is doing better, no fever, no chills, no suicidal ideations, emotional liability of threats towards himself or anybody else. Patient is continued on Zoloft 100 mg by mouth once a day.

Review of Systems
All other systems reviewed and are negative.

## Objective

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Nursing note and vitals reviewed.

## Assessment/Plan

**Progress Notes by Gilliam, Jai, MD (continued)**

Jason was seen today for depression, anxiety and nasal congestion.

Diagnoses and all orders for this visit:

**Depression, unspecified depression type**

Patient is doing a lot better and finding different ways to cope with his stress and depression. He is continued on the Zoloft 100 mg by mouth once a day.
Encouraged him to continue staying focused and positive on different social outlets as well as goals of taking care of his kids.
Return to clinic in approximately 3 months

Electronically Signed by Gilliam, Jai, MD on 1/18/2019 4:13 PM

**Progress Notes by Gilliam, Jai, MD**

| | | |
|---|---|---|
| Author: Gilliam, Jai, MD | Service: — | Author Type: Physician |
| Encounter Date: 4/10/2019 | Creation Time: 4/10/2019 10:15 AM | Filed: 4/10/2019 10:33 AM |
| Status: Signed | Editor: Gilliam, Jai, MD (Physician) | |

**Subjective**

Jason Lamont English is a 45 y.o. male.

History of Present Illness

1 HTN- elevated and having some stress currently . Source: dealing with issues from work and his mother recently died. Patient says that his blood pressure readings have been anywhere between 150, 180, 190 systolic. He also has been having mild episodes of headache associated. Patient says that he has a mild consumption of sodium

Review of Systems
All other systems reviewed and are negative.

**Objective**

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.

**Progress Notes by Gilliam, Jai, MD (continued)**

Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm, normal heart sounds and intact distal pulses.
Pulmonary/Chest: Effort normal and breath sounds normal.
Nursing note and vitals reviewed.

**Assessment/Plan**

Jason was seen today for hypertension.

Diagnoses and all orders for this visit:

**Essential hypertensio**
**(new medication)**

- chlorthalidone (HYGROTON) 25 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

Continue with the amlodipine 10 mg by mouth once a day

Continue to monitor blood pressure readings as scheduled.

Electronically Signed by Gilliam, Jai, MD on 4/10/2019 10:33 AM

**Progress Notes by Gilliam, Jai, MD**

| | | |
|---|---|---|
| Author: Gilliam, Jai, MD | Service: — | Author Type: Physician |
| Encounter Date: 4/17/2019 | Creation Time: 4/17/2019 2:37 PM | Filed: 4/18/2019 3:39 AM |
| Status: Signed | Editor: Gilliam, Jai, MD (Physician) | |

**Subjective**

Jason Lamont English is a 45 y.o. male.

History of Present Illness

1 Hypertension- elevated today. Patient has been taking his blood pressure medication but has not checked his reading at home. Patient still continues to be under mild stress with dealing with the separation/divorce.

Review of Systems
All other systems reviewed and are negative.

Progress Notes by Gilliam, Jai, MD (continued)

**Objective**

Physical Exam

Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert and oriented to person, place, and time.
Nursing note and vitals reviewed.

**Assessment/Plan**

Jason was seen today for hypertension.

Diagnoses and all orders for this visit:

**Essential hypertension**

Continue with current blood pressure medications.
Instructed patient to check blood pressures at home on a regular basis.

Electronically Signed by Gilliam, Jai, MD on 4/18/2019 3:39 AM

**END OF REPORT**

**Psychological Behavioral Cons.** 25101 Chagrin Blvd, Ste 100, Beachwood, OH 44122-5694 **Psych Initial Visit Note**

**JASON ENGLISH**
MRN :
Birthday :
Phone :
Visited on: 2018 Sep 27 13:00 (Age at visit: 45 years)
Signed by: TAMERA FENTON, LPCC on 2018-10-02

## HPI

C. reported depression symptoms: can't stop thinking about what is going to happen, worry, can't sleep, restless sleep, dream about it, trouble getting up, drinking and smoking more, nausea, not been a big eater--appetite typical, withdrawing--wanting to be at home, sleeping a lot more during the day, feeling tired, lack of motivation, and crying spells.

C. reported anxiety: panic attacks--I don't know if that was what was keeping me sick, nerves, worry on my mind.

C. reported that he went through a period of about a month, 3 months ago, where he was throwing up and nausea lost 20 pounds--went to gastro-specialist.
C. reported he is smoking a pack and 1/2 a day and used ot only smoke about a pack; thinking about going to an AA class today--been a moderate drinker before--drink more than I want to, going home to get drunk so I don't have to think, been happening for a couple months, last night over a 12 pack--went to sleep at 8:30 pm, some nights 2-3 beers, once every couple of weeks.

C. reported that he hit a wall and broke his wrist--about 6 weeks ago.
C. reported he used to work out--but can't anymore.

C. reported he doesn't know if he and his wife are divorcing. C. reported his wife has an EPO on him; then dismissed the EPO. C. reported that his brother and wife got into a physical altercation and he didn't get involved. C. reported that his wife stole money from him and then he borrowed money from his brother. C. reported that he wasn't able to see his kids for 3 weeks. C. reported his wife is staying with some friends that don't like him. C. reported that the kids are with him. C. reported that his wife comes over about every day. C. reported that their marriage has been up and down some. C. reported his wife had control of finances and she wasn't paying the bills and was "robbing me blind."

distracted

## PsychHx

Tried a therapist before but didn't seem to help-once 5-6 years ago and recently about 3 months ago.

Trauma: Mom's health issues; when she had her stroke we went 3 months not knowing if she would die.

Suicide risk; C. denied hx of SI. C. reported he is scared to die. C. reported reasons to live-God and kids. C. reported physical altercations with friends and a couple of strangers because I was trying to help someone. C. reported I met have hit my car before--recently.

Substance use: alcohol: age of first use-20; "steady drinker," probably about daily, 2 - 6 cans per day and on the weekends get drunk if I wanted to. Nicotine: age fo first use 23, Marijuana: age first use 20, occasional use, last use age 22. Acid once-bad experience, age 20. Caffeine: cup of coffee every morning, now hit and miss since I stopped working.

Medical: Wrist broken; having a cold for almost two weeks.

Medication: Zoloft, weird dreams; Butrin, didn't like; currently on no medication.

**Psychological Behavioral Cons.** 25101 Chagrin Blvd, Ste 100, Beachwood, OH 44122-5694 **Psych Initial Visit Note**

**JASON ENGLISH**
MRN :

Birthday : Phone :
Visited on: 2018 Sep 27 13:00 (Age at visit: 45 years) Signed by: TAMERA FENTON, LPCC on 2018-10-02

## PsychFHx

Brother addiction.

C. reported that he was born and raised here.

C. reported that he could have a good support system--"me being male 45; I am supposed to support them--I am supposed to have it together."

C. reported his mom is still living; having health problem since this past Christmas--had a stroke--can't walk and on a feeding tube. C. reported his biological father never talked to. C. reported the father who raised me passed away ten years back. C. reported his parents divorced 5 years before he passed away. C. reported he has 8 siblings. C. reported we are a close family; except the oldest brother--he is on drugs and stuff and in and out of jail. C. reported his family is all close in the area.
C. reported his has been merried nearly 13 years and is concerned about the separation. C.reproted his has 11-year-old daughter and son age 9. C. reported his oldest is 22 years old.

## PsychSHx

C. reported school was easy-pretty good grades. C. reported her graduate that high school.

C. reported he works fulltime; has been at job 22 years, Toyota; C. reported he has not been at work for the last 2 months--depression.

C. reported he was full term, no healthy tissues at birth. C. reported he was bull-legged and so may have walked late.

## Medications

No known medications

## MSE

The client's speech was normal. The client presented with depressed mood and congruent affect. Thought processes appeared logical, relevant, and thoughts were completed normally. Thought content was normal with no psychotic or suicidal thoughts. The client's judgment was realistic with normal insight into their present condition. Mental status included: correct time, place, person orientation, normal recent and remote memory, normal attention span and concentration ability.

## DSM-5

( . ) Major Depressive Disorder (F33.1) Moderate,
(Z63.0) Relationship Distress With Spouse or Intimate Partner

## Plan

Goal: C. reported-- "I want to be happy again; I want to be able to focus."

Medication later if counseling not effective.
Counselor--Nacole, Julie, or Tamera

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

# Chief Complaint

anxiety / depression / relationship stress / financial stress

## Duration of presenting problem

daily

## Onset of presenting problem

past 3 months

## Patient's goals for treatment:

Goal: C. reported-- "I want to be happy again; I want to be able to focus."

# History of Present Illness

Elements:
Location, Quality, Severity, Duration, Timing, Content, Modifying Factors, Associated Signs/Symptoms

C. reported depression symptoms: can't stop thinking about what is going to happen, worry, can't sleep, restless sleep, dream about it, trouble getting up, drinking and smoking more,

nausea, not been a big eater--appetite typical, withdrawing--wanting to be at home, sleeping a lot more during the day, feeling tired, lack of motivation, and crying spells.

C. reported anxiety: panic attacks--I don't know if that was what was keeping me sick, nerves, worry on my mind.

C. reported that he went through a period of about a month, 3 months ago, where he was throwing up and nausea lost 20 pounds--went to gastro-specialist.

C. reported he is smoking a pack and 1/2 a day and used ot only smoke about a pack; thinking about going to an AA class today--been a moderate drinker before--drink more than I want to, going home to get drunk so I don't have to think, been happening for a couple months, last night over a 12 pack--went to sleep at 8:30 pm, some nights 2-3 beers, once every couple of weeks.

C. reported that he hit a wall and broke his wrist--about 6 weeks ago.

C. reported he used to work out--but can't anymore.

C. reported he doesn't know if he and his wife are divorcing. C. reported his wife has an EPO on him; then dismissed the EPO. C. reported that his brother and wife got into a physical altercation and he didn't get involved. C. reported that his wife stole money from him and then he borrowed money from his brother. C. reported that he wasn't able to see his kids for 3 weeks. C. reported his wife is staying with some friends that don't like him. C. reported that the kids are with him. C. reported that his wife comes over about every day. C. reported that their marriage has been up and down some. C. reported his wife had control of finances and she wasn't paying the bills and was "robbing me blind."

# Medications

☐
**Reviewed any changes in medications**

# Medications

## Current Medications

No current medications on file

**Medication list on Follow up visits will pull from the Medications card.**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

**Past Psychiatric Medications/Side Effects/Adverse Reactions:**

***

## Review of Systems

✓
**Unable to obtain Review of Systems due to:**

☐
**ROS performed on a previous encounter was reviewed with the patient.**
**Changes noted below:**

### Psychiatric

**Symptoms experienced in the last two weeks**

### Review of Systems

**(number of days)**

**Anxiety Attacks**

**Appetite, Increased**

**Appetite, Decreased**

**Depressed Mood**

**Easily Distracted**

**Engage in Risky Behaviors**

**Excessive Energy**

**Excessive Worry**

**Fatigue**

**Feeling Hopeless**

**Feelings of Abandonment**

**Feelings of Emptiness**

**Flashbacks**

**Guilt**

**Hypervigilance**

**Impulsive**

**Unable to Feel Pleasure**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

**Increased Activity**

**Increased Need for Sleep**

**Unable to Fall Sleep**

**Paranoia**

**Preoccupied with Sex**

**Racing Thoughts**

**Talkativeness**

**Worthlessness**

**Other Psychiatric Systems**

**Impact of these symptoms on ability to work, take care of things at home, or get along with other people:**

**Additional:**

***

## Pain Assessment

**Current Pain:**

**Current Pain on scale of 1 to 10:**

**Highest in lifetime:**

**Emotional or physical pain:**

# Exam / Mental Status

## • General Appearance

The client's speech was normal. The client presented with anxiousmood and congruent affect. Thought processes appeared logical, relevant, and thoughts were completed normally. Thought content was normal with no psychotic or suicidal thoughts. The client's judgment was realistic with normal insight into their present condition. Mental status included: correct time, place, person orientation, normal recent and remote memory, normal attention span and concentration ability.

## • Motor Activity

## • Speech

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

- Thought Process
- Associations
- Abnormal/Psychotic Thoughts
- Judgement and Insight

Judgement and Insight together = 1 bullet
Judgement

Insight

- Orientation
- Memory
- Attention
- Language
- Fund of Knowledge
- Mood and Affect

Mood and Affect together = 1 bullet
Mood

Affect

## Additional Observations

Do not include in number of bullets

### Behavior

### Anxiety

## Risk / Protective Assessment

Does the patient exhibit suicidal ideation?

Does the patient indicate homicidal ideation?

Select all of the risk factors that are applicable:

Select all of the protective factors that are applicable:

Plan to address Risk Factors:

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

***

**Present at Session**

✓ Patient
☐ Mother
☐ Stepmother
☐ Spouse
☐ Father
☐ Stepfather
☐ Partner
☐ Adult Child(ren)
☐ Guardian

Other:

**Modality**

Individual

**Interventions utilized in session**

Client processed emotional and cognitive responses to recent and upcoming events. Counselor and client discussed client's symptoms and daily functioning to assess client's progress/regress in treatment. Counselor provided resources for free legal aid in the county. Counselor used active listening skills, encouragement, empathy, and challenged client's thoughts/reasoning.

**Subjective**

C. reported he got into an altercation with his wife and police were called. C. indicated he left before they got there. C. indicated he is concerned she will press charges and he will go to jail. C. reported that he found out she has been taking money out of his account and sending it to Mexico and that he has no money to pay bills or hire an attorney.

**Objective**

Assessment of homicide/suicide risk: Client denies any current SI/HI and SI/HI intent.. No additional acute risk factors reported at this time.

The client's speech was normal. The client presented with anxious mood and congruent affect. Thought processes appeared logical, relevant, and thoughts were completed normally. Thought content was normal with no psychotic or suicidal thoughts. The client's judgment was realistic with normal insight into their present condition. Mental status included: correct time, place, person orientation, normal recent and remote memory, normal attention span and concentration ability.

PLAN: talk to bank; contact attorney

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

***

# Treatment Plan

☐
**Reviewed Treatment Plan and any changes are noted below.**

## Presenting Problem #1

anxiety / depression / relationship stress / financial stress

### Treatment Goals:

Goal: C. reported-- "I want to be happy again; I want to be able to focus."
The client will process emotions related to recent life changes, implement coping strategies, and return to previous level of functioning.

### Objectives:

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

☐
Met

### Interventions / Recommended Tx Resources:

☐
Met

☐
Met

☐
Met

☐

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

Met

☐ Met

**Anticipated Time Frame to Goal Completion:**

## Presenting Problem #2

**Treatment Goals:**

**Objectives:**

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

**Interventions / Recommended Tx Resources:**

☐ Met

☐ Met

☐ Met

☐ Met

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

☐ Met

**Anticipated Time Frame to Goal Completion:**

## Presenting Problem #3

**Treatment Goals:**

**Objectives:**

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

**Interventions / Recommended Tx Resources:**

☐ Met

☐ Met

☐ Met

☐ Met

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131620
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 10/10/2018

❒
Met
**Anticipated Time Frame to Goal Completion:**

***
**Start Time**
**End Time**
**Total Time**
10:32 am
11:30 am
58 minutes
**Interactive Complexity**

**If Interactive Complexity is present, select +90785 below.**
**Complex communication factors were present during this visit, including:**

**PHD/ PsyD**
**MS**
❒
❒
**90791**
**Psychiatric diagnostic examination**
**Please select the correct checkbox determined by your license/credential.**
❒
❒
**90832**
Individual Psychotherapy; 30 minutes with patient and/or family. Patient must be present for all or some of the services.
❒
❒
**90834**
Individual Psychotherapy; 45 minutes with patient and/or family. Patient must be present for all or some of the services
**For additional CPT codes not listed, use the Charge Slip**
❒
✓
**90837**
Individual Psychotherapy; 60 minutes with patient and/or family. Patient must be present for all or some of the services
❒
❒
**90846**
Family psychotherapy (without the patient present)
❒
❒
**90847**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

**ENGLISH,JASON L - DOB:**
**Therapy Follow Up1 - 10/10/2018**

Family psychotherapy (conjoint psychotherapy with patient present)
☐
☐
**+90785**
**Interactive Complexity Add On, if noted above**
☐
Time was not sufficient to collect all of the necessary data to complete this evaluation. The plan is to continue the evaluation and collect missing data in subsequent encounters.
**Psychotherapy for Crisis**
☐
This is an urgent assessment of a crisis state and the presenting problem is life threatening or complex enough to require immediate attention because of extreme distress:

**PHD/ PsyD**
**MS**
☐
☐
**90839**
Urgent Assessment and history of crisis state, a mental status exam, and a disposition. Including psychotherapy, mobilization of resources to defuse the crisis and restore safety, and implementation of psychotherapeutic interventions to minimize the potential for psychological trauma. The presenting problem is typically life threatening or complex, and requires immediate attention to a patient in high distress.
☐
☐
**+90840**
Add On: Psychotherapy For Crisis
for each additional 30 minutes (code beyond 75+ minutes)
**Assessment/Diagnosis:**
( . ) Major Depressive Disorder (F33.1) Moderate,
(Z63.0) Relationship Distress With Spouse or Intimate Partner

| Code | Description |
|---|---|
| F33.1 | MAJ DEPRESS D/O RECURRENT MOD |
| Z63.0 | PROBLEM RELATIONSHIP SPOUSE/PARTNER |

**R/O Dx:**

***
**To insert a Subnote, such as Addendum or PHQ-9, right click and select Mental Health.**
**To insert a Subnote, such as Addendum or PHQ-9, right click and select Mental Health.**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

# Chief Complaint

anxiety / depression / relationship stress / financial stress

### Patient's goals for treatment:

Goal: C. reported-- "I want to be happy again; I want to be able to focus."

# History of Present Illness

Elements:
Location, Quality, Severity, Duration, Timing, Content, Modifying Factors, Associated Signs/Symptoms

C. reported depression symptoms: can't stop thinking about what is going to happen, worry, can't sleep, restless sleep, dream about it, trouble getting up, drinking and smoking more,
nausea, not been a big eater--appetite typical, withdrawing--wanting to be at home, sleeping a lot more during the day, feeling tired, lack of motivation, and crying spells.
C. reported anxiety: panic attacks--I don't know if that was what was keeping me sick, nerves, worry on my mind.
C. reported that he went through a period of about a month, 3 months ago, where he was throwing up and nausea lost 20 pounds--went to gastro-specialist.
C. reported he is smoking a pack and 1/2 a day and used ot only smoke about a pack; thinking about going to an AA class today--been a moderate drinker before--drink more than I want to, going home to get drunk so I don't have to think, been happening for a couple months, last night over a 12 pack--went to sleep at 8:30 pm, some nights 2-3 beers, once every couple of weeks.
C. reported that he hit a wall and broke his wrist--about 6 weeks ago.
C. reported he used to work out--but can't anymore.
C. reported he doesn't know if he and his wife are divorcing. C. reported his wife has an EPO on him; then dismissed the EPO. C. reported that his brother and wife got into a physical altercation and he didn't get involved. C. reported that his wife stole money from him and then he borrowed money from his brother. C. reported that he wasn't able to see his kids for 3 weeks. C. reported his wife is staying with some friends that don't like him. C. reported that the kids are with him. C. reported that his wife comes over about every day. C. reported that their marriage has been up and down some. C. reported his wife had control of finances and she wasn't paying the bills and was "robbing me blind."

# Medications

☐
**Reviewed any changes in medications**

### Current Medications

No current medications on file
**Medication list on Follow up visits will pull from the Medications card.**

### Past Psychiatric Medications/Side Effects/Adverse Reactions:

***

# Review of Systems

☐

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

**ENGLISH,JASON L - DOB:**
**Therapy Follow Up1 - 11/2/2018**

**Unable to obtain Review of Systems due to:**

☐
**ROS performed on a previous encounter was reviewed with the patient.**
**Changes noted below:**

**Psychiatric**
**Symptoms experienced in the last two weeks**
**Review of Systems**
**(number of days)**

**Anxiety Attacks**
None
**Appetite, Increased**
None
**Appetite, Decreased**
None
**Depressed Mood**
None
**Easily Distracted**
None
**Engage in Risky Behaviors**
None
**Excessive Energy**
None
**Excessive Worry**
None
**Fatigue**
None
**Feeling Hopeless**
None
**Feelings of Abandonment**
None
**Feelings of Emptiness**
None
**Flashbacks**
None
**Guilt**
None
**Hypervigilance**
None
**Impulsive**
None
**Unable to Feel Pleasure**
None
**Increased Activity**
None
**Increased Need for Sleep**
None

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

**Unable to Fall Sleep**
None
**Paranoia**
None
**Preoccupied with Sex**
None
**Racing Thoughts**
None
**Talkativeness**
None
**Worthlessness**
None
**Other Psychiatric Systems**
None

**Impact of these symptoms on ability to work, take care of things at home, or get along with other people:**
Not difficult at all
**Additional:**

***
**Pain Assessment**
**Current Pain:**

**Current Pain on scale of 1 to 10:**

**Highest in lifetime:**

**Emotional or physical pain:**

## Exam / Mental Status
### • General Appearance
The client's speech was normal. The client presented with anxiousmood and congruent affect. Thought processes appeared logical, relevant, and thoughts were completed normally. Thought content was normal with no psychotic or suicidal thoughts. The client's judgment was realistic with normal insight into their present condition. Mental status included: correct time, place, person orientation, normal recent and remote memory, normal attention span and concentration ability.
### • Motor Activity

### • Speech

### • Thought Process

### • Associations

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

• **Abnormal/Psychotic Thoughts**

• **Judgement and Insight**
**Judgement and Insight together = 1 bullet**
**Judgement**

**Insight**

• **Orientation**

• **Memory**

• **Attention**

• **Language**

• **Fund of Knowledge**

• **Mood and Affect**
**Mood and Affect together = 1 bullet**
**Mood**

**Affect**

## Additional Observations
**Do not include in number of bullets**
**Behavior**

**Anxiety**

## Risk / Protective Assessment
**Does the patient exhibit suicidal ideation?**
No
**Does the patient indicate homicidal ideation?**
No
**Select all of the risk factors that are applicable:**
Loss of relationship
Financial stress
Legal stress
**Select all of the protective factors that are applicable:**
client's children
**Plan to address Risk Factors:**

***
**Present at Session**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131620
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

✓ Patient
☐ Mother
☐ Stepmother
☐ Spouse
☐ Father
☐ Stepfather
☐ Partner
☐ Adult Child(ren)
☐ Guardian
Other:

## Modality
Individual

## Interventions utilized in session
Client processed emotional and cognitive responses to recent and upcoming events. Counselor and client discussed client's symptoms and daily functioning to assess client's progress/regress in treatment. Counselor provided a number for community action counsel and encouraged him to communicate with the school to olient for assistance with food and possible cheaper childcare options. Counselor used active listening skills, encouragement, empathy, and challenged client's thoughts/reasoning.

## Subjective
C. indicated his mother is in ICU and he debated whether to even come to his appointment. C. reported he is struggling with depression--getting kids to school and then going back to sleep until noon. C. reported at nigh the has crying spells and is sad about the relationship ending the way it is. C. indicated he can't understand his wife leaving him and the kids like she has .C. indicated that he needs a letter for his lawyer to show he is coming to sessions and his diagnosis. C. indicated he is concerned about his work situation and having to go back to work and having to find childcare for his kids. C. indicated he is worried about his financial situation. C. indicated that his kids have missed more school than is allowed with the separation and his mother being sick and he is worried about getting into trouble for truancy.

## Objective
C. was engaged and cooperative in session.

Plan: counselor will write a letter for client to pick up to take to his lawyer.
***

# Treatment Plan
☐

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

## Reviewed Treatment Plan and any changes are noted below.

### Presenting Problem #1

anxiety / depression / relationship stress / financial stress

### Treatment Goals:

Goal: C. reported-- "I want to be happy again; I want to be able to focus."
The client will process emotions related to recent life changes, implement coping strategies, and return to previous level of functioning.

### Objectives:

- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met

### Interventions / Recommended Tx Resources:

- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met
- [ ] Met

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

**Anticipated Time Frame to Goal Completion:**

## Presenting Problem #2

**Treatment Goals:**

**Objectives:**

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

**Interventions / Recommended Tx Resources:**

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

**Anticipated Time Frame to Goal Completion:**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131620
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

## Presenting Problem #3

### Treatment Goals:

### Objectives:

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

### Interventions / Recommended Tx Resources:

☐ Met

☐ Met

☐ Met

☐ Met

☐ Met

### Anticipated Time Frame to Goal Completion:

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131820

Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

***
**Start Time**
**End Time**
**Total Time**
10:14 AM
10:58 AM
44 minutes
**Interactive Complexity**

**If Interactive Complexity is present, select +90785 below.**
**Complex communication factors were present during this visit, including:**

**PHD/ PsyD**
**MS**
☐
☐
**90791**
**Psychiatric diagnostic examination**

## Please select the correct checkbox determined by your license/credential.

☐
☐
**90832**
Individual Psychotherapy; 30 minutes with patient and/or family. Patient must be present for all or some of the services.
☐
✓
**90834**
Individual Psychotherapy; 45 minutes with patient and/or family. Patient must be present for all or some of the services

## For additional CPT codes not listed, use the Charge Slip

☐
☐
**90837**
Individual Psychotherapy; 60 minutes with patient and/or family. Patient must be present for all or some of the services
☐
☐
**90846**
Family psychotherapy (without the patient present)
☐
☐
**90847**
Family psychotherapy (conjoint psychotherapy with patient present)
☐
☐
**+90785**

FENTON,TAMERA,LPCC
1030 MONARCH STREET
LEXINGTON, KY 405131620
Phone: (859)296-3141
Fax: (859)296-3144

ENGLISH,JASON L - DOB:
Therapy Follow Up1 - 11/2/2018

**Interactive Complexity Add On, if noted above**
▢
Time was not sufficient to collect all of the necessary data to complete this evaluation. The plan is to continue the evaluation and collect missing data in subsequent encounters.
**Psychotherapy for Crisis**
▢
This is an urgent assessment of a crisis state and the presenting problem is life threatening or complex enough to require immediate attention because of extreme distress:

**PHD/ PsyD**
**MS**
▢
▢
**90839**
Urgent Assessment and history of crisis state, a mental status exam, and a disposition. Including psychotherapy, mobilization of resources to defuse the crisis and restore safety, and implementation of psychotherapeutic interventions to minimize the potential for psychological trauma. The presenting problem is typically life threatening or complex, and requires immediate attention to a patient in high distress.
▢
▢
**+90840**
Add On: Psychotherapy For Crisis
for each additional 30 minutes (code beyond 75+ minutes)
**Assessment/Diagnosis:**
( . ) Major Depressive Disorder (F33.1) Moderate,
(Z63.0) Relationship Distress With Spouse or Intimate Partner

| Code | Description |
|---|---|
| F33.1 | MAJ DEPRESS D/O RECURRENT MOD |
| Z63.0 | PROBLEM RELATIONSHIP SPOUSE/PARTNER |

**R/O Dx:**

***
**To insert a Subnote, such as Addendum or PHQ-9, right click and select Mental Health.**
**To insert a Subnote, such as Addendum or PHQ-9, right click and select Mental Health.**

Downtown Office
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

# Doran Law Office

## Kevan M. Doran

Attorney at Law
kdoran@thedoranlawoffice.com

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

# STATUS OF APPEAL INQUIRY

August 21, 2019

Liberty Life Assurance Company
of Boston, aka Lincoln Financial Group,
Group Benefits Disability Claims
Appeal Review Unit
Attn – Katie Pacheco
P.O. Box 7213
London, Kentucky 40742

Fax: 603-334-8186

Re: Jason English/Claim No. 8465694 and Claim No. 6017589

Dear Ms. Pacheco,

As you may recall from prior correspondence, I am representing Jason English and assisting him in appealing the wrongful cessation/denial of short-term and long-term disability benefits. I received your correspondence dated April 19, 2019 which accompanied a thumb/flash drive containing Mr. English's medical records but I have not received any further correspondence or documents pertaining to our appeal. I am therefore writing to follow up on the status of my client's appeal for wrongful denial of disability benefits.

I would appreciate you updating my office on the status of this appeal at your earliest convenience. Should your company have reconsidered its prior decision terminating paying disability benefits to my client, please forward my office a check in the amount of past/back benefits which should have been paid to Mr. English. Please make this check payable to "Jason English and his attorney Kevan Doran." Please be advised that any release or settlement agreement pertaining to this matter must be accompanied by payment of the above settlement amount.

If you are still reviewing this matter and have obtained any additional materials pertaining to Mr. English, please provide my office with copies and contemporaneously provide me with whatever materials you receive in the future.

Thank you in advance for your assistance with this matter. Any help you can provide is bringing this matter to a swift conclusion is greatly appreciated. Should you have any questions concerns or need additional information, please do not hesitate to contact me at 502-208-4971.

Sincere regards,

Kevan M. Doran, Esq.

**n0259575**

| | |
|---|---|
| **From:** | Pacheco, Katie |
| **Sent:** | Wednesday, April 24, 2019 11:26:58 AM |
| **To:** | 'Lynn Combs (TMMK)' |
| **Subject:** | RE: ENGLISH, JASON L 8465694 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Yes, he has obtained an attorney who requested a copy of the claim file and LTD Policy so he can assist Mr. English with his appeal. We have sent everything requested to the attorney, but we have not yet received a formal appeal letter nor additional information from Mr. English or his attorney so the appeal investigation has not been initiated.

Thank you,

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Katie Pacheco**

Long Term Disability Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41473 Extension

603.334.8186 Fax

[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41473. Permanently delete the original and any copy of the e-mail along with any printout thereof.

**From:** Lynn Combs (TMMK) [mailto:lynn.combs@toyota.com]
**Sent:** Wednesday, April 24, 2019 7:27 AM
**To:** Pacheco, Katie <Katie.Pacheco@libertymutual.com>
**Subject:** ENGLISH, JASON L 8465694

Do you have any records that Mr. English has appealed his LTD claim decision or that he's tried to reopen this claim?

Lynn Combs

Premise Health

(502)570-7321

**UPS CampusShip: View/Print Label**

1. **Ensure there are no other shipping or tracking labels attached to your package.** Select the Print button on the print dialog box that appears. Note: If your browser does not support this function select Print from the File menu to print the label.

2. **Fold the printed label at the solid line below.** Place the label in a UPS Shipping Pouch. If you do not have a pouch, affix the folded label using clear plastic shipping tape over the entire label.

3. **GETTING YOUR SHIPMENT TO UPS**
   **Customers with a Daily Pickup**
   Your driver will pickup your shipment(s) as usual.

   **Customers without a Daily Pickup**
   Take your package to any location of The UPS Store®, UPS Access Point(TM) location, UPS Drop Box, UPS Customer Center, Staples® or Authorized Shipping Outlet near you. Items sent via UPS Return Services(SM) (including via Ground) are also accepted at Drop Boxes. To find the location nearest you, please visit the Resources area of CampusShip and select UPS Locations.
   Schedule a same day or future day Pickup to have a UPS driver pickup all your CampusShip packages.
   Hand the package to any UPS driver in your area.

UPS Access Point™
THE UPS STORE
15105 JOHN J DELANEY DR
CHARLOTTE ,NC 28277

UPS Access Point™
THE UPS STORE
8334 PINEVILLE MATTHEWS RD
CHARLOTTE ,NC 28226

UPS Access Point™
THE UPS STORE
6420 REA RD
CHARLOTTE ,NC 28277

FOLD HERE

1 LBS 1 OF 1

CASEY BOWMAN
8002910112 2411
LIBERTY MUTUAL-CHARLOTTE-048C
13830 BALLANTYNE CORP PL
CHARLOTTE NC 28277

**SHIP TO:**
ATTN: KEVAN M. DORAN
DORAN LAW OFFICE
SUITE 12A
2950 BRECKENRIDGE LANE
**LOUISVILLE KY 40220-1462**

**KY 402 9-03**

**UPS 2ND DAY AIR 2**
TRACKING #: 1Z 57R V43 02 9198 0588

BILLING: P/P

Office/Dept Number: 091307532

CS 21.0.21. WNTNV50 09.0A 01/2019

# FAX COVER SHEET

TO: Liberty Life Assurance Company of Boston

Attn: Appeal Review Unit

Fax: 603-334-8186

FROM: Doran Law Office

Re: Jason English

Claim: 8465694 and 6017589

Pages: 5 including cover sheet

Please fax any requested materials to 502-618-0605

Thank you for your assistance.

Downtown Office
436 South 7th Street Ste 200
Louisville, Kentucky 40203
Phone 502-855-3151
Fax 502-855-3166

# Doran Law Office

Kevan M. Doran
Attorney at Law
kdoran@thedoranlawoffice.com

Jeffersontown Office
2950 Breckenridge Lane Ste 12A
Louisville, Kentucky 40220
Phone 502-208-4970
Fax 502-618-0605

## NOTICE OF REPRESENTATION AND APPEAL OF DENIAL

Liberty Life Assurance Company of Boston
aka Lincoln Financial Group
Group Benefits Disability Claims
Appeal Review Unit
P.O. Box 7213
London, KY 40742-7213
Fax: (603) 334-8186

Re: Jason English – LTD Benefits – Toyota – Claim# 8465694 and 6017589

To Whom It May Concern,

I am representing Mr. Jason English. I am helping him appeal the wrongful cessation of short-term and long-term disability benefits which your company was obligated to pay pursuant to his Group Insurance Policy with Toyota Motor Corporation. This letter serves as official notice of my representation of Mr. English. **Please direct all future communications regarding this matter exclusively to my office**. In conformity with this notice, I am submitting a signed notification of representation executed by my client.

Consistent with your correspondence dated December 4, 2018, this letter serves as a formal request for your company to review its decision denying benefits. If you do not agree this request fulfills my client's obligation to provide a written request for review and is made within the 180 day period set forth in your correspondence, please advise me in writing at your earliest convenience and provide me with a written explanation regarding any alleged deficiency. At your earliest convenience, please mail or fax (502-618-0605) the following materials and information to my office:

1. A complete copy of Mr. English's insurance policy;
2. All correspondence which your company sent to Mr. English regarding this policy and his eligibility for benefits under the policy;
3. All correspondence which your company sent to Mr. English explaining the calculation of his benefits under the policy;
4. All correspondence which your company sent to Mr. English explaining the cessation of benefits under the policy;
5. All applications and forms completed by Mr. English;
6. All materials and correspondence submitted by Mr. English;

7. All materials, records, correspondence and documents submitted by Mr. English's employer – Toyota Motor Corporation.;
8. All medical records pertaining to Mr. English that are in your custody, possession or control;
9. Any IME, Physician(s) Opinion(s) or Medical Reports which your company relied upon in terminating payment of Mr. English's benefits;
10. Any vocational/occupational analysis, reports, studies, projections or other materials which your company relied upon in terminating payment of Mr. English's benefits;
11. All correspondence, records, information and materials you submitted to any vocational experts reviewing Mr. English's continuing eligibility for disability benefits and/or performing an "employability analysis;"
12. All correspondence, records, information and materials you submitted to any medical doctors or nurses reviewing Mr. English's continuing eligibility for disability benefits; and
13. A complete copy of all materials, records and documents pertaining to Mr. English in any manner including those generated and/or kept electronically.

Once my office receives the requested materials from your company, I will speak with Mr. English's physicians, obtain his updated healthcare records and provide supplemental records and briefing in support of reconsideration of your company's decision denying benefits. If you do not agree that we may supplement accordingly under the terms of the applicable policy, please advise me in writing at your earliest convenience and provide me with a written explanation of why a representative of the insured may not provide healthcare records and briefing challenging your company's decision denying benefits. I am looking forward to working with you and I hope we can quickly resolve this dispute.

Thank you in advance for your assistance with this matter. Any help you can provide in bringing this matter to a swift conclusion is greatly appreciated. It is my understanding that Mr. English's treating physician, Dr. Jai Gilliam, M.D., and the Beaumont Behavioral Health Center have provided your company with medical records from June 22, 2018 to January 18, 2019, which verify Mr. English continues to suffer from mental health issues that preclude him from performing his occupational duties as a Production Team Member on a full-time basis. Per the aforementioned documentation, these limitations were empirically proven by Mr. English's subsequent failed work attempt. I am therefore concerned that your company's correspondence dated December 4, 2018 incorrectly states that "from 9/24/2018 there is no documentation" establishing these limitations when you were provided with above identified medical records reflecting Mr. English still suffering from Major Depressive Disorder and Recurrent Major Depressive Disorder with Severe Anxiety and Stress.

Should your company reconsider its prior decision terminating paying disability benefits to my client, please forward my office a check in the amount of past/back benefits which should have been paid to him. Please make this check payable to "Jason English and his attorney Kevan M. Doran." For your records please note that my Tax Identification Number is 26-4504350. Please be advised that any release or settlement agreement pertaining to this matter must be accompanied

by payment of the above settlement amount. Should you have any questions concerns or need additional information, please do not hesitate to contact me at 502-208-4971.

Sincere regards,

Kevan M. Doran, Esq.

**NOTIFICATION OF REPRESENTATION**
**BY THE DORAN LAW OFFICE**

TO: Liberty Life Assurance Co. of Boston
aka Lincoln Financial Group
Group Benefits Disability Claims
Appeal Review Unit
P.O. Box 7213
London, KY 40742-7213

To the bearer of this Notification of Representation, please be advised that I – JASON ENGLISH - as witnessed by the signature below, have retained Kevan M. Doran and the Doran Law Office to represent me. Please provide Kevan Doran and the Doran Law Office with any information which they request. I am requesting that all communication and correspondence regarding this matter be exclusively directed to Kevan M. Doran and the Doran Law Office. The contact information for the Doran Law Office is as follows:

DORAN LAW OFFICE
8950 Breckenridge Lane Suite 12A
Louisville, KY 40220

Phone – (502) 208-4971

Fax – (502) 618-0605

E-mail – kdoran@thedoranlawoffice.com

JASON ENGLISH

Signature

Date of Signature: 4-18-19

**IF YOU HAVE ANY QUESTIONS OR CONCERNS REGARDING THIS NOTIFICATION OF REPRESENTATION, PLEASE IMMEDIATELY CONTACT MY ATTORNEY, KEVAN M. DORAN, AT 502-208-4971**

**n0068567**

**From:** Cruz, Erika
**Sent:** Wednesday, February 20, 2019 3:02:47 PM
**To:** Donna Sutherland (TMMK)
**Subject:** RE: ENGLISH, JASON L 6017589

Hello Donna,

The decision on the STD and LTD claim was made the same day; therefore, the deadline for the STD is also the same as the LTD.

Let me know if you have any other questions,

Thanks,

Erika

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Monday, February 18, 2019 8:36 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>
**Subject:** RE: ENGLISH, JASON L 6017589

Erika, I'm assuming the below his LTD appeal deadline. Did he have an appeal deadline for the STD and if so what was that date?

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Cruz, Erika <Erika.Cruz@lfg.com>
**Sent:** Friday, February 15, 2019 10:07 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: ENGLISH, JASON L 6017589

Hello Donna,

This claim was denied on 12/3/18. Mr. English has 180 days from the date of the denial to submit an appeal. On December 19, 2018, we received one office visit only and when Katie spoke with him, he reported that he was submitting additional records along with his appeal letter.

As of today, no appeal letter and/or additional records have been received; therefore, the claim remains closed.

Thanks,

Erika Cruz

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Wednesday, February 13, 2019 11:40 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>
**Subject:** FW: ENGLISH, JASON L 6017589

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see below.

Also, has he made an appeal that was denied?

Thank you!


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Donna Sutherland (TMMK)
**Sent:** Wednesday, February 13, 2019 1:26 PM
**To:** 'Katie.Pacheco@libertymutual.com' <Katie.Pacheco@libertymutual.com>
**Subject:** ENGLISH, JASON L 6017589

This TM has not returned to work since 5/31/18.  Does he have any appeal options to cover absence from 9/24/18 when STD claim was closed.

Thank you

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice:  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox.  Thank you!**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**n0068567**

**From:** Cruz, Erika
**Sent:** Friday, February 15, 2019 10:07:01 AM
**To:** Donna Sutherland (TMMK)
**Subject:** RE: ENGLISH, JASON L 6017589

Hello Donna,

This claim was denied on 12/3/18. Mr. English has 180 days from the date of the denial to submit an appeal. On December 19, 2018, we received one office visit only and when Katie spoke with him, he reported that he was submitting additional records along with his appeal letter.

As of today, no appeal letter and/or additional records have been received; therefore, the claim remains closed.

Thanks,

Erika Cruz

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Wednesday, February 13, 2019 11:40 AM
**To:** Cruz, Erika <Erika.Cruz@lfg.com>
**Subject:** FW: ENGLISH, JASON L 6017589

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see below.

Also, has he made an appeal that was denied?

Thank you!

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Donna Sutherland (TMMK)
**Sent:** Wednesday, February 13, 2019 1:26 PM
**To:** 'Katie.Pacheco@libertymutual.com' <Katie.Pacheco@libertymutual.com>
**Subject:** ENGLISH, JASON L 6017589

This TM has not returned to work since 5/31/18. Does he have any appeal options to cover absence from 9/24/18 when STD claim was closed.

Thank you

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

*HR Integrated Medical Services*

*Desk: 502-868-2935*

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

BAPTIST HEALTH
MEDICAL GROUP
Internal Medicine & Pediatrics at Brannon Crossing
100 Providence Way, Suite 200
Nicholasville, KY 40356
859-260-5370 (phone) 859-260-5379 (fax)

# FAX TRANSMISSION/INFORMATION SHEET

| | |
|---|---|
| TO: Lincoln Financial Group | FAX NO: 603-334-8186 |
| FROM: Jai Gilliam, MD | PHONE NO: 859-260-5370 |
| DEPT: | NUMBER OF PAGES: 4 |
| SUBJECT: English, Jason | DATE: 12/19/18 |

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply

**COMMENTS (Do NOT include any PHI on the cover sheet):**

Attention: Katie Pacheco

Claim # 8465694

The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify the sender by telephone (see phone number above).

# English, Jason Lamont

MRN: 8910931864

**Office Visit** 12/19/2018
BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE AND PEDIATRICS

Provider: Gilliam, Jai, MD (Internal Medicine)
Primary diagnosis: Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)
Reason for Visit: Depression

## Progress Notes

Gilliam, Jai, MD (Physician) • Internal Medicine

Expand All Collapse All

### Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

1 depression -chronic and he is still having difficulty with his social situation. Patient is still struggling with his depression and having difficulty with being a single parent during the holiday season. Patient does have some support from some of his family members, but overall the main support and encouragement is coming from self. Patient denies any suicide ideations, emotional liability of threats towards himself or anybody else, and no hallucinations. Since the start of the sertraline 50 mg he has noticed some mild improvement but thinks that the dosage may need to be increased.

Review of Systems
All other systems reviewed and are negative.

### Objective

**Repeat blood pressure 160/101**

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic.
Right Ear: External ear normal.
Left Ear: External ear normal.
Nose: Nose normal.
Mouth/Throat: Oropharynx is clear and moist.
Eyes: Conjunctivae and EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert.
Skin: Skin is warm.
Nursing note and vitals reviewed.

**Assessment/Plan**

Jason was seen today for depression.

Diagnoses and all orders for this visit:
In approximately 30 minutes face-to-face with patient, 50% of that time was used for discussion and treatment of depression.

**Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC)**

**Major depressive disorder with single episode, in partial remission (CMS/HCC) (dosage increase)**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

After review of history, physical, I am recommending that patient be continued to be off from work due to the fact that he is still experiencing difficulty with his depression. Dosage increase was done on today to help maximize treatment. I am recommending that he be off from work up until 1/14/18

Patient will continue to follow-up for reassessment of depression

2 HTN- elevated on today's visit because he has been off of his blood pressure medication for the past few days, refills have been sent in and he is going to take the medications

## Instructions

Return in about 4 weeks (around 1/16/2019) for Recheck–depression.

## Additional Documentation

| | |
|---|---|
| Vitals: | BP 184/102 ! (Abnormal) (BP Location: Right arm, Patient Position: Sitting, Cuff Size: Adult)<br>Pulse 98 Temp 97.6 °F (36.4 °C) (Temporal) Resp 18 Ht 182.9 cm (72.01")<br>Wt 90.8 kg (200 lb 3.2 oz) SpO2 98% BMI 27.15 kg/m² BSA 2.13 m² |
| Flowsheets: | Vitals Reassessment |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report, Prep for Surgery Order Report, PAF, Chart Review: Routing History, Coding Summary, Encounter Facesheet, Link Facesheet |

## Orders Placed

None

## Medication Changes

As of 12/19/2018 9:25 AM

| | Refills | Start Date | End Date |
|---|---|---|---|
| **Changed: sertraline (ZOLOFT) 100 MG tablet**<br>Take 1 tablet by mouth Daily. - Oral<br>Previously: 50 mg Oral Daily | 3 | 12/19/2018 | |

## Visit Diagnoses

Severe episode of recurrent major depressive disorder, without psychotic features (CMS/HCC) F33.2
Major depressive disorder with single episode, in partial remission (CMS/HCC) F32.4
Essential hypertension I10
Nausea R11.0
Gastroesophageal reflux disease with esophagitis K21.0

## Current Medications

**amLODIPine (NORVASC) 10 MG tablet**
Disp: 90 tablet
Start: 12/19/2018
Sig - Route: Take 1 tablet by mouth Daily. - Oral

**sertraline (ZOLOFT) 100 MG tablet**
Disp: 30 tablet
Start: 12/19/2018
Sig - Route: Take 1 tablet by mouth Daily. - Oral

**omeprazole (priLOSEC) 40 MG capsule**
Disp: 30 capsule
Start: 7/12/2018
Sig - Route: Take 1 capsule by mouth Daily. - Oral

**ondansetron (ZOFRAN) 8 MG tablet**
Disp: 20 tablet
Start: 12/19/2018
Sig - Route: Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting. - Oral

**promethazine (PHENERGAN) 25 MG tablet**
Disp: 30 tablet
Start: 6/29/2016
Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for nausea or vomiting. - Oral

**terbinafine (lamiSIL) 250 MG tablet**
Disp: 30 tablet
Start: 12/19/2018
Sig - Route: Take 1 tablet by mouth Daily. - Oral

**traMADol (ULTRAM) 50 MG tablet**
Start: 6/24/2016
Class: Historical Med

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Monday, December 10, 2018 1:28:50 PM
**To:**
**CC:**
**BCC:**
**Subject:** [Send Secure]Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8465694 Jason English
**Attachments:** d76fdf078177ffd8a374ff449a19160597ea5de2855d4fd6_5900406.pdf;

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

December 10, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694

Dear Mr. Jason English:

Please see the attached denial letter for your review.
If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

Attachments: 8465694-DENY-FREEFORM-12.03.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON ENGLISH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

December 4, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8465694 and 6017589

Dear Mr. Jason English:

We are writing with regard to your claim for Short Term/Long Term Disability Benefits (STD/LTD) under Toyota's Group Plan/Policy.

We have completed a review of your claim and have determined that benefits are not payable beyond September 23, 2018.

Toyota's STD Plan and LTD Policy requires that to receive benefits you must provide initial notice of disability as well as continued proof of disability. Continued benefit payments are subject to updated medical documentation.

**STD Plan Overview**

The definition of disability states the condition will be evaluated relative to the employee's inability to perform the material and substantial duties of his/her job.

Please refer to Toyota's Plan language governing this claim determination as stated below.

***"Disability" or "Disabled"*** *means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*

**LTD Policy Overview**

Toyota Motor Engineering and Manufacturing's Long Term Disability Policy requires that to receive disability benefits you must meet the definition of disability defined as follows:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

1. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

***"Own Occupation"*** *with respect to Long Term Disability means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

**Medical Overview**

In order to evaluate whether or not you meet the above definition of disability we requested medical information and then compared your restrictions and limitations to the requirements of your job with your current employer. Our review of your claim was based on your diagnosis of Adjustment disorder with Mixed Anxiety and Depression. In order to determine the severity of your symptoms, we requested supporting medical records from your treating physicians. We received the following information:

- Office visit Notes dated 6/1/18 through 9/24/18 from Primary Care Provider Dr. Jai Gilliam

**Psychiatric Review**

To clarify the severity of your conditions and current impairments, we referred your file to a Licensed Medical Clinical Practitioner, Board Certified in Psychiatry, for an independent review of the medical records noted above. The results of the medical review dated November 11, 2018 are summarized as follows:

*A diagnosis of Adjustment Disorder with Mixed Anxiety and Depression is suggested by the medical records.*

*Psychiatric impairment is supported through 9/23/18. From 9/24/18 there is no documentation that you were precluded from performing your usual range of life activities as a result of a psychiatric disorder, with no documentation of the symptoms typically associated with a severe condition (such as psychosis, suicidal thoughts, significant weight loss, cognitive impairment, or social isolation). There is also no documentation of observed mental status abnormalities (such as impairment in grooming, communication, behavior, emotional control, or cognition) on this date. There is no indication that you had participated in a higher level of care, such as frequent PCP*

*visits or sustained treatment with a behavioral health provider. There is also no documentation of a recent medication change. While you may have persistent residual symptoms of depression or anxiety, these mild symptoms do not support workplace restrictions or limitations from 9/24/18 forward.*

*From 9/24/18 there is no documented objective impairment in behavior, appearance, emotional regulation, speech, or communication, and no basis for a finding of social impairment.*

On November 12, 2018, the Licensed Medical Clinical Practitioner spoke with your physician Dr. Gilliam regarding your condition. Dr. Gilliam noted that that you were last seen on 11/8/18. On this date you reported that you were back at work on a different shift than you were previously working. At the last visit you were tearful but was in control of your emotions. You have been able to take care of your children and manage your job. Based on this clinical information, there remains no basis for a recommendation of workplace restrictions or limitations from 9/24/18 forward.

**Summary**

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation as a Production Team Member. We are not required to ensure the availability of these occupations or that you return to active employment with your former employer in the same or different position. We determine whether you are capable of performing the duties of your own occupation.

Based on our complete review of your claim, the medical documentation does not support that you have any restrictions or limitations that would preclude you from performing your occupation on a full-time basis. Based on the medical information in relation to your occupation requirements, you do not meet your Policy's definition of disability, and we must deny your LTD claim and we must close your STD claim as of September 24, 2018.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**ERISA Rights**

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: office notes, psychotherapy notes, pharmacy records, standardized measures of anxiety, a psychiatric assessment, specific restrictions and limitations and the medical evidence to support them, from all treating providers; as well as any additional information, not already on file, which you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

**From:** TEMALeaves@LibertyMutual.com
**To:**
donna.sutherland@toyota.com;judy.lykins@toyota.com;beth.renfro@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Change in Long Term Disability Status for Jason English 209895 Claim 8465694

This is to notify you that there has been a change in the status of your Team Member's Long Term Disability claim.

**Long Term Disability Information:**

Last Day Worked: 7/26/2018

Date of Disability: Not Applicable

Benefit Begin Date: 12/10/2018

Claim Status: Denied - Not Totally Disabled For Own Occupation

The Team Member has 180 days to appeal this determination. The appeal deadline is 6/1/2019.

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41473 or contact the assigned Case Manager at Katie.Pacheco@lfg.com. Please be sure to reference claim number 8465694.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

**n0259575**

|  |  |
|---|---|
| **From:** | Donna Sutherland (TMMK) |
| **Sent:** | Monday, December 03, 2018 1:04:23 PM |
| **To:** | Pacheco, Katie |
| **Subject:** | RE: Jason English 9895 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

●● PROTECTED 関係者外秘

Katie, he has not returned to work.


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Pacheco, Katie <Katie.Pacheco@lfg.com>
**Sent:** Monday, December 03, 2018 12:22 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Hello Donna,

The claims are currently under review by my manager to see if we can close the STD claim and deny the LTD claim. We should have a decision by end of this week for sure.

Do you by chance know if Jason returned to work? Part of his medical records suggested that but Jason never indicated to me that he planned on returning to work or if he ever did.

Thank you,

**Please note: My email is now Katie.pacheco@lfg.com**

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Katie Pacheco**

Long Term Disability Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41473 Extension

603.334.8186 Fax

[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=iw3iOIdZ04NidxXc4i1jnqqG58jm0H9aAn4AqGefkBk&s=vRUh4rSCJUXXRbXS4Iapd_IcricPKc2yJyUKQt7lrPo&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=iw3iOIdZ04NidxXc4i1jnqqG58jm0H9aAn4AqGefkBk&s=9AGXTWg3dovCepVA4R2Q7dAsDbBm73v6IKAI0xs2-tw&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=iw3iOIdZ04NidxXc4i1jnqqG58jm0H9aAn4AqGefkBk&s=j1rLnCYUevat33h0Qcf8FaTb6nvCweU3Kq2C5QMM2o0&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=iw3iOIdZ04NidxXc4i1jnqqG58jm0H9aAn4AqGefkBk&s=P_VAxGwTJ3B_g2Xdys78vnl-K2dKWwTVTQWCO0JFEmU&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=iw3iOIdZ04NidxXc4i1jnqqG58jm0H9aAn4AqGefkBk&s=Nx0c-gExjKqyBm0Yj_DSIHPZsNniG-hare0B1rR4k8k&e=

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41473. Permanently delete the original and any copy of the e-mail along with any printout thereof.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Monday, December 03, 2018 9:21 AM
**To:** Pacheco, Katie <Katie.Pacheco@lfg.com>

**Subject:** FW: Jason English #9895

●● PROTECTED 関係者外秘

Katie, any update on LTD status?


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Karen Averill (TMMK)
**Sent:** Monday, December 03, 2018 8:16 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** FW: Jason English #9895

Hi Donna,

Any update on Jason English?

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code: HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY 40324

Desk Phone: 502-868-3920

Cell Phone: 502-316-0972

E-mail: Karen.averill@toyota.com

**From:** Donna Sutherland (TMMK)
**Sent:** Monday, November 12, 2018 11:40 AM
**To:** Karen Averill (TMMK) <karen.averill@toyota.com>
**Subject:** FW: Jason English #9895

See below.

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Pacheco, Katie <Katie.Pacheco@lfg.com>
**Sent:** Monday, November 12, 2018 11:28 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Hello,

I actually do have an update. We conducted a medical review based on the medical records we have so far on file, and the medical review is not supporting any restrictions currently. However, Jason informed us that he has missing medical records that we do not have that he wants to submit as well as LTD forms that he hasn't submitted to us yet either. In order to allow him time to submit this additional information so we can do our due diligence on this claim. we have to allow the full 45 days to go by that we originally set as a deadline.

Jason is aware of this deadline being 11/27/18. If we do not receive the additional medical information that Jason has claimed he has, then we will make our final decision based off of the information we currently have.

Thank you,

**Please note: My email is now Katie.pacheco@lfg.com**

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Katie Pacheco**

Long Term Disability Specialist

Lincoln Financial Group

P.O. Box 7209, 03A

London, KY 40742-7209

800.320.7585 Office

X41473 Extension

603.334.8186 Fax


**LincolnFinancial.com**

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=dW6nXFU7euVaN85gKUrcnPAi1736rluIyaXphdNctF0&s=1CNOKFJkSqF4gi4OAoqm2mFmTKdiw1BhDOR6ij

1STB4&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=dW6nXFU7euVaN85gKUrcnPAi1736rluIyaXphdNctF0&s=3ia1P2XzcZZxFTLXatn-shx432oAgdweW4VB5CyWICU&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=dW6nXFU7euVaN85gKUrcnPAi1736rluIyaXphdNctF0&s=qq3byZ7FVZPq-KS4C7C_6Chj47yvfU8uFJHeQJGvrzU&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=dW6nXFU7euVaN85gKUrcnPAi1736rluIyaXphdNctF0&s=vyXhQtakKRWJEnisNVhNV3Ux96yc_nc8p4y_jDpSI9g&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=dW6nXFU7euVaN85gKUrcnPAi1736rluIyaXphdNctF0&s=8M8wbJsokEPy29IzbjzleJsNaKuSHp0rvBwMD0ixhmU&e=

This e-mail and any attachments thereto, are intended only for the use of the addressee named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail or telephone at 1-800-320-7585 Ext. 41473. Permanently delete the original and any copy of the e-mail along with any printout thereof.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Monday, November 12, 2018 9:10 AM
**To:** Pacheco, Katie <Katie.Pacheco@lfg.com>
**Subject:** FW: Jason English #9895

Katie, do you have any updates on Jason's LTD leave?

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

*HR Integrated Medical Services*

*Desk: 502-868-2935*

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Karen Averill (TMMK)
**Sent:** Monday, November 12, 2018 8:40 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Hi Donna,

Can you please check the status of his LTD?

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code: HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY 40324

Desk Phone: 502-868-3920

Cell Phone: 502-316-0972

E-mail: Karen.averill@toyota.com

**From:** Donna Sutherland (TMMK)
**Sent:** Monday, October 15, 2018 9:10 AM
**To:** Karen Averill (TMMK) <karen.averill@toyota.com>
**Subject:** RE: Jason English #9895

Per Lincoln Financial, her is now pending LTD

Hi Donna,

No worries, tm has been approved thru 09/16/18 based on latest medical records we have on file. TM is now in long term, with the new case manager being Katie Pacheco.

Thank you!

*Donna M. Sutherland*

*FMLA Administrator/STD/LTD*

*HR Integrated Medical Services*

*Desk: 502-868-2935*

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Karen Averill (TMMK)
**Sent:** Thursday, October 11, 2018 1:43 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Was there a decision made?

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code: HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY 40324

Desk Phone: 502-868-3920

Cell Phone: 502-316-0972

E-mail: Karen.averill@toyota.com

**From:** Donna Sutherland (TMMK)
**Sent:** Tuesday, October 09, 2018 3:53 PM
**To:** Karen Averill (TMMK) <karen.averill@toyota.com>
**Subject:** FW: Jason English #9895

See below.

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are**

**hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Torres, Nick [mailto:Nick.Torres@lfg.com]
**Sent:** Tuesday, October 09, 2018 2:03 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Hi Donna,

Claim is pending medical review, scheduled for 10/10/18, system should be updated before end of tomorrow.

Thank you!


**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

LincolnFinancial.com

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=kkxicdU0iV8zFvjTRm38B6H_RowDuGzj2_v1zqnUcZc&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=gwpMnT0Eh0b8rLtPAvHQwykCXKs7RmPNV8V5YQ45lXI&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=tmA_KE5g2P-3hWYiU6blKeHPs9bicI_IJaEsrisIu6E&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=IIBt4hHhz6o5pSKHwcQr_BJEORh4xgZEYyXC69f5h6w&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=K7FDtJgKYjKLZb_lTAKXccdIjr0CZWkMIspciVTWC1A&e=

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Tuesday, October 09, 2018 8:32 AM
**To:** Torres, Nick <Nick.Torres@lfg.com>
**Subject:** FW: Jason English #9895

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Nick, any new updates on this t/m?


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Karen Averill (TMMK)
**Sent:** Tuesday, October 09, 2018 11:19 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>

**Subject:** RE: Jason English #9895

Any update on Jason?  He is still ABS since July.

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code:  HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY  40324

Desk Phone: 502-868-3920

Cell Phone:  502-316-0972

E-mail: Karen.averill@toyota.com

**From:** Donna Sutherland (TMMK)
**Sent:** Monday, September 24, 2018 8:23 AM
**To:** Karen Averill (TMMK) <karen.averill@toyota.com>
**Subject:** RE: Jason English #9895

●● PROTECTED 関係者外秘

Looks like there's a note of reopening his STD leave but I don't see anything since August in the notes.  I'm asking the status.


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice:  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox.  Thank you!**


**From:** Karen Averill (TMMK)
**Sent:** Friday, September 21, 2018 2:37 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** Jason English #9895

Hey Donna,

Jason has been out since 7/27/18.  Can you check the status of his leave?

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code: HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY 40324

Desk Phone: 502-868-3920

Cell Phone: 502-316-0972

E-mail: Karen.averill@toyota.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential,

or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON ENGLISH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

December 4, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) and Short Term Disability (STD) Benefits
Toyota
Claim #: 8465694 and 6017589

Dear Mr. Jason English:

We are writing with regard to your claim for Short Term/Long Term Disability Benefits (STD/LTD) under Toyota's Group Plan/Policy.

We have completed a review of your claim and have determined that benefits are not payable beyond September 23, 2018.

Toyota's STD Plan and LTD Policy requires that to receive benefits you must provide initial notice of disability as well as continued proof of disability. Continued benefit payments are subject to updated medical documentation.

**STD Plan Overview**

The definition of disability states the condition will be evaluated relative to the employee's inability to perform the material and substantial duties of his/her job.

Please refer to Toyota's Plan language governing this claim determination as stated below.

***"Disability" or "Disabled"*** *means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*

**LTD Policy Overview**

Toyota Motor Engineering and Manufacturing's Long Term Disability Policy requires that to receive disability benefits you must meet the definition of disability defined as follows:

***"Disability"*** *or* ***"Disabled"*** *means:*

1. *For persons other than pilots, co-pilots, and crewmembers of an aircraft:*

i. *that during the Elimination Period and the next 24 months of Disability the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Occupation; and*

ii. *thereafter, the Covered Person is unable to perform, with reasonable continuity, the Material and Substantial Duties of Any Occupation.*

1. *With respect to Covered Persons employed as pilots, co-pilots and crewmembers of an aircraft:*

***"Disability"*** *or* ***"Disabled"*** *means as a result of Injury or Sickness the Covered Person is unable to perform the Material and Substantial Duties of Any Occupation*

***"Own Occupation"*** *with respect to Long Term Disability means the Covered Person's occupation that he was performing when his Disability or Partial Disability began. For the purposes of determining Disability under this policy, Liberty will consider the Covered Person's occupation as it is normally performed at Toyota Motor Engineering & Manufacturing North America, Inc.*

**Medical Overview**

In order to evaluate whether or not you meet the above definition of disability we requested medical information and then compared your restrictions and limitations to the requirements of your job with your current employer. Our review of your claim was based on your diagnosis of Adjustment disorder with Mixed Anxiety and Depression. In order to determine the severity of your symptoms, we requested supporting medical records from your treating physicians. We received the following information:

- Office visit Notes dated 6/1/18 through 9/24/18 from Primary Care Provider Dr. Jai Gilliam

**Psychiatric Review**

To clarify the severity of your conditions and current impairments, we referred your file to a Licensed Medical Clinical Practitioner, Board Certified in Psychiatry, for an independent review of the medical records noted above. The results of the medical review dated November 11, 2018 are summarized as follows:

*A diagnosis of Adjustment Disorder with Mixed Anxiety and Depression is suggested by the medical records.*

*Psychiatric impairment is supported through 9/23/18. From 9/24/18 there is no documentation that you were precluded from performing your usual range of life activities as a result of a psychiatric disorder, with no documentation of the symptoms typically associated with a severe condition (such as psychosis, suicidal thoughts, significant weight loss, cognitive impairment, or social isolation). There is also no documentation of observed mental status abnormalities (such as impairment in grooming, communication, behavior, emotional control, or cognition) on this date. There is no indication that you had participated in a higher level of care, such as frequent PCP*

*visits or sustained treatment with a behavioral health provider. There is also no documentation of a recent medication change. While you may have persistent residual symptoms of depression or anxiety, these mild symptoms do not support workplace restrictions or limitations from 9/24/18 forward.*

*From 9/24/18 there is no documented objective impairment in behavior, appearance, emotional regulation, speech, or communication, and no basis for a finding of social impairment.*

On November 12, 2018, the Licensed Medical Clinical Practitioner spoke with your physician Dr. Gilliam regarding your condition. Dr. Gilliam noted that that you were last seen on 11/8/18. On this date you reported that you were back at work on a different shift than you were previously working. At the last visit you were tearful but was in control of your emotions. You have been able to take care of your children and manage your job. Based on this clinical information, there remains no basis for a recommendation of workplace restrictions or limitations from 9/24/18 forward.

**Summary**

Our role in reviewing your file is to determine whether your medical condition and the medical documentation contained in your file supports that you are unable to perform the material and substantial duties of your own occupation as a Production Team Member. We are not required to ensure the availability of these occupations or that you return to active employment with your former employer in the same or different position. We determine whether you are capable of performing the duties of your own occupation.

Based on our complete review of your claim, the medical documentation does not support that you have any restrictions or limitations that would preclude you from performing your occupation on a full-time basis. Based on the medical information in relation to your occupation requirements, you do not meet your Policy's definition of disability, and we must deny your LTD claim and we must close your STD claim as of September 24, 2018.

If you have a pending Social Security, Workers' Compensation or Pension benefit that is awarded retroactive to your period of disability with Liberty, someone from our Claims Recovery Unit will contact you shortly. Please be advised that you are expected to repay the amount of any disability benefit you received during the time periods that you received income from other sources, per the language of your disability Policy.

This claim determination reflects an evaluation of the claim facts and Policy provisions. We reserve the right to make a determination on any additional information that may be submitted.

**ERISA Rights**

This claim determination reflects an evaluation of the claim facts and the Policy provisions. No internal rules, guidelines, protocols, standards or other similar criteria were relied upon in rendering the claim determination. We reserve the right to make a determination on any additional information that may be submitted.

Under the Employee Retirement Income Security Act of 1974 (ERISA), you may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Attn: Appeal Review Unit
Group Benefits Disability Claims
P.O. Box 7213
London, KY 40742-7213

The written request for review must be sent within 180 days of the receipt of this letter and state the reasons why you feel your claim should not have been denied. In your request for review please include the following documentation: office notes, psychotherapy notes, pharmacy records, standardized measures of anxiety, a psychiatric assessment, specific restrictions and limitations and the medical evidence to support them, from all treating providers; as well as any additional information, not already on file, which you feel will support your claim.

You are entitled to receive, upon request and free of charge, copies of all claim file documents relevant to the claim determination. If Liberty Life does not receive your written request for review within 180 days from the receipt of this notice, our claim decision will be final, your file will remain closed, and no further review will be conducted.

Under normal circumstances, you will be notified of the final decision within 45 days of the date that your request is received. If special circumstances cause a delay in our decision, you will be notified of the final decision no later than 90 days after your request for review is received.

Nothing in this letter should be construed as a waiver of any Liberty Life Assurance Company of Boston rights and defenses under the above captioned Policy, and all of these rights and defenses are reserved to the Company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

## Initial Payment Calculation Worksheet

**Claimant's Name** Jason English **DOB**

**Customer** TOYOTA MOTOR ENGINEERING & MAN

**LTD Claim #** 8465694 **Work State:** KY

**Associated Claims** 6017589 Type std Type

**Benefit End date of associated claims** 12/9/2018

**Contractual EP** > end of std or 180 days

**LTD Benefit begin date** 12/10/2018 **DOD** 5/31/2018 **AGE** 44

**Max Benefit date** 12/9/2020 Mental Nervous - 24 months

**Does policy include COLA provision** No

**Sources used to verify BME amount**

elig eff 4/2/18 salary $64,147.20/12= $5345.60 monthly.

**BME amount** $5,345.60 **Benefit percentage** 60.00

**Gross modal benefit** $3,207.36

**Benefit Begin date** 12/10/2018

**Approved thru date** 12/9/2020 24 months own occupation

**Offsets entered**

| Type | Amount |
|---|---|
| n/a | |

**Deductions entered** **Effective:** **Through**

| Type | Amount | Type | Amount |
|---|---|---|---|
| n/a | | | |

**Tax Withholding** **Federal** **State**

**Completed by:** **Libby Bellemare** **Approved by:**

«Sequence_Number»

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JASON ENGLISH

0000

*4000002002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 13, 2018

JASON ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/23/2018. STD benefits are payable from 6/7/2018 through 9/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Katie Pacheco
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 13 Nov 2018 15:27:55 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com
**Subject:** Claim #6017589, JASON ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.11-13-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 13, 2018

JASON ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/23/2018. STD benefits are payable from 6/7/2018 through 9/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Katie Pacheco
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits. Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios. Muchas gracias.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 13 Nov 2018 15:27:55 +0000
**To:** beth.renfro@toyota.com;donna.sutherland@toyota.com
**Subject:** Claim #6017589, JASON ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.11-13-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

November 13, 2018

JASON ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/23/2018. STD benefits are payable from 6/7/2018 through 9/23/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***
Please note that extension of benefits beyond 9/23/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Katie Pacheco
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**Addendum to Memorandum of 11/11/18**

**From:** Laura Don, M.D.

| Customer Name | Claimant Name (Last, First) | Claim number |
|---|---|---|
| TEMA | English, Jason | 8465694 |

| | |
|---|---|
| Referred by: | Katie Pacheco |
| Report Date: | 11/12/18 |
| Claimant DOB: | |
| Job Title/Occupation: | Production Team Leader |
| DOD: | 5/31/18 |
| Diagnosis: | Adjustment Disorder with Mixed Anxiety and Depression F43.23 |
| Type of Claim: | LTD |

---

Since the prior report of 11/11/18, additional information was provided telephonically by the claimant's PCP, Dr. Gilliam. During a telephone consultation of 11/12/18 Dr. Gilliam noted that the claimant was last seen on 11/8/18. On this date the claimant reported that he was back at work on a different shift than he was previously working. At the last visit the claimant was tearful but was in control of his emotions. He was able to take care of his children and his manage his job. Based on this clinical information, there remains no basis for a recommendation of workplace restrictions or limitations from 9/24/18.

*Electronically Signed*

Laura Don, M.D.
Board Certified in Psychiatry,
American Board of Psychiatry and Neurology
Consulting Physician, Liberty Mutual

Liberty Mutual INSURANCE

Liberty Life Assurance
Company of Boston

Group Benefits Disability
Claims
P.O. Box 7206
London, KY 40742-7206
Secure Fax 866-841-1415

11/12/2018

Jai Gilliam, MD
Fax: 859-260-5379

Re: Disability Benefits
Claimant Name: Jason English
Claimant DOB:
Claim Number: 8465694

Dear Dr. Gilliam,

Liberty Life Assurance Company is the disability insurer for your patient. I am a psychiatrist who was asked by Liberty Life Assurance Company to review the medical records Mr. English submitted in support of his request for disability benefits. Thank you for taking the time to speak with me today.

During our discussion you noted that Mr. English was last seen on 11/8/18. On this date he reported that he was back at work on a different shift than he was previously working. At the last visit he was tearful but was in control of his emotions. He was able to take care of his children and his manage his job. Based on this clinical information, there remains no basis for a recommendation of workplace restrictions or limitations from 9/24/18.

Eligibility for any benefits to which he may be entitled is determined by our disability claims managers who factor in medical restrictions/limitations to an analysis of employment and other non-medical decision criteria. Upon review of this letter, please sign and date a copy expressing your agreement with the opinion outlined, or any additional information if you are not in agreement. Please return it to me via facsimile **(866) 841-1415**. Liberty Life Assurance Company is willing to reimburse any reasonable costs incurred in responding to this request.

Thank you for your time and your consideration of this matter.

Respectfully,

-Electronically Signed-

Laura Don, MD
Consulting Physician
Board Certified in Psychiatry
TEL: (602) 626-6012

__ No changes/comments, OR
__ With changes/comments as noted above

______________________ __________
Jai Gilliam, MD Date

## n0130495

**From:** RightFax E-mail Gateway
**Sent:** Monday, November 12, 2018 8:07:54 PM
**To:** Don, Laura
**Subject:** Your fax has been successfully sent to Jai Gilliam, MD at 859-260-5379. RE:

Your fax has been successfully sent to Jai Gilliam, MD at 859-260-5379. RE:

-----------------------------------------------------------

11/12/2018 8:05:29 PM Transmission Record

Sent to 8592605379 with remote ID "Baptist Health RBS_C"
Result: (0/339;0/0) Success
Page record: 1 - 2
Elapsed time: 01:52 on channel 36

**Memorandum**

**From:** Laura Don, M.D.

| Customer Name | Claimant Name (Last, First) | Claim number |
|---|---|---|
| TEMA | English, Jason | 8465694 |

| | |
|---|---|
| Referred by: | Katie Pacheco |
| Report Date: | 11/11/18 |
| Claimant DOB: | |
| Job Title/Occupation: | Production Team Leader |
| DOD: | 5/31/18 |
| Diagnosis: | Adjustment Disorder with Mixed Anxiety and Depression F43.23 |
| Type of Claim: | LTD |

***Recommendations / Conclusions:***

- The medical information does not support a finding of significant psychiatric impairment from 9/24/18, as symptoms that precluded the capacity to perform his usual life activities, including his work-related activities, have not been documented since this date.

- An addendum to this report will be prepared if additional information is provided by Dr. Gilliam.

***Historical:***

Jason English is a 45-year-old male. He last worked in his capacity as a Production Team Leader with TEMA on 7/26/18 (he ceased work on 5/31/18 and returned to work from 7/23/18-7/26/18 before ceasing work again). The referral question relates to restrictions and limitations from 9/20/18.

***Analysis:***

The records were reviewed in their entirety and the pertinent records are summarized in this report.

The records indicate that the claimant was tearful at the PCP visit of 6/1/18 with stress related to his mother's illness and marital discord. He was prescribed Zoloft for depression and was treated for hypertension. He was excused from work on 5/31 and 6/1/18. On 6/14/18 he reported GI symptoms and had been in the ER recently. The dose

of Zoloft was increased. A letter dated 7/9/18 from his PCP recommended continued disability. On 7/12/18 the claimant requested a release to return to work despite continued depression and decreased interests with racing thoughts and anxiety. He reported nausea and diarrhea and was diagnosed with gastritis and esophagitis. He was released to return to work on 7/23/18. On 8/6/18 he reported being more emotional, having nightmares, and anger outbursts. He was tearful. Bupropion was prescribed for depression. Counseling was recommended. At the last visit of 9/24/18 the claimant reported that he stopped the bupropion because to made him feel weird. He missed a behavioral health appointment because of a court appearance. Overall he was "coping well with his current stresses" but wanted to see a psychiatrist. No abnormalities were noted on mental status exam.

The referral questions are addressed as follows:

**1) Please contact the treating physician/s to discuss your review of this claim, discuss supported restrictions and limitations, expected duration, treatment plan, ability to return to usual activities, including work-related activities - or what prevents returning to work. When contacting the treating providers please clarify the information reviewed and discuss your conclusions on supported restrictions and limitations if it differs from that of the treating provider. Indicate if you have reached a consensus with the treating provider. If not, document your final assessment after the call.**

Dr. Gilliam will be contacted by phone. An addendum to this report will be prepared if additional information is provided by Dr. Gilliam.

**2) Please document all medical records received for review.**

The records were reviewed in their entirety with specific note of the following pertinent records: Jai Gilliam, MD, 6/1/18-9/24/18

**3) Please verify psychiatric diagnoses and ICD-10 code for the claimant.**

A diagnosis of Adjustment Disorder with Mixed Anxiety and Depression F43.23 is suggested by the medical records.

**4) Does the claimant manifest impairment attributable to the presence of a mental illness that would preclude the claimant from carrying out their usual life activities, including work-related activities? If so, please describe in detail the nature and intensity of such impairment, and how such impairment would preclude the claimant from usual functioning.**

Psychiatric impairment is supported through 9/23/18. From 9/24/18 there is no documentation that the claimant was precluded from performing his usual range of life activities as a result of a psychiatric disorder, with no documentation of the symptoms typically associated with a severe condition (such as psychosis, suicidal thoughts, significant weight loss, cognitive impairment, or social isolation). There is also no

documentation of observed mental status abnormalities (such as impairment in grooming, communication, behavior, emotional control, or cognition) on this date. There is no indication that he has participated in a higher level of care, such as frequent PCP visits or sustained treatment with a behavioral health provider. There is also no documentation of a recent medication change. While the claimant may have persistent residual symptoms of depression or anxiety, these mild symptoms do not support workplace restrictions or limitations from 9/24/18.

**5) Do the medical records support that the claimant be restricted or limited from performing activities such as their job duties in a different environment, such as with a different employer, supervisor or location?**

No.

**6) Please include the expected duration for any supported impairment.**

Psychiatric impairment is supported through 9/23/18. From 9/24/18 there is no documentation that the claimant was precluded from performing his usual range of life activities as a result of a psychiatric disorder.

**7) If you believe that the claimant manifests impairment attributable to the presence of mental illness which interferes with function, please discuss appropriate treatment which would be expected to address such impairment, and reasonable expectations with regard to return to usual function, including function in work-related activities, for the claimant in the event that such treatment was implemented.**

The claimant is expected to continue to benefit from behavioral health treatment, but this treatment can be concurrent with the performance of his usual range of life activities. Partial recovery is associated with the capacity to perform his work-related activities, with further sustained recovery over the course of treatment.

**8) Please discuss the claimant's psychotherapeutic and psychopharmacologic treatment.**
**a. Please discuss the claimant's treatment specifically with reference to whether the intensity of treatment is consistent with the claimants enduring claim of psychiatric disability.**
**b. Has the claimant's treatment focused on returning the insured to prior activities, including work-related activities? If no, why not?**

There is no indication that he has participated in a higher level of care, such as frequent PCP visits or sustained treatment with a behavioral health provider. There is also no documentation of a recent medication change.

**9) Please provide your assessment of the claimant's complaint of cognitive impairment. Does the medical evidence provided validate these complaints?**

From 9/24/18 there is no documented objective impairment in thought processes, speech, or communication, and no basis for a finding of cognitive impairment.

**10) Please provide your assessment of the claimant's complaint of social impairments. Does the medical evidence provided validate these complaints?**

From 9/24/18 there is no documented objective impairment in behavior, appearance, emotional regulation, speech, or communication, and no basis for a finding of social impairment.

**11) Please provide the standard of care and best practices for continued case management of this particular kind of condition.**

An addendum to this report will be prepared if additional information is provided by Dr. Gilliam. If the claimant has started behavioral health treatment these records may provide support for ongoing impairment.

*Electronically Signed*

Laura Don, M.D.
Board Certified in Psychiatry,
American Board of Psychiatry and Neurology
Consulting Physician, Liberty Mutual

| | |
|---|---|
| **From:** | LibertyMutualNotifications@LibertyMutual.com |
| **Sent:** | Wednesday, October 17, 2018 4:02:29 PM |
| **To:** | ; |
| **CC:** | |
| **BCC:** | |
| **Subject:** | [Send Secure]Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8465694 Jason English |
| **Attachments:** | 08d7d8fe9352276eca3a1cf8ee66d8cecb5356122fdaa0fa_5680370.pdf; |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 17, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694

Dear Mr. Jason English:

Please see the attached letter and forms. Please complete the forms and return to me as soon as possible. You may return by email to disabilitydocuments@libertymutual.com.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

Attachments: 8465694-ACKNOWLEDGE-NEW CLAIM-10.15.2018

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON ENGLISH

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 15, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694

Dear Mr. Jason English:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability benefits since June 7, 2018. Should your disability continue through the maximum benefit date, Short Term Disability benefits are payable through December 9, 2018.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of Short Term Disability benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability Plan and may require that we request additional information prior to making a claim determination.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

*1. **Notice***

*a. Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

*b. When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

*2. **Proof***

*a. Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

*b. Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

*c. Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 15, 2018, we requested medical records from all your treating providers. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from August 10, 2018 through present.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 27,

2018.

To assist us with our review, please complete the following forms and return them no later than November 3, 2018.

- X Family Information Questionnaire
- X Reimbursement Agreement Form
- X SS Reimbursement Agreement
- X Training Education Experience
- X LTD Forms - Standard
- X Copy of Driver's License

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

Attachments: Family Information Questionnaire
Reimbursement Agreement Form
SS Reimbursement Agreement
Training Education Experience
LTD Forms - Standard

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return to:** Katie Pacheco

EMPLOYEE/CLAIMANT NAME: Jason English

CLAIM NO: 8465694

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ___________

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single _____ Married _____ Divorced _____

If married, please indicate your spouse's name and date of birth. Name: ____________________ DOB: _________

Do you have children or dependents*? Yes _____ No _____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: __________ No: __________

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ________________________________ Date: ____________________

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco

Please complete, sign, and return a copy to Liberty Mutual.

*TO BE COMPLETED BY LIBERTY MUTUAL*

Claimant Name: **Jason English**

Address:

Name of Employer: **Toyota Motor Engineering & Manufacturing North America, Inc.**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Jason English** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

____________________ (Date)

____________________ (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

**LIBERTY MUTUAL GROUP**
**LIBERTY LIFE ASSURANCE COMPANY OF BOSTON**

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

**Claimant:** Jason English ______ **Date of Birth** ______

**Employer:** Toyota Motor Engineering & Manufacturing North America, **Policy/Plan Sponsor No.** 06 - 066619

**A)** **If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with <u>no reduction</u> for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:**

1) **I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.**
2) **I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.**
3) **I agree to notify Liberty Life immediately if awarded Social Security Benefits.**
4) **I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.**
5) **If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.**
6) **I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.**

**B)** **Social Security benefits <u>will be estimated</u> if:**

1) **I do not sign and return this form to Liberty Life within 45 days of receipt.**
2) **I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.**

**If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.**

**(Insured/Employee signature)** ______

**(Address)** ______

**(Date)** ______

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

EMPLOYEE/CLAIMANT NAME: Jason English
CLAIM NO: 8465694
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: _______

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Liberty Mutual Company

3. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

4. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

5. Company: ______________ Department: ______________ From: ________ To: ________
Job Title(s): ______________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ______________

______________

**Computer Utilization:**

Computer Training/Courses, Certifications: ______________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | Project Management | ☐ | ☐ |
| Database | ☐ | ☐ | Other: ______________ | | |
| Photo Software | ☐ | ☐ | | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ______________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ______________ Work: ______________

**SIGNATURE:** ______________ **PHONE NO:** ( ) ______________

Liberty Mutual.
INSURANCE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**
**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.
**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.
**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**
**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.
**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.
**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.
This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________________

Name of legal representative, if applicable (print) __________________________________ Relationship ____________________

Signature of claimant or legal representative _________________________________________

Date of Birth: _ ____ Claim Number: 8465694 Date: ______________________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

## AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: ____________ Claim Number: 8465694 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston, now a Lincoln
Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco

EMPLOYEE/CLAIMANT NAME: Jason English
CLAIM NO: 8465694
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/31/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

**PHARMACY(S):**

Name: ____________ Name: ____________
Specialty: ____________ Specialty: ____________
Address: ____________ Address: ____________
Telephone No. :( ) ____ Fax No. :( ) ____ Telephone No. :( ) ____ Fax No. :( ) ____

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return to:** Katie Pacheco

**EMPLOYEE/CLAIMANT NAME:** Jason English **CLAIM #:** 8465694
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North Ame **DATE OF BIRTH:** ________

| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
|---|---|---|---|
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |

| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children |
|---|---|---|

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name Relationship to you? Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ | | | |
| ☐ | ☐ | Social Security (disability or retirement) | $ | | | |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ | | | |
| ☐ | ☐ | Short Term Disability or State Disability | $ | | | |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ | | | |
| ☐ | ☐ | Workers' Compensation | $ | | | |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ | | | |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ | | | |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ____________________

**DATE:** ____________ **EMPLOYEE'S SIGNATURE:** ____________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco ____________________



EMPLOYEE/CLAIMANT NAME: Jason English ____________________

CLAIM NO: 8465694 ____________ DATE OF BIRTH: ______

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc. ____________

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________

If Yes, how long are you able to drive a car?__________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________
____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? __________

On the weekends? __________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________________________

____________________________________________________________

How often do you get outdoors? ______________________________

Are you left or right hand dominant? Left ________ Right ________

Are you able to work in your garden? Yes ________ No ________

Are you able to work on your house? Yes ________ No ________

Are you able to wash your car? Yes ________ No ________

How much time is spent daily on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

How much time is spent weekly on your home computer?
_______ None _______ 0-1 hours _______ 1-2 hours _______ 2-3 hours _______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:

_______ Pay bills _______ Read news/articles _______ Use search engines _______ Send emails

_______ Visit chat rooms _______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:

______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics

______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ________ Yes ________ No

If yes, please explain purpose and usage: ______________________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ________ No ________

If Yes, please provide reason and hospital contact Information: ______________________________

______________________________

______________________________

Liberty Mutual INSURANCE



How often do you travel or take vacation? ____________________

Where do you go? How do you get there (transportation method)? ____________________

____________________

Are you able to pursue your hobbies? Yes _____ No _____

If Yes, please describe ____________________

Do you participate in an exercise program? Yes _____ No _____

If Yes, please describe ____________________

Do you do any Volunteer work? Yes _____ No _____

If Yes:

how many hours per day? _____

how many hours per week? _____

for whom? ____________________

Are you working for wages? Yes _____ No _____

If Yes, please provide employer's name ____________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

____________________

____________________

____________________

____________________

____________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

____________________

____________________

____________________

____________________

____________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

____________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

____________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ____________________ Date: ____________________

Signature: ____________________

**From:** LibertyMutualNotifications@LibertyMutual.com
**Sent:** Wednesday, October 17, 2018 3:52:23 PM
**To:**
**CC:**
**BCC:**
**Subject:** [Send Secure]Toyota Motor Engineering & Manufacturing North America, Inc. Claim No. 8465694 Jason English
**Attachments:** d2529a15ff12fae09215dd10e899cdac276b62b76f0c2bf5_5680261.pdf;

---

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This notification contains important information regarding a claim with Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company. THIS IS AN AUTOMATED EMAIL. PLEASE DO NOT RESPOND. You may use the contact information in the attached letter to respond if needed.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 17, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694

Dear Mr. Jason English:

Please see my contact information below.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

**From:** TEMALeaves@LibertyMutual.com
**To:**
donna.sutherland@toyota.com;shelly.shrout@toyota.com;judy.lykins@toyota.com
**Subject:** LIBERTY MUTUAL NOTIFICATION: Acknowledgement of Long Term Disability claim for Jason English 209895 Claim 8465694

This e-mail is to inform you Jason English has a PENDED Long Term Disability claim. We are in the process of reviewing the details of this claim and you will be notified via email once a determination is made.

Last Day Worked: 7/26/2018

Date of Disability: 5/31/2018

Benefit Begin Date: 12/10/2018

Claim Status: Pended

Pended Reason: Initial Medical Intake

If you have further questions, please call Liberty Mutual at (800) 291-0112 ext. 41473 or contact the assigned Case Manager at Katie Pacheco. Please be sure to reference claim number 8465694.

**PLEASE DO NOT REPLY TO THIS EMAIL as it has been generated from an automated mailbox. Questions or replies should be directed to the CASE MANAGER email referenced above.**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

Date: October 15, 2018

To:
BAPTISH INTERNAL MEDICAL GROUP
100 PROVIDENCE WAY STE 200
NICHOLASVILLE KY 40356

Attn: Records

Fax: (859) 260-5379

From:
Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

Total Pages
(Including Cover): 3

RE:

Claim #: 8465694
Claimant: Jason English

Toyota Motor Engineering & Manufacturing North America, Inc.

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pas a pertenecer a The Lincoln National Life Insurance Company, una compa a de Lincoln Financial Group. Durante la transici n, es posible que reciba comunicados de ambas compa as. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 15, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694
Claimant: Jason English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

> Office treatment notes, test results, prescription histories, and treatment plans from August 10, 2018 through present

We ask that you provide this information by October 22, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-8186 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II

Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

# Fax Transmission/Information Sheet

BAPTIST HEALTH®

**Date:** 10/11/18

**To:** Liberty Mutual Insurance Company Po Box 7213

**Recipient Fax Number:** 603-334-7094

**From:** BAPTIST HEALTH

**Department:** MGE PC BRANNON CROSSING

**Address:** 100 Providence Way Ste 200
Nicholasville, Kentucky 40356-6066

**Phone Number:** 859-260-5370

**Subject:** Request for Medical Records

**Comments:** You are receiving this in response to a request for medical record information.

**STATEMENT OF CONFIDENTIALITY:** The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify us by collect telephone, (859-623-6778) and return the original message to us at the above address at our expense.

BAPTIST HEALTH MEDICAL GROUP
100 PROVIDENCE WAY STE 200
NICHOLASVILLE KY 40356-6066

English, Jason Lamont
MRN: 8910931864, DOB: , Sex: M
Encounter date: 8/6/2018

**Progress Notes by Gilliam, Jai, MD**

| | | |
|---|---|---|
| Author: Gilliam, Jai, MD | Service: (none) | Author Type: Physician |
| Encounter Date: 8/6/2018 | Creation Time: 8/6/2018 11:31 AM | Filed: 8/9/2018 2:17 PM |
| Status: Signed | Editor: Gilliam, Jai, MD (Physician) | |

## Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

Depression - Patient says that initially he was doing well on the Zoloft 50 mg but then he started notice that he was becoming more emotional, bad dreams, and his anger outbursts were becoming more persistent. Patient says that he is still currently going through domestic issues with his wife. " We rarely talk anymore, continue arguing, and there is little communication between us both "patient denies any domestic abuse, threats towards himself or anybody else, no suicidal ideations, no hallucinations, no other systemic symptoms at this time.

Review of Systems
All other systems reviewed and are negative.

## Objective

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
**Emotionally upset, tearful, yet composed**
Nursing note and vitals reviewed.

## Assessment/Plan

Jason was seen today for depression.

Diagnoses and all orders for this visit:
Spent approximately 40 minutes face-to-face with patient, 50% of that time was used to discuss his current emotional state, depression, and plan moving forward.

**Moderate episode of recurrent major depressive disorder (CMS/HCC)**
- buPROPion XL (WELLBUTRIN XL) 150 MG 24 hr tablet; Take 1 tablet by mouth Daily.

I have strongly encouraged patient to seek counseling

Electronically Signed by Gilliam, Jai, MD on 8/9/2018 2:17 PM

**Progress Notes by Gilliam, Jai, MD**

| | | |
|---|---|---|
| Author: Gilliam, Jai, MD | Service: (none) | Author Type: Physician |
| Encounter Date: 9/24/2018 | Creation Time: 9/24/2018 3:27 PM | Filed: 9/27/2018 11:21 PM |
| Status: Signed | Editor: Gilliam, Jai, MD (Physician) | |

### Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

1HTN-chronic and controlled. Patient denies any shortness breath, chest pain, nausea, vomiting, headache, fatigue, or any other systemic symptoms.
Medications: Patient really taken continues on the amlodipine 10 mg by mouth once a day.

2 Depression - patient started on Wellbutrin but he says that he stop the medication because it made him "feel weird" He says that he missed appointment with Beumont Behavioral because of a court appearance. Overall, patient says that he is coping well with his current stresses but still would like to talk to a psychiatrist. Patient denies any suicide ideations, emotional liability of threats towards or hallucinations.

Review of Systems
All other systems reviewed and are negative.

### Objective

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm.
Nursing note and vitals reviewed.

### Assessment/Plan

Jason was seen today for follow-up and depression.

**Progress Notes by Gilliam, Jai, MD (continued)**

Diagnoses and all orders for this visit:

**Essential hypertension–continue on current blood pressure medications.**

**Recurrent major depressive disorder, in partial remission (CMS/HCC)–strongly recommended that he caught Beaumont behavior and provide update contact to reschedule for initial counseling**

Electronically Signed by Gilliam, Jai, MD on 9/27/2018 11:21 PM

**traMADol (ULTRAM) 50 MG tablet [54418215]**

Electronically signed by: **Tuska, Michelle D, MA on 06/29/16 1033** Status: **Active**
Ordering user: Tuska, Michelle D, MA 06/29/16 1033 Authorized by: Provider, Historical, MD
Frequency: 06/24/16 - Until Discontinued

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **traMADol (ULTRAM) 50 MG tablet** | | | 6/24/2016 | |

Class: Historical Med

**promethazine (PHENERGAN) 25 MG tablet [54449176]**

Electronically signed by: **Tuska, Michelle D, MA on 06/29/16 1322** Status: **Active**
Ordering user: Tuska, Michelle D, MA 06/29/16 1322 Ordering provider: Gilliam, Jai, MD
Authorized by: Gilliam, Jai, MD
PRN reasons: Nausea Vomiting
Frequency: Q6H PRN 06/29/16 - Until Discontinued

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **promethazine (PHENERGAN) 25 MG tablet** | 30 tablet | 2 | 6/29/2016 | |

Sig - Route: Take 1 tablet by mouth every 6 (six) hours as needed for nausea or vomiting. - Oral
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/29/2016 1:22 PM EDT)

**terbinafine (lamiSIL) 250 MG tablet [54449180]**

Electronically signed by: **Parks, Colleen M, MA on 09/27/17 1640** Status: **Active**
Ordering user: Parks, Colleen M, MA 09/27/17 1640 Ordering provider: Gilliam, Jai, MD
Authorized by: Gilliam, Jai, MD
Frequency: 09/27/17 - Until Discontinued

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **terbinafine (lamiSIL) 250 MG tablet** | 30 tablet | 3 | 9/27/2017 | |

Sig: TAKE ONE TABLET BY MOUTH ONCE DAILY
Sent to pharmacy as: TERBINAFINE 250 MG PO tablet
E-Prescribing Status: **Receipt confirmed by pharmacy** (9/27/2017 4:40 PM EDT)

BAPTIST HEALTH MEDICAL GROUP
100 PROVIDENCE WAY STE 200
NICHOLASVILLE KY 40356-6066

English, Jason Lamont
MRN: 8910931864, DOB: Sex: M
Encounter date: 6/1/2018

**amLODIPine (NORVASC) 10 MG tablet [54449182]**

Electronically signed by: **Gilliam, Jai, MD on 06/01/18 1640** Status: **Active**
Ordering user: Gilliam, Jai, MD 06/01/18 1640 Ordering provider: Gilliam, Jai, MD
Authorized by: Gilliam, Jai, MD
Frequency: Daily 06/01/18 - Until Discontinued
Diagnoses
Essential hypertension [I10]

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 2 | 6/1/2018 | |

Sig - Route: Take 1 tablet by mouth Daily. - Oral
Sent to pharmacy as: AmLODIPine Besylate 10 MG Oral Tablet
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/1/2018 4:40 PM EDT)

**ondansetron (ZOFRAN) 8 MG tablet [158424274]**

Electronically signed by: **Franey, Jessica L, PA-C on 07/12/18 1701** Status: **Active**
Ordering user: Franey, Jessica L, PA-C 07/12/18 1701 Ordering provider: Franey, Jessica L, PA-C
Authorized by: Franey, Jessica L, PA-C
PRN reasons: Nausea Vomiting
Frequency: Q8H PRN 07/12/18 - Until Discontinued
Diagnoses
Nausea [R11.0]
Gastroesophageal reflux disease with esophagitis [K21.0]

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **ondansetron (ZOFRAN) 8 MG tablet** | 20 tablet | 1 | 7/12/2018 | |

Sig - Route: Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting. - Oral
Sent to pharmacy as: Ondansetron HCl 8 MG Oral Tablet
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/12/2018 5:01 PM EDT)

**omeprazole (priLOSEC) 40 MG capsule [158424275]**

Electronically signed by: **Franey, Jessica L, PA-C on 07/12/18 1701** Status: **Active**
Ordering user: Franey, Jessica L, PA-C 07/12/18 1701 Ordering provider: Franey, Jessica L, PA-C
Authorized by: Franey, Jessica L, PA-C
Frequency: Daily 07/12/18 - Until Discontinued

**Medication Detail**

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **omeprazole (priLOSEC) 40 MG capsule** | 30 capsule | 5 | 7/12/2018 | |

Sig - Route: Take 1 capsule by mouth Daily. - Oral
Sent to pharmacy as: Omeprazole 40 MG Oral Capsule Delayed Release
E-Prescribing Status: **Receipt confirmed by pharmacy** (7/12/2018 5:01 PM EDT)

**END OF REPORT**

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON ENGLISH

Liberty Life Assurance Company of Boston, now a
Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

October 15, 2018

Mr. Jason L. English

RE: Long Term Disability (LTD) Benefits
Toyota
Claim #: 8465694

Dear Mr. Jason English:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Long Term Disability (LTD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Policy. We are writing in reference to your claim for LTD benefits under the Policy.

You have been receiving Short Term Disability benefits since June 7, 2018. Should your disability continue through the maximum benefit date, Short Term Disability benefits are payable through December 9, 2018.

I have been assigned as your dedicated Disability Case Manager.

Nothing in this process should affect the servicing of your claim.

During the remainder of this benefit period, we will be reviewing your claim for consideration under Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy. Please note that receipt of Short Term Disability benefits does not automatically mean that LTD benefits will be approved. The provisions and requirements in the LTD Policy differ from those of the Short Term Disability Plan and may require that we request additional information prior to making a claim determination.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability in order to receive benefits. The Policy requires that you provide proof of disability as follows:

***Notice and Proof of Claim***

1. ***Notice***

a. *Notice of claim must be given to Liberty within 30 days of the date of the loss on which the claim is based. If that is not possible, Liberty must be notified as soon as it is reasonably possible to do so. Such notice of claim must be received in a form or format satisfactory to Liberty.*

b. *When written notice of claim is applicable and has been received by Liberty, the Covered Person will be sent claim forms. If the forms are not received within 15 days after written notice of claim is sent, the Covered Person can send to Liberty written Proof of claim without waiting for the forms.*

2. ***Proof***

a. *Satisfactory Proof of loss must be given to Liberty no later than 90 days after the end of the Elimination Period.*

b. *Failure to furnish such Proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such Proof within such time. Such Proof must be furnished as soon as reasonably possible, and in no event, except in the absence of legal capacity of the claimant, later than one year from the time Proof is otherwise required.*

c. *Proof of continued loss, continued Disability or Partial Disability, when applicable, and Regular Attendance of a Physician must be given to Liberty within 30 days of the request for such Proof.*

*Liberty reserves the right to determine if the Covered Person's Proof of loss is satisfactory.*

On October 15, 2018, we requested medical records from all your treating providers. To date, we have not received all of the information necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

Additionally, please contact each of your medical providers and request they provide our office with the following information:

- A copy of all office treatment notes, test results, therapy records, hospital admission records, operative reports, prescription history and treatment plans from August 10, 2018 through present.

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated below.

Toyota Motor Engineering & Manufacturing North America, Inc.'s LTD Policy requires that you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation as we are unable to evaluate your eligibility for benefits without it. We ask that you provide us with this information no later than November 27,

2018.

To assist us with our review, please complete the following forms and return them no later than November 3, 2018.

- X Family Information Questionnaire
- X Reimbursement Agreement Form
- X SS Reimbursement Agreement
- X Training Education Experience
- X LTD Forms - Standard
- X Copy of Driver's License

If you have any questions regarding this matter, please contact me.

Sincerely,

Katie Pacheco
Dis Claims Ltd Case Mgr II
Phone No.: (855) 508-4895 Ext. 41473
Secure Fax No.: (603) 334-8186

Attachments: Family Information Questionnaire
Reimbursement Agreement Form
SS Reimbursement Agreement
Training Education Experience
LTD Forms - Standard

# FAMILY INFORMATION QUESTIONNAIRE

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return to:** Katie Pacheco

EMPLOYEE/CLAIMANT NAME: Jason English

CLAIM NO: 8465694

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame

DATE OF BIRTH: ______

To document your Long Term Disability Claim file and properly administer benefits, we need the following information. Please complete and return this form in the envelope provided. Thank you for your prompt attention to this request for information.

What is your marital status? Single ____ Married ____ Divorced ____

If married, please indicate your spouse's name and date of birth. Name: ______ DOB: ______

Do you have children or dependents*? Yes ____ No ____

If yes, please provide additional details below, using additional space as needed.

* An Eligible dependent may include:

- Biological Child(ren)
- Stepchildren
- Children not residing in your household
- Custodial Grandchildren
- A child 18 or older with a disability that started before age 22
- Adopted Children
- A child 18-19 and a full-time student (not higher than grade 12)

| Name | DOB | If Divorced or Separated, Indicate Custodial or Non-Custodial | High School Student? Yes or No | Anticipated/Actual Last Month/Year of High School |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Is your spouse and/or children receiving Social Security benefits? Yes: ______ No: ______

If yes, please complete the information below and include a copy of their Social Security Award Certificate(s).

If no, however, they were previously receiving Social Security benefits in the past and are no longer, please include a copy of the Social Security Termination notice (s), if this information has not already been provided to Liberty Life Assurance Company.

| Name | DOB | Awarded as: Dependent, Spouse or Disabled | Current Monthly Benefit Amount | Date of Entitlement to Benefits | Benefit Termination Date (if applicable) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Your Name: ______

Date: ______

# REIMBURSEMENT AGREEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco

Please complete, sign, and return a copy to Liberty Mutual.

***TO BE COMPLETED BY LIBERTY MUTUAL***

Claimant Name: **Jason English**

Address:

Name of Employer: **Toyota Motor Engineering & Manufacturing North America, Inc.**

In consideration of the receipt of disability benefit payments received by me from the Plan Sponsor, I

( **Jason English** ) hereby agree:
(Claimant Name)

(a) to repay the Plan Sponsor for such benefits to the extent they are for losses for which compensation is paid to the covered person by or on behalf of the person at fault;

(b) to allow the Plan Sponsor a lien on such compensation and to hold such compensation in a trust for the Sponsor, and;

(c) to execute and give to the Plan Sponsor any instruments needed to secure the rights under (a) and (b).

Further, when the Plan Sponsor has paid benefits to or on behalf of the injured covered person, the Plan Sponsor will be subrogated to all rights of recovery that the covered has against the person at fault. These subrogation rights will extend only to recovery of the amount the Plan Sponsor has paid. The covered person must execute and deliver any instruments needed and do whatever else is necessary to secure those rights to the Plan Sponsor.

__________________ (Date)

__________________ (Signature of injured individual or legal representative)

**PLEASE RETAIN A COPY FOR YOUR RECORDS, OR ONE MAY BE PROVIDED FOR YOU UPON REQUEST.**

LIBERTY MUTUAL GROUP
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

# SOCIAL SECURITY/REIMBURSEMENT AGREEMENT

**INSTRUCTIONS: The policy/plan under which you are covered provides that Short Term, Statutory and/or Long Term Disability benefits (herein referred to as "disability benefits") will be reduced by the amount of Social Security benefits which you and your dependents (if applicable) are eligible to receive. This may affect your future disability benefits as well as prior disability benefits which have been issued to you.**

**The policy/plan also provides that in the event you do not apply for Social Security Disability benefits, your disability benefits will be reduced by the amount of Social Security Disability benefits you and your dependents (if applicable) would be eligible to receive if application had been made. Please review, sign and return this form to our office. We recommend you maintain a copy for your records.**

Claimant: Jason English Date of Birth: ___________

Employer: Toyota Motor Engineering & Manufacturing North America, Policy/Plan Sponsor No. 06 - 066619

A) If disability benefits are approved I request that Liberty Life Assurance Company of Boston (Liberty Life) pay me my benefit with no reduction for estimated Social Security Disability benefits until Social Security makes a decision. I understand that this may result in an overpayment of disability benefits paid to me if Social Security subsequently awards benefits to me, and I understand that I must repay this overpayment to Liberty Life. In consideration of Liberty Life paying me a disability benefit with no reduction for estimated Social Security benefits until Social Security makes a decision, I agree to the following:

1) I agree to apply for Social Security Benefits within 45 days of Liberty Life's written request and provide proof of such application.
2) I agree to comply with the policy/plan provision applicable for appealing a denial, if not awarded and provided proof of such appeal.
3) I agree to notify Liberty Life immediately if awarded Social Security Benefits.
4) I authorize Liberty Life to release information concerning Social Security benefits to my employer for administration of my employer sponsored benefits.
5) If Social Security awards benefits to me, I agree that Liberty Life has a first lien on all such benefits to the extent of any overpayment or debt, and I agree to hold all such Social Security benefits in a trust for the benefit of Liberty Life until the amount of Liberty Life's overpayment has been repaid in full.
6) I agree to repay Liberty Life in full within the time period specified in my policy/plan provision.

B) Social Security benefits will be estimated if:

1) I do not sign and return this form to Liberty Life within 45 days of receipt.
2) I do not apply for Social Security benefits within 45 days of Liberty Life's written request and provide proof of such application, or I have failed to actively pursue my Social Security claim according to the policy/plan provisions.

If I do not repay any overpayment due to Liberty Life in full, I understand Liberty Life will discontinue payment of benefits to me, including payments for insurance premiums and other deductions paid on my behalf, and Liberty Life may withhold future disability benefits until the overpayment is recovered in full. In addition, Liberty Life may also pursue other means permitted by law to collect the overpayment amount owed.

(Insured/Employee signature) ______________________________

(Address) ______________________________

(Date) ______________________________

***Please retain a copy for your records or one can be provided upon request.***

# TRAINING-EDUCATION-EXPERIENCE FORM (TEE)

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

EMPLOYEE/CLAIMANT NAME: Jason English

CLAIM NO: 8465694

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ____________

**Please fill out each section completely**

**EDUCATIONAL BACKGROUND:** **(If you have a resume, please attach)**

Highest Grade Completed: ____________ Check if earned: ☐ GED ☐ HS Diploma

Vocational Training: ____________ Certificate Program completed: ____________

Associates Degree: ____________ College: number of years: ____________

Bachelor's Degree: BA /BS Major: ____________ Graduate School: MA ☐ MS ☐ CAGS ☐ PHD Degree: ____________

Professional Training, License, Certificates(s): ____________

Are you currently attending any classes: ☐ Y ☐ N If yes, provide name of school: ____________

List any other Training or Classes Attended or Plan to Attend: ____________

Additional Skills, Hobbies & Volunteer Work ____________

Did you serve in the Armed Forces? ☐ Y ☐ N From: ____________ To: ____________

Branch of Service: ____________ Specialty: ____________

**WORK EXPERIENCE:** (If you've held different positions for the same employer, please include them below)
Please list chronologically (starting with the most recent) all the jobs/positions you have held in the past 15 years.
(add additional pages if needed for a complete work history).

1. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

2. Company: ____________ Department: ____________ From: ________ To: ________
   Job Title(s): ____________
   Supervisory Experience ☐ Y ☐ N
   Tasks/Duties (please be specific): ____________

A Liberty Mutual Company

3. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

____________

4. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

____________

5. Company: ____________ Department: ____________ From: ______ To: ______
Job Title(s): ____________
Supervisory Experience ☐ Y ☐ N
Tasks/Duties (please be specific): ____________

____________

**Computer Utilization:**

Computer Training/Courses, Certifications: ____________

| | Home | Work | | Home | Work |
|---|---|---|---|---|---|
| Email | ☐ | ☐ | Graphics Software | ☐ | ☐ |
| Internet | ☐ | ☐ | Installation/Repair Hardware | ☐ | ☐ |
| Word Processing (MS Word) | ☐ | ☐ | Installation/Repair Programming | ☐ | ☐ |
| Spread Sheet (MS Excel) | ☐ | ☐ | | | |
| Database | ☐ | ☐ | Project Management | ☐ | ☐ |
| Photo Software | ☐ | ☐ | Other: ____________ | | |

How much time is spent daily on your work computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

How much time is spent daily on your home computer? ☐ None ☐ 1-2 hours ☐ 2-3 hours ☐ 3+ hours

Keyboarding/Typing Experience: ☐ Yes ☐ No If yes, WPM (words per minute) ____________
(We recommend- http://typingtest.com to determine WPM)

Please provide your email address: Personal: ____________ Work: ____________

**SIGNATURE:** ____________ **PHONE NO: (      )** ____________

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

# AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

- * My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
- * Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
- * Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ____________________________ Relationship ________________

Signature of claimant or legal representative ________________________________

Date of Birth: ________________ Claim Number: 8465694 Date: ________________________

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

# AUTHORIZATION FOR THE RELEASE OF PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF HEALTH INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, Plan Sponsor/ Administrator, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all psychotherapy notes relating to me, without restriction, including psychotherapy notes recorded in any medium documenting or analyzing the contents of conversations during private counseling sessions and/or group, joint or family counseling sessions.

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of this health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

**This authorization** shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

Name of claimant (print) ______________________________

Name of legal representative, if applicable (print) ______________________ Relationship ____________

Signature of claimant or legal representative ______________________________

Date of Birth: __________ Claim Number: 8465694 Date: ____________________

**A copy of this authorization will be considered as valid as the original**

# CLAIMANT INFORMATION FORM

Liberty Life Assurance Company of Boston, now a Lincoln
Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco

EMPLOYEE/CLAIMANT NAME: Jason English
CLAIM NO: 8465694
EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North Ame DATE OF BIRTH: ____________

**TO BE COMPLETED BY EMPLOYEE:**
Please provide us with the names of all medical providers, hospitals, medical insurance carriers, and pharmacies used during the time period from 05/31/2018 to present. *If additional space is needed, please use a separate sheet of paper.*

**MEDICAL PROVIDERS/THERAPISTS/CLINICS/HOSPITALS:**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

**MEDICAL INSURANCE CARRIER(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

**PHARMACY(S):**

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

Name: ____________
Specialty: ____________
Address: ____________
____________
Telephone No. :(   ) ________ Fax No. :(   ) ________

I hereby attest the above statement is true. I understand that any person who knowingly and with intent to injure, defraud, or deceive the insurance company files a statement or claim containing any false or misleading information may be guilty of a criminal act punishable under law.

**SIGNATURE:** ____________ **DATE:** ____________

# CLAIMANT SUPPLEMENTARY STATEMENT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston,
now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return to:** Katie Pacheco

**EMPLOYEE/CLAIMANT NAME:** Jason English  **CLAIM #:** 8465694
**EMPLOYER:** Toyota Motor Engineering & Manufacturing North Ame  **DATE OF BIRTH:** ________

| | | | |
|---|---|---|---|
| Full Name (Last, First, Middle Int.) | Social Security # | Email Address | |
| Street Address | City | State | Zip Code |
| Telephone Number (include area code) | Cell Phone Number (include area code) | Marital Status | |
| Spouse's Full Name and Date of Birth | Number of Children | Dates of Birth of Children | |

Next of Kin/Emergency Contact (required should additional benefits be payable in the event of your death).
Name  Relationship to you?  Tel #.

Have you returned to any type of employment or activity that provides you money? If yes, please provide name of employer, start date, hours worked per/wk and rate of pay.

Do you own a business, or are you involved or affiliated with any type of business, corporation, partnership, or sole proprietary? If yes, please explain and provide proof of income from prior year.

Do you have a tax identification number (TIN) or employer identification number (EIN)? If yes, for what purpose?

Do you hold a professional license? If yes, for what purpose?

Are you associated with an Internet business of any kind? Do you have a website? If yes, please explain and provide website address(es) and the date started.

Are you pursuing money from a third party or involved in any litigation? If yes, please explain why and provide your attorney's contact information.

Are you pursuing moneys from a third party: Workers' Compensation Carrier, Insurance Co., or Individual? If yes, please explain.

Identify other income you are receiving or for which you have applied. You have an ongoing obligation to notify us immediately of receipt of any other income or any other changes to this information, including supporting documentation confirming the amount you receive and the effective date:

| Yes | No | Type | Amount per Week/Month | Date Began Receiving | Date Ceased Receiving | Date Income Applied for |
|---|---|---|---|---|---|---|
| ☐ | ☐ | Wages/ Income/ Money/ Unemployment | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (disability or retirement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Social Security (for your spouse/dependents) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Short Term Disability or State Disability | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Pension or Retirement benefits (lump sum/ongoing) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Workers' Compensation | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Severance or Employment Separation payment (provide Agreement) | $ ______ | ______ | ______ | ______ |
| ☐ | ☐ | Other income/money/benefit (describe) ______ | $ ______ | ______ | ______ | ______ |

**If my claim is overpaid, I understand and agree that Liberty has the right to recover such overpayment from me, including the right to reduce future disability benefits, or pursue other collection methods as appropriate. The above statements are true and complete to the best of my knowledge and I understand that any person who knowingly, and with intent to injure, defraud, or deceive Liberty and/or Plan Sponsor, files a statement or claim containing any false, incomplete, or misleading information may be guilty of a criminal act punishable under law. A photo static copy of this form will be valid as the original.**

**EMPLOYEE'S PRINTED NAME:** ______________________

**DATE:** ______________  **EMPLOYEE'S SIGNATURE:** ______________________

DP 409

# ACTIVITIES QUESTIONNAIRE

Liberty Life Assurance Company of Boston, now a Lincoln Financial Group company
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-8186

**Return To:** Katie Pacheco



EMPLOYEE/CLAIMANT NAME: Jason English

CLAIM NO: 8465694 DATE OF BIRTH: ____________

EMPLOYER/SPONSOR: Toyota Motor Engineering & Manufacturing North America, Inc.

**TO BE COMPLETED BY THE CLAIMANT:**
Please answer the following questions and return the form to Liberty Life Assurance Company of Boston.

How long are you able to:

sit ____________ stand ____________ walk ____________

How many hours a day do you:

sit ____________ stand ____________ walk ____________

Do you take a nap during the day?

Yes____________ No ____________

If Yes, for how long? ____________ At what time of the day?____________

How many hours a day do you spend in bed?____________

Do you require any assistive devices such as a:

cane ________ walker________ crutches ________ wheelchair ________ other________

How long are you able to sit in a car?____________

Do you hold a valid driver's license?

Yes____________ No ____________

If No, please explain: ____________________________________________

If Yes, how long are you able to drive a car?____________

**Please provide a copy of your driver's license when returning this form.**

How do you maintain contact with people or activities that matter most to you?

____________________________________________

Do you have children?

Yes________ No ________ If Yes, what are their dates of birth ____________________

Do you need help caring for your children?

Yes ________ No ________

Are you responsible for taking care of any grandchildren, an elderly parent or grandparent?

Yes________ No ________ If Yes, please explain ____________________

How many times a day do you leave the house during the week? ____________

On the weekends? ____________

How often do you run errands? ____________________

Please describe what errands you most commonly run: ____________________

____________________________________________

Liberty Mutual INSURANCE

How often do you get outdoors? ____________________

Are you left or right hand dominant? Left ______ Right ______

Are you able to work in your garden? Yes ______ No ______

Are you able to work on your house? Yes ______ No ______

Are you able to wash your car? Yes ______ No ______

How much time is spent daily on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

How much time is spent weekly on your home computer?
______ None ______ 0-1 hours ______ 1-2 hours ______ 2-3 hours ______ 3+ hours

What activities do you perform on your home computer. Please check all that apply:
______ Pay bills ______ Read news/articles ______ Use search engines ______ Send emails
______ Visit chat rooms ______ Photos Other: ____________________

What computer software applications do you utilize. Please check all that apply:
______ Word processing (Word) ______ Spreadsheets (Excel) ______ Database (Access) ______ Graphics
______ Photo software (Photoshop) ______ Programming Other: ____________________

Do you have a working home copy machine/fax machine? ______ Yes ______ No

If yes, please explain purpose and usage: ____________________

The following questions intend to identify whether or not you are able to independently conduct routine daily activities. If assistance is required, please clarify.

| **How are the following accomplished?** | **By Whom?** | **Assistance Required?** |
|---|---|---|
| Grocery Shopping | | |
| Carrying groceries into the house | | |
| Cooking meals | | |
| Cleaning after meals | | |
| Cleaning bathrooms | | |
| Vacuuming | | |
| Doing the laundry | | |
| Opening and responding to mail | | |
| Managing your finances | | |
| Balancing your checkbook | | |
| Bathing yourself | | |
| Styling your own hair | | |
| Getting dressed | | |
| Going up and down stairs | | |

Have you been confined to a hospital within the last 12 months? Yes ______ No ______

If Yes, please provide reason and hospital contact Information: ____________________

How often do you travel or take vacation? ______________________________

Where do you go? How do you get there (transportation method)? ______________________________

______________________________

Are you able to pursue your hobbies? Yes _______ No _______

If Yes, please describe ______________________________

Do you participate in an exercise program? Yes _______ No _______

If Yes, please describe ______________________________

Do you do any Volunteer work? Yes _______ No _______

If Yes:

how many hours per day? __________

how many hours per week? __________

for whom? ______________________________

Are you working for wages? Yes _______ No _______

If Yes, please provide employer's name ______________________________

**Describe in your own words, what prevents you from engaging in any gainful employment.**

______________________________

______________________________

______________________________

______________________________

______________________________

**Please describe your daily routine: (if more space is needed, please use the back of this form)**

______________________________

______________________________

______________________________

______________________________

______________________________

Is there a daytime number where you can be reached in the event we have any questions regarding your responses?

______________________________

In the event we cannot reach you, please provide an alternate contact's name and telephone number.

______________________________

**Upon completion of this form, please sign and date below and return in the envelope provided to you. Thank you for your cooperation.

The above statements are true and complete to the best of my knowledge and belief and I hereby authorize any hospital or physician who has treated me or other person who has attended me or examined me or any company or Government agency to furnish the Insurance Company providing this firm or their representative, any and all information with respect to any illness, injury, medical history, consultations, prescriptions, treatments or benefits and copies of all applicable records. A photo static copy of this form will be as valid as the original. I understand that if this information changes at any time, I will contact Liberty.

Name: ______________________ Date: ______________________

Signature: ______________________

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 1 (RED) :: LH HEAD COVER INSTALL

| **Mobility Position** | **Frequency** | **Seat Height** | | | |
|---|---|---|---|---|---|
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | | | |
| **Bench to Shelf Height 35" - 55"** | Frequent | EITHER | 36 | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 65 | | |
| **Horizontal Reach** | Constant | BOTH | 27 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | BOTH | > 90° | | |
| **Hand Tools** | Occasional | RIGHT | Small: <= 3.1 lbs | VIBRATORY | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 18.7 lbs | 18.7 lbs | RIGHT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 18.7 lbs | 18.7 lbs | RIGHT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 18.7 lbs | 18.7 lbs | RIGHT | |
| **Trigger Pulls** | Constant | | | | |
| **Fine Finger Movement** | Occasional | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 1 (RED) :: LH HEAD COVER SUB

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 27 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Occasional | EITHER | 70 | | |
| Horizontal Reach | Frequent | BOTH | 26 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| Extension (if > 0°) | Occasional | | 1-20° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Constant | 6.6 lbs | 6.6 lbs | BOTH | >= 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 6.6 lbs | 6.6 lbs | BOTH | |
| Finger Push | Constant | 8.8 lbs | 8.8 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Frequent | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### Environmental Conditions

- Work near moving machinery

### PPE Requirements

- Safety Glasses
- Steel Toes

- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 1 (RED) :: LH OIL PIPE

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 17 | | |
| Bench to Shelf Height 35" - 55" | Constant | | | | |
| Overhead Height >= 56" | Occasional | BOTH | 70 | | |
| Horizontal Reach | Frequent | BOTH | 24 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | BOTH | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 1 (RED) :: LH WIRE HARNESS INSTALL

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 20 | |
| Bench to Shelf Height 35" - 55" | Constant | | | |
| Overhead Height >= 56" | Occasional | BOTH | 68 | |
| Horizontal Reach | Constant | BOTH | 24 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Wrist Flexion (if > 45°) | Occasional | RIGHT | > 45° | |
| Wrist Extension (if > 45°) | Occasional | RIGHT | > 45° | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 45-89° | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 5.5 lbs | 5.5 lbs | RIGHT |
| Trigger Pulls | Frequent | | | |
| Fine Finger Movement | Occasional | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 1 (RED) :: OIL PAN #2

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 26 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Occasional | EITHER | 60 | | |
| Horizontal Reach | Constant | BOTH | 18 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | RIGHT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | RIGHT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 18.7 lbs | 18.7 lbs | RIGHT | |
| Trigger Pulls | Occasional | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: DRIVE PLATE KITTING

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 20 | | |
| Bench to Shelf Height 35" - 55" | Constant | | | | |
| Overhead Height >= 56" | Occasional | EITHER | 72 | | |
| Horizontal Reach | Constant | BOTH | 18 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Constant | 4.4 lbs | 4.4 lbs | RIGHT | < 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 4.4 lbs | 4.4 lbs | RIGHT | |
| Fine Finger Movement | Constant | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: Fuel Pipe

| | | | | | |
|---|---|---|---|---|---|
| **Mobility Position** | **Frequency** | **Seat Height** | | | |
| **Standing** | Constant | | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 24 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 60 | | |
| **Horizontal Reach** | Constant | BOTH | 27 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Hand Tools** | Occasional | LEFT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 18.7 lbs | 18.7 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| **Trigger Pulls** | Constant | | | | |
| **Fine Finger Movement** | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: FUEL PUMP

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 34 | | |
| Bench to Shelf Height 35" - 55" | Frequent | | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | | |
| Horizontal Reach | Constant | BOTH | 20 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Below Bench | Frequent | 18.7 lbs | 18.7 lbs | LEFT | |
| Bench to Shelf | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: Ignitors

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Walking | Occasional | | | |
| Standing | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 20 | |
| Bench to Shelf Height 35" - 55" | Constant | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | |
| Horizontal Reach | Constant | BOTH | 28 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | |
| Hand Tools | Occasional | BOTH | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-44° | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 3.1 lbs | 3.1 lbs | BOTH |
| Finger Push | Frequent | 14.7 lbs | 14.7 lbs | BOTH |
| Trigger Pulls | Constant | | | |
| Fine Finger Movement | Occasional | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: OIL COOLER HOSES

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| Sitting | Occasional | 0 | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | LEFT | 34 | |
| Bench to Shelf Height 35" - 55" | Constant | | | |
| Overhead Height >= 56" | Occasional | LEFT | 68 | |
| Horizontal Reach | Constant | BOTH | 26 | |
| **Seated Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Bench to Shelf Height | Constant | | | |
| Overhead Height | Occasional | RIGHT | | |
| Horizontal Reach | Occasional | BOTH | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Occasional | LEFT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-44° | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 5.5 lbs | 5.5 lbs | LEFT |
| Trigger Pulls | Frequent | | | |
| Fine Finger Movement | Frequent | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 2 (GREEN) :: OIL PAN #1

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 30 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | | |
| Horizontal Reach | Frequent | BOTH | 27 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Frequent | 7.7 lbs | 7.7 lbs | RIGHT | < 18 in |
| Bench to Shelf Height | Constant | 7.7 lbs | 7.7 lbs | BOTH | >= 18 in |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Below Bench | Frequent | 18.7 lbs | 18.7 lbs | LEFT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 18.7 lbs | 18.7 lbs | LEFT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| Trigger Pulls | Occasional | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

•••• HIGHLY CONFIDENTIAL

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: FUEL RAIL TEST/INTAKE BUILD

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Occasional | | | | |
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 28 | | |
| **Bench to Shelf Height 35" - 55"** | Frequent | | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 68 | | |
| **Horizontal Reach** | Constant | BOTH | 22 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Hand Tools** | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Constant | 5.9 lbs | 5.9 lbs | BOTH | < 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 5.9 lbs | 5.9 lbs | BOTH | |
| **Trigger Pulls** | Constant | | | | |
| **Fine Finger Movement** | Occasional | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: INTAKE INSTALL

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | > 45° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 30 | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | | | |
| Overhead Height >= 56" | Occasional | RIGHT | 65 | | |
| Horizontal Reach | Frequent | BOTH | 30 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Wrist Flexion (if > 45°) | Occasional | RIGHT | > 45° | | |
| Wrist Extension (if > 45°) | Occasional | RIGHT | > 45° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Frequent | 5.5 lbs | 5.5 lbs | BOTH | < 18 in |
| Bench to Shelf Height | Frequent | 5.5 lbs | 5.5 lbs | BOTH | < 18 in |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Below Bench | Frequent | 21.6 lbs | 21.6 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 21.6 lbs | 21.6 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 21.6 lbs | 21.6 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

- Comprehend Verbal and Written Instructions

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: OIL COOLER BUILD

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Frequent | | 21-45° | | |
| Rotation (if > 30°) | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 20 | | |
| Bench to Shelf Height 35" - 55" | Constant | | | | |
| Overhead Height >= 56" | Occasional | RIGHT | 70 | | |
| Horizontal Reach | Frequent | BOTH | 30 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Frequent | 3.1 lbs | 3.1 lbs | BOTH | < 18 in |
| Bench to Shelf Height | Frequent | 2.2 lbs | 2.2 lbs | BOTH | >= 18 in |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 31.2 lbs | 31.2 lbs | RIGHT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 31.2 lbs | 31.2 lbs | RIGHT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 31.2 lbs | 31.2 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Frequent | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: OIL STRAINER

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Rotation (if > 30°)** | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 26 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 65 | | |
| **Horizontal Reach** | Constant | BOTH | 24 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Frequent | BOTH | > 90° | | |
| **Hand Tools** | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Side Bend (if > 25°)** | Occasional | RIGHT | > 25 | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Below Bench Height** | Constant | 4.4 lbs | 4.4 lbs | RIGHT | < 18 in |
| **Bench to Shelf Height** | Constant | 4.4 lbs | 4.4 lbs | RIGHT | < 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 5.5 lbs | 5.5 lbs | RIGHT | |
| **Trigger Pulls** | Constant | | | | |
| **Fine Finger Movement** | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: RH Head Cover Install

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 36 | | |
| Overhead Height >= 56" | Occasional | BOTH | 60 | | |
| Horizontal Reach | Constant | BOTH | 26 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Small: <= 3.1 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Below Bench | Frequent | 18.7 lbs | 18.7 lbs | BOTH | |
| Bench to Shelf | Frequent | 24.2 lbs | 24.2 lbs | LEFT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 24.2 lbs | 24.2 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 24.2 lbs | 24.2 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Frequent | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: RH HEAD COVER SUB

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 24 | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | | | |
| Overhead Height >= 56" | Occasional | EITHER | 70 | | |
| Horizontal Reach | Occasional | BOTH | 26 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Bench to Shelf Height | Constant | 6.6 lbs | 6.6 lbs | BOTH | >= 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 6.6 lbs | 6.6 lbs | BOTH | |
| Finger Push | Constant | 8.8 lbs | 8.8 lbs | BOTH | |
| Fine Finger Movement | Constant | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 3 (BLUE) :: TIMING COVER

| **Mobility Position** | **Frequency** | **Seat Height** | | | |
|---|---|---|---|---|---|
| **Walking** | Occasional | | | | |
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Rotation (if > 30°)** | Occasional | LEFT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 24 | | |
| **Bench to Shelf Height 35" - 55"** | Frequent | | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 70 | | |
| **Horizontal Reach** | Constant | BOTH | 26 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Hand Tools** | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-44° | | |
| **Side Bend (if > 25°)** | Occasional | LEFT | > 25 | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 24.2 lbs | 24.2 lbs | RIGHT | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 24.2 lbs | 24.2 lbs | RIGHT | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 24.2 lbs | 24.2 lbs | RIGHT | |
| **Trigger Pulls** | Constant | | | | |
| **Fine Finger Movement** | Frequent | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: FUEL RAIL BUILD

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| **Walking** | Occasional | | | | |
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Frequent | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | RIGHT | 24 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 70 | | |
| **Horizontal Reach** | Constant | BOTH | 20 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Wrist Twisting** | Occasional | RIGHT | | | |
| **Hand Tools** | Occasional | LEFT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| **Bench to Shelf Height** | Frequent | 4.4 lbs | 4.4 lbs | BOTH | < 18 in |
| **Overhead Height** | Frequent | 4.4 lbs | 4.4 lbs | RIGHT | >= 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Frequent | 5.5 lbs | 5.5 lbs | BOTH | |
| **Finger Push** | Frequent | 4.4 lbs | 4.4 lbs | BOTH | |
| **Trigger Pulls** | Occasional | | | | |
| **Fine Finger Movement** | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: Oil Pan Sub

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | 55 | | |
| Overhead Height >= 56" | Occasional | BOTH | | | |
| Horizontal Reach | Constant | BOTH | 24 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | BOTH | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Constant | 7.7 lbs | 7.7 lbs | BOTH | < 18 in |
| Bench to Shelf Height | Constant | 7.7 lbs | 7.7 lbs | BOTH | >= 18 in |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 7.7 lbs | 7.7 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Occasional | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls*- Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement*- Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: Pallet Attachment Removal

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | > 45° | | |
| Extension (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | BOTH | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Frequent | BOTH | 27 | | |
| Bench to Shelf Height 35" - 55" | Frequent | | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | | |
| Horizontal Reach | Frequent | BOTH | 20 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Frequent | BOTH | > 90° | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Lift Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Horizontal Location** |
| Below Bench Height | Constant | 11.2 lbs | 11.2 lbs | LEFT | < 18 in |
| Bench to Shelf Height | Constant | 11.2 lbs | 11.2 lbs | BOTH | >= 18 in |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 17.6 lbs | 17.6 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 17.6 lbs | 17.6 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 17.6 lbs | 17.6 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

●●●● HIGHLY CONFIDENTIAL

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: RH Oil Pipe

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Frequent | | | | |
| Standing | Frequent | | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 24 | | |
| Bench to Shelf Height 35" - 55" | Constant | EITHER | | | |
| Overhead Height >= 56" | Occasional | RIGHT | 70 | | |
| Horizontal Reach | Constant | BOTH | 24 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Wrist Twisting | Occasional | BOTH | | | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 45-89° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 19.8 lbs | 19.8 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 19.8 lbs | 19.8 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 19.8 lbs | 19.8 lbs | BOTH | |
| Finger Push | Constant | 6.6 lbs | 6.6 lbs | RIGHT | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Frequent | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: RH WIRE HARNESS INSTALL

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 20 | |
| Bench to Shelf Height 35" - 55" | Constant | | | |
| Overhead Height >= 56" | Occasional | BOTH | 68 | |
| Horizontal Reach | Constant | BOTH | 24 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Wrist Flexion (if > 45°) | Occasional | RIGHT | > 45° | |
| Wrist Extension (if > 45°) | Occasional | RIGHT | > 45° | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 45-89° | |
| Side Bend (if > 25°) | Occasional | RIGHT | > 25 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 5.5 lbs | 5.5 lbs | RIGHT |
| Trigger Pulls | Frequent | | | |
| Fine Finger Movement | Occasional | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 4 (ORANGE) :: WIRE HARNESS REMOVAL

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Walking | Occasional | | | | |
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Bench to Shelf Height 35" - 55" | Frequent | EITHER | 36 | | |
| Overhead Height >= 56" | Frequent | BOTH | 65 | | |
| Horizontal Reach | Constant | BOTH | 26 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | LEFT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 24.2 lbs | 24.2 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Frequent | 24.2 lbs | 24.2 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 24.2 lbs | 24.2 lbs | BOTH | |
| Trigger Pulls | Occasional | | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health
Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 5 (YELLOW) :: BAFFLE PLATE

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| **Standing** | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| **Below Bench Height <35"** | Occasional | BOTH | 30 | |
| **Bench to Shelf Height 35" - 55"** | Constant | | | |
| **Overhead Height >= 56"** | Occasional | BOTH | 65 | |
| **Horizontal Reach** | Frequent | BOTH | 27 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | |
| **Hand Tools** | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| **Gripping** | Constant | 5.5 lbs | 5.5 lbs | RIGHT |
| **Trigger Pulls** | Constant | | | |
| **Fine Finger Movement** | Frequent | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 5 (YELLOW) :: Drive Plate

| Mobility Position | Frequency | Seat Height | | | |
|---|---|---|---|---|---|
| Standing | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-45° | | |
| Rotation (if > 30°) | Occasional | RIGHT | 31-69° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| Below Bench Height <35" | Occasional | BOTH | 25 | | |
| Bench to Shelf Height 35" - 55" | Frequent | | | | |
| Overhead Height >= 56" | Occasional | BOTH | 65 | | |
| Horizontal Reach | Constant | BOTH | 22 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | | |
| Hand Tools | Occasional | BOTH | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| Flexion (if > 20°) | Occasional | | 21-44° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| Bench to Shelf | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| Gripping | Constant | 18.7 lbs | 18.7 lbs | BOTH | |
| Trigger Pulls | Constant | | | | |
| Fine Finger Movement | Frequent | | | | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 5 (YELLOW) :: OIL COOLER INSTALL

| Mobility Position | Frequency | Seat Height | | |
|---|---|---|---|---|
| Standing | Constant | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-45° | |
| Rotation (if > 30°) | Occasional | LEFT | 31-69° | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | |
| Below Bench Height <35" | Occasional | BOTH | 34 | |
| Bench to Shelf Height 35" - 55" | Constant | | | |
| Overhead Height >= 56" | Occasional | BOTH | 70 | |
| Horizontal Reach | Constant | BOTH | 26 | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | |
| Elbow Flexion (if > 90°) | Constant | BOTH | > 90° | |
| Hand Tools | Occasional | RIGHT | Medium: 3.3 lbs - 5.5 lbs | VIBRATORY |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | |
| Flexion (if > 20°) | Occasional | | 21-44° | |
| Twist (if > 45°) | Occasional | LEFT | > 45 | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** |
| Gripping | Constant | 5.5 lbs | 5.5 lbs | RIGHT |
| Trigger Pulls | Constant | | | |
| Fine Finger Movement | Frequent | | | |

**Key:** *Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

### Requirements/Factors

- Machine Equipment Operation

### Cognition Conditions

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

### PPE Requirements

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

Premise Health. Keep your edge.

# Physical Demand Analysis

## TMMK :: Powertrain :: V6 :: K4120/4220 :: TEAM 5 (YELLOW) :: Perfect Quality

| **Mobility Position** | **Frequency** | **Seat Height** | | | |
|---|---|---|---|---|---|
| **Standing** | Constant | | | | |
| **Neck Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 21-45° | | |
| **Standing Upper Extremity Reaching** | **Frequency** | **Extremity Side** | **Max Value (")** | | |
| **Below Bench Height <35"** | Occasional | BOTH | 24 | | |
| **Bench to Shelf Height 35" - 55"** | Constant | EITHER | 52 | | |
| **Overhead Height >= 56"** | Occasional | RIGHT | | | |
| **Horizontal Reach** | Constant | BOTH | 24 | | |
| **Elbow/Wrist/Hand** | **Frequency** | **Extremity Side** | **Max Value** | | |
| **Elbow Flexion (if > 90°)** | Constant | BOTH | > 90° | | |
| **Low Back Posture** | **Frequency** | **Extremity Side** | **Max Value (°)** | | |
| **Flexion (if > 20°)** | Occasional | | 45-89° | | |
| **Pushing Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Constant | 17.6 lbs | 17.6 lbs | BOTH | |
| **Pulling Strength** | **Frequency** | **Weight/Force** | **Max (lbs)** | **Extremity Side** | **Body Position** |
| **Bench to Shelf** | Frequent | 17.6 lbs | 17.6 lbs | BOTH | |
| **Gripping/Pinching** | **Frequency** | **Weight/Force** | **Max/Other (lbs)** | **Extremity Side** | |
| **Gripping** | Constant | 17.6 lbs | 17.6 lbs | BOTH | |

**Key:**
*Non-Exertional Tasks (Reaching, bending, twisting, etc...)* Occasional: 0-33% of process; Frequent: 34-66% of process; Constant: 67-100% of process
*Exertional Tasks (Lifting, pushing, pulling, squatting, etc...)* Occasional: <= 12 reps/ hour; Frequent: 13-60 reps/ hour; Constant: >= 61 reps/ hour
*Trigger Pulls-* Occasional: <= 60 reps/ hour; Frequent: 61-120 reps/ hour; Constant: >= 121 reps/ hour
*Fine Finger Movement-* Occasional: <= 300 reps/ hour; Frequent: 301-600 reps/ hour; Constant: >= 601 reps/ hour

## Other Requirements

**Requirements/Factors**

- Machine Equipment Operation

**Cognition Conditions**

- Reasoning, Planning
- Memory (short and long-term)
- Multi-Step Procedures
- Simple Mathematics
- Work Alone
- Comprehend Verbal and Written Instructions

**PPE Requirements**

- Safety Glasses
- Steel Toes
- Gloves
- Sleeves

**n0322686**

**From:** Torres, Nick
**Sent:** Friday, October 12, 2018 11:45:09 AM
**To:** 'Donna Sutherland (TMMK)'
**Cc:** Pacheco, Katie
**Subject:** RE: Jason English #9895
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Hi Donna,

No worries, tm has been approved thru 09/16/18 based on latest medical records we have on file. TM is now in long term, with the new case manager being Katie Pacheco.

Thank you!

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Thursday, October 11, 2018 11:09 AM
**To:** Torres, Nick <Nick.Torres@lfg.com>
**Subject:** RE: Jason English #9895

Any news on this t/m? I'm sorry I've asked so much but bonus cut off is tomorrow and the TMR reps are checking Absence codes.


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or**

**legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Torres, Nick [mailto:Nick.Torres@lfg.com]
**Sent:** Tuesday, October 09, 2018 2:03 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Hi Donna,

Claim is pending medical review, scheduled for 10/10/18, system should be updated before end of tomorrow.

Thank you!

**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=kkxicdU0iV8zFvjTRm38B6H_RowDuGzj2_v1zqnUcZc&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=gwpMnT0Eh0b8rLtPAvHQwykCXKs7RmPNV8V5YQ45lXI&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=tmA_KE5g2P-3hWYiU6blKeHPs9bicI_IJaEsrisIu6E&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=IIBt4hHhz6o5pSKHwcQr_BJEORh4xgZEYyXC69f5h6w&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=B2duM_ds6dq7sL8aOmNEZz8vXf4S7YpdG83SqGWw4Bs&s=K7FDtJgKYjKLZb_lTAKXccdIjr0CZWkMIspciVTWC1A&e=

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company (“Liberty Mutual”) has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email

address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Tuesday, October 09, 2018 8:32 AM
**To:** Torres, Nick <Nick.Torres@lfg.com>
**Subject:** FW: Jason English #9895

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Nick, any new updates on this t/m?


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Karen Averill (TMMK)

**Sent:** Tuesday, October 09, 2018 11:19 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: Jason English #9895

Any update on Jason?  He is still ABS since July.

Thanks,


Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code:  HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY  40324

Desk Phone: 502-868-3920

Cell Phone:  502-316-0972

E-mail: Karen.averill@toyota.com


**From:** Donna Sutherland (TMMK)
**Sent:** Monday, September 24, 2018 8:23 AM

**To:** Karen Averill (TMMK) <karen.averill@toyota.com>
**Subject:** RE: Jason English #9895

●● PROTECTED 関係者外秘

Looks like there's a note of reopening his STD leave but I don't see anything since August in the notes. I'm asking the status.


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Karen Averill (TMMK)
**Sent:** Friday, September 21, 2018 2:37 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** Jason English #9895

Hey Donna,

Jason has been out since 7/27/18. Can you check the status of his leave?

Thanks,

Karen Averill

Team Member Relations Specialist, Powertrain

Toyota Motor Manufacturing, Kentucky

Mail Code: HR/TMR-K

1001 Cherry Blossom Way

Georgetown, KY 40324

Desk Phone: 502-868-3920

Cell Phone: 502-316-0972

E-mail: Karen.averill@toyota.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JASON L ENGLISH

0000

*4000002002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 11, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/19/2018. STD benefits are payable from 6/7/2018 through 9/19/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/19/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 11 Oct 2018 14:29:36 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.10-11-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 11, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/19/2018. STD benefits are payable from 6/7/2018 through 9/19/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

*Extension of Benefits:*
Please note that extension of benefits beyond 9/19/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

*Payment of Benefits:*

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

*Benefit Overpayment:*

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 11 Oct 2018 14:29:36 +0000
**To:** donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.10-11-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

October 11, 2018

JASON L ENGLISH

0000

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 9/19/2018. STD benefits are payable from 6/7/2018 through 9/19/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 9/19/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

*Payment of Benefits:*

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

*Benefit Overpayment:*

STD benefits are reduced by Other Income Benefits as well as any applicable taxes.  Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to:  Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy.  Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full.  To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | October 10, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | medical records |
| Fax: | (859) 260-5379 |
| From: | Nick Torres<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

**Welcome to Lincoln Financial Group.**
Effective May 1, 2018, Liberty Life Assurance Company of Boston was acquired by The Lincoln National Life Insurance Company, a Lincoln Financial Group company. During the transition, you may receive communications from both companies. Please open and read all correspondence you receive about your benefits.
Thank you.

**Bienvenido a Lincoln Financial Group.**
A partir del 1 de mayo de 2018, Liberty Life Assurance Company of Boston pasó a pertenecer a The Lincoln National Life Insurance Company, una compañía de Lincoln Financial Group. Durante la transición, es posible que reciba comunicados de ambas compañías. Abra y lea toda la correspondencia que reciba sobre sus beneficios.
Muchas gracias.

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

October 10, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from August 7, 2018 through present

We ask that you provide this information by October 17, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the

results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

## AUTHORIZATION FOR THE RELEASE OF INFORMATION INCLUDING PROTECTED HEALTH INFORMATION

**I HEREBY AUTHORIZE THE USE OR DISCLOSURE OF INFORMATION ABOUT ME AS DESCRIBED BELOW:**

**Person(s) or group(s) of persons authorized to use or disclose the information:** Any physicians, medical practitioners, hospitals, clinics, HMOs, long-term care facilities, medical or medically-related facilities, pharmacies, insurance companies, credit or consumer reporting agency, financial/educational institutions, current or former employer, governmental agency, MIB Inc., and any insurance support organizations.

**Person(s) or group(s) of persons authorized to collect or otherwise receive the information**: The particular Company in the Liberty Mutual Group of companies to which I am submitting a claim and its authorized representatives, agents and/or employees, the Plan Sponsor (if self-insured Plan) and other organizations providing claims management services.

**Description of the information that may be used or disclosed**: This Authorization specifically includes the release of all information related to:

* My physical and mental health and my insurance policies and claims, including, but not limited to, those containing diagnosis, treatments, prognosis, prescription drug information, alcohol or drug abuse or information regarding communicable or infectious conditions, including HIV/AIDS.
* Job duties, earnings, personnel records and other work related information and credit reports, bank records, and federal and state tax returns.
* Information concerning Social Security benefits, including any records pertaining to me and my dependents

**The information will be used or disclosed only for the following purpose(s):** For purposes of investigating, evaluating and processing my claim, and/or for insurance-related functions.

**STATEMENTS OF UNDERSTANDING & ACKNOWLEDGMENT:**

**I understand** that information used or disclosed pursuant to this authorization could be subject to redisclosure as necessary by the recipient and, if so, may not be subject to federal or state law protecting its confidentiality.

**I understand** that I may revoke this authorization in writing at any time by sending a written revocation to the Company in the Liberty Mutual Group of companies to which I have submitted a claim, except to the extent that action has been taken in reliance on this authorization, or to the extent that other law provides the Company with the right to contest a claim. I also understand that the revocation of this authorization will not affect uses and disclosures of my health information for purposes of treatment, payment and health care operations.

**I understand** that authorizing the disclosure of my health information is voluntary and the provision of health care services to me is not conditioned on whether I sign this authorization. If I choose not to sign this authorization, insurance coverage or claim payments may be denied or delayed.

This authorization shall remain in force for 24 months from the date of signature, except to the extent applicable state law imposes or allows a different duration. The information obtained under this authorization will be retained in accordance with the Company's standard retention policy and applicable law. I understand that I may request a copy of this authorization.

Name of claimant (print) ______________________

Name of legal representative, if applicable (print) ______________________ Relationship ______________

Signature of claimant or legal representative ______________________

Date of Birth: ____________ Claim Number: 6017589 Date: ______________

**A copy of this authorization will be considered as valid as the original.**

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON L ENGLISH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

October 11, 2018

Mr. Jason L English

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589

Dear Mr. Jason L English:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under
Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for continued disability benefits, and are in need of additional information.

On October 10, 2018, we requested medical records from your treating provider. This information is necessary to complete our ongoing claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from August 7, 2018 through present from your treating provider

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s STD Plan requires that, in order to receive ongoing benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be closed.

We ask that you provide us with this information no later than October 24, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

**n0322686**

**From:** Torres, Nick
**Sent:** Wednesday, October 10, 2018 4:54:18 PM
**To:** 'lynn.combs@toyota.com'
**Cc:** 'carolyn.mckenzie@toyota.com'
**Subject:** JASON L ENGLISH 6017589 id 209895
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Can you please provide the job description for the referenced tm.

Thank you!


**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

LincolnFinancial.com


**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**n0322686**

**From:** Donna Sutherland (TMMK)
**Sent:** Wednesday, September 26, 2018 9:45:22 AM
**To:** Torres, Nick
**Subject:** RE: ENGLISH, JASON L 6017589
**Attachments:** image001.png; image002.png; image003.png; image004.png; image005.png; image006.png

Correct, he has not returned.


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Torres, Nick [mailto:Nick.Torres@lfg.com]
**Sent:** Tuesday, September 25, 2018 9:51 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: ENGLISH, JASON L 6017589

Hi Donna,

Yes, I just wanted to make sure dates were correct, I have reopened claim and will have

medical records review for an extension.

The tm has yet to rtw correct?

Thank you!


**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax


[LincolnFinancial.com](LincolnFinancial.com)

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=F-2wn28DfsyC08TOzLG8Si3UkCj98kpoX-UaLqAS0Ag&s=HXViQmlA68MJDOI2IS0LbocxumXZRUx4M6YRcOFUKos&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=F-2wn28DfsyC08TOzLG8Si3UkCj98kpoX-UaLqAS0Ag&s=R-qGYDK2ms0EsmqhG_U3I9UzUrZOsKmslgb_nSJqo

UY&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=F-2wn28DfsyC08TOzLG8Si3UkCj98kpoX-UaLqAS0Ag&s=YUIO5qAwX9WpS7eWjRH0mAq8gQGynr0sJLxAgk4bFvg&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=F-2wn28DfsyC08TOzLG8Si3UkCj98kpoX-UaLqAS0Ag&s=SqClG9Kd3PoFCFt9_Q6gDXv_FyeSGtZNWpwaVpmy51Q&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=F-2wn28DfsyC08TOzLG8Si3UkCj98kpoX-UaLqAS0Ag&s=xAJwpF1OqsZUTfjRAsrh7oFE0aiZmNu3uFlebnKN6Hc&e=

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company (“Liberty Mutual”) has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Tuesday, September 25, 2018 8:17 AM
**To:** Torres, Nick <Nick.Torres@lfg.com>
**Subject:** RE: ENGLISH, JASON L 6017589

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Yes, he returned 7/23/18 and went back out 7/27/18 with last day worked 7/26/18.  I saw the note in Risktrac as the claim was being re-opened but I didn't see anything after that.

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice:  This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address.  If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited.  If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox.  Thank you!**

**From:** Torres, Nick [mailto:Nick.Torres@lfg.com]
**Sent:** Tuesday, September 25, 2018 11:04 AM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Subject:** RE: ENGLISH, JASON L 6017589

Hi Donna,

Not as of yet, claim is still closed. My understanding tm returned to work on 07/23/18. Was he out again as of 07/27/18  with last day work being 07/26/18? If so, I can reopen claim using these dates.

Thank you!

**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

LincolnFinancial.com

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=CrowoWdJ8YDVKuluGe2PhLJddSk7Hvr_jQDE5f1SKvA&s=VuNm2SjSZI0vUc12gpbFTsnFI9HfwEVE0J6iVnWseZA&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=CrowoWdJ8YDVKuluGe2PhLJddSk7Hvr_jQDE5f1SKvA&s=XrtMqbGo32IDW26a3-kUxJCNS3W7WSlbZvx-82lnbVU&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=CrowoWdJ8YDVKuluGe2PhLJddSk7Hvr_jQDE5f1SKvA&s=Qy-av0SPTfuIc6rgOp_OSY61_DpG16yPo9x75yOr7lk&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=CrowoWdJ8YDVKuluGe2PhLJddSk7Hvr_jQDE5f1SKvA&s=ctLaxnn8LkNoUf8jsj7Y4PIWMu0b6rr4_-ZViYwANvU&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFJg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=CrowoWdJ8YDVKuluGe2PhLJddSk7Hvr_jQDE5f1SKvA&s=Hs2M5VWZDb5fFmLvAfQGjpzG6zHZcjvpabNB52UNq_Q&e=

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company ( “Liberty Mutual” ) has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Tuesday, September 25, 2018 7:08 AM
**To:** Nick.Torres@libertymutual.com
**Subject:** RE: ENGLISH, JASON L 6017589

Hi Nick, anything on this?


***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***



**Confidentiality Notice: This e-mail transmission may contain confidential or**

**legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Donna Sutherland (TMMK)
**Sent:** Monday, September 24, 2018 8:22 AM
**To:** Nick.Torres@libertymutual.com
**Subject:** ENGLISH, JASON L 6017589

●● PROTECTED 関係者外秘

Hi Nick, has this claim been reopened? And can you confirm status?

*Donna M. Sutherland*

*FMLA Administrator/STD/LTD*

*HR Integrated Medical Services*

*Desk: 502-868-2935*

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

Notice of Confidentiality: **This E-mail and any of its attachments may contain

Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**n0322686**

| | |
|---|---|
| **From:** | Torres, Nick |
| **Sent:** | Tuesday, September 25, 2018 11:04:21 AM |
| **To:** | 'Donna Sutherland (TMMK)' |
| **Subject:** | RE: ENGLISH, JASON L 6017589 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

Hi Donna,

Not as of yet, claim is still closed. My understanding tm returned to work on 07/23/18. Was he out again as of 07/27/18 with last day work being 07/26/18? If so, I can reopen claim using these dates.

Thank you!


**Nick Torres**

Case Manager

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41499

603.334.7094 Fax

LincolnFinancial.com

**Follow us on:**

https://www.facebook.com/lincolnfinancialgroup https://twitter.com/lincolnfingroup http://www.youtube.com/lincolnfinancialgrp https://www.instagram.com/lincolnfingroup/ http://www.linkedin.com/company/lincoln-financial-group

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company**

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

**From:** Donna Sutherland (TMMK) [mailto:donna.sutherland@toyota.com]
**Sent:** Tuesday, September 25, 2018 7:08 AM
**To:** Nick.Torres@libertymutual.com
**Subject:** RE: ENGLISH, JASON L 6017589

Hi Nick, anything on this?

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

**From:** Donna Sutherland (TMMK)
**Sent:** Monday, September 24, 2018 8:22 AM
**To:** Nick.Torres@libertymutual.com
**Subject:** ENGLISH, JASON L 6017589

●● PROTECTED 関係者外秘

Hi Nick, has this claim been reopened? And can you confirm status?

***Donna M. Sutherland***

***FMLA Administrator/STD/LTD***

***HR Integrated Medical Services***

***Desk: 502-868-2935***

**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are**

**hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**

## Progress Notes by Franey, Jessica L, PA-C

Author: Franey, Jessica L, PA-C Service: (none) Author Type: Physician Assistant
Filed: 7/12/2018 8:19 PM Status: Signed
Editor: Franey, Jessica L, PA-C (Physician Assistant)

### Chief Complaint

Patient presents with

- Follow-up
  *release to go back to work*
- Stress
  *stessing about life, mother, work, money*
- Diarrhea
  *patient has loose stool comes and goes*

### Subjective

History of Present Illness

Jason Lamont English is a 45 y.o. male. He presents for return to work release and follow up on depression and nausea/ GI issues. Regarding depression, patient states that he is taking zoloft as directed. The increase in zoloft did improve his moods but continues to have low moods and lack of interest in daily activities. He does have anxiety related symptoms with racing thoughts and stress which is worse at night. He continues to have some difficulty sleeping but improved. He has not resumed counseling or sought out new counselor. He does feel that he is ready to go back to work and routine may improve his symptoms. Stress is related to work and family issues which he feels he cannot change at this time. He denies thoughts of self harm. No difficulty concentrating. Still feels fatigued, in part due to depression and some due to sleep issues but this is improving.

Regarding GI symptoms, patient continues to have some nausea but improved since beginning omeprazole. Zofran relieved nausea but out of this med. No vomiting. Nausea is worse in the morning. Did have colonoscopy and EGD. EGD showed gastritis and esophagitis but no other concerning findings. Colonoscopy found several benign polyps as well as internal hemorrhoids. Having intermittent diarrhea which is worse when stress increases. He reports loose stools but no watery stools. He denies blood in stool. He has not tried anything for diarrhea treatment.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past medical history, past social history and problem list.

No Known Allergies

Social History

Substance Use Topics

| | |
|---|---|
| • Smoking status: | Smoker, Current Status Unknown |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Never Used |
| • Alcohol use | No |

Current Outpatient Prescriptions:
- amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet by mouth Daily., Disp: 90 tablet, Rfl: 2
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting., Disp: 20 tablet, Rfl: 1
- promethazine (PHENERGAN) 25 MG tablet, Take 1 tablet by mouth every 6 (six) hours as needed for nausea or vomiting., Disp: 30 tablet, Rfl: 2
- sertraline (ZOLOFT) 100 MG tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 2
- erythromycin (ROMYCIN) 5 MG/GM ophthalmic ointment, every night., Disp: , Rfl:
- omeprazole (priLOSEC) 40 MG capsule, Take 1 capsule by mouth Daily., Disp: 30 capsule, Rfl: 5
- sodium-potassium-magnesium sulfates (SUPREP BOWEL PREP KIT) 17.5-3.13-1.6 GM/180ML solution oral solution, Take 1 bottle by mouth Take As Directed. Follow instructions that were mailed to your home. If you didn't receive these call (859) 276-4382., Disp: 2 bottle, Rfl: 0
- terbinafine (lamiSIL) 250 MG tablet, TAKE ONE TABLET BY MOUTH ONCE DAILY, Disp: 30 tablet, Rfl: 3
- traMADol (ULTRAM) 50 MG tablet, , Disp: , Rfl:

Review of Systems
Constitutional: Positive for fatigue. Negative for chills and fever.
HENT: Negative for congestion, ear pain and sore throat.
Eyes: Negative for pain.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Positive for diarrhea and nausea. Negative for abdominal pain, blood in stool and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Skin: Negative for rash.
Neurological: Negative for dizziness, weakness, light-headedness and headache.
Hematological: Does not bruise/bleed easily.
Psychiatric/Behavioral: Positive for sleep disturbance, depressed mood and stress. Negative for agitation, decreased concentration and self-injury.

## Objective

**Vitals:**

| | 07/12/18 1629 |
|---|---|
| BP: | 143/85 |
| Pulse: | 83 |
| Resp: | 18 |
| Temp: | 97.8 °F (36.6 °C) |

Physical Exam
Constitutional: He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Right Ear: Tympanic membrane, external ear and ear canal normal.
Left Ear: Tympanic membrane, external ear and ear canal normal.
Nose: Nose normal.

Progress Notes by Franey, Jessica L, PA-C (continued)

Mouth/Throat: Oropharynx is clear and moist and mucous membranes are normal.
Eyes: Conjunctivae are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple. Carotid bruit is not present. No thyromegaly present.
Cardiovascular: Normal rate, regular rhythm and intact distal pulses.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. He has no wheezes. He has no rales.
Abdominal: Soft. There is no hepatosplenomegaly. There is no tenderness.
Lymphadenopathy:
He has no cervical adenopathy.
Skin: No rash noted.
Psychiatric: He has a normal mood and affect. His behavior is normal.

Normal physical exam.

**Assessment/Plan**

Jason was seen today for follow-up, stress and diarrhea.

Diagnoses and all orders for this visit:

**Major depressive disorder with single episode, in partial remission (CMS/HCC)**

**Nausea**

- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting.

**Gastroesophageal reflux disease with esophagitis**

- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting.

**Diarrhea, unspecified type**

**Other orders**

- omeprazole (priLOSEC) 40 MG capsule; Take 1 capsule by mouth Daily.

Patient may return to work on 7/23/2018 as discussed in office visit-- letter provided.
Increase prilosec to 40mg given gastritis and esophagitis findings on EGD as well as continued nausea in AM.
Advised to take imodium for diarrhea as it is intermittent.
Advised to resume counseling and seek out counselor he likes.
Continue all other meds.

Return for Next scheduled follow up.

Electronically Signed by Franey, Jessica L, PA-C on 7/12/2018 8:19 PM

Progress Notes by Gilliam, Jai, MD

**Progress Notes by Gilliam, Jai, MD (continued)**

Author: Gilliam, Jai, MD | Service: (none) | Author Type: Physician
Filed: 8/9/2018 2:17 PM | Status: Signed
Editor: Gilliam, Jai, MD (Physician)

## Subjective

Jason Lamont English is a 45 y.o. male.

History of Present Illness

Depression - Patient says that initially he was doing well on the Zoloft 50 mg but then he started notice that he was becoming more emotional, bad dreams, and his anger outbursts were becoming more persistent. Patient says that he is still currently going through domestic issues with his wife. " We rarely talk anymore, continue arguing, and there is little communication between us both "patient denies any domestic abuse, threats towards himself or anybody else, no suicidal ideations, no hallucinations, no other systemic symptoms at this time.

Review of Systems
All other systems reviewed and are negative.

## Objective

Physical Exam
Constitutional: He is oriented to person, place, and time. He appears well-developed and well-nourished.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. EOM are normal.
Cardiovascular: Normal rate.
Pulmonary/Chest: Effort normal.
Neurological: He is alert and oriented to person, place, and time.
Psychiatric: He has a normal mood and affect. His behavior is normal.
**Emotionally upset, tearful, yet composed**
Nursing note and vitals reviewed.

## Assessment/Plan

Jason was seen today for depression.

Diagnoses and all orders for this visit:
Spent approximately 40 minutes face-to-face with patient, 50% of that time was used to discuss his current emotional state, depression, and plan moving forward.

**Moderate episode of recurrent major depressive disorder (CMS/HCC)**

- buPROPion XL (WELLBUTRIN XL) 150 MG 24 hr tablet; Take 1 tablet by mouth Daily.

I have strongly encouraged patient to seek counseling

Electronically Signed by Gilliam, Jai, MD on 8/9/2018 2:17 PM

## END OF REPORT

BAPTIST HEALTH

Internal Medicine
100 Providence Way Ste 200
Nicholasville, KY 40356-6066
Phone: 859-260-5370
Fax: 859-260-5379

August 23, 2018

Jason Lamont English

This letter is to confirm the following appointment for Jason Lamont English:

| | |
|---|---|
| **Reason for Visit:** | Follow Up |
| **Date:** | 9/24/18 |
| **Time:** | 2:45 PM |
| **Provider:** | Gilliam, Jai, MD |
| **Instructions:** | Arrive 15 minutes prior to appointment. |

If for any reason you are unable to keep this appointment, please contact the office at 859-260-5370 to reschedule.

We will process claims for services with your insurance carriers. You will be asked to pay amounts not covered by your insurances, such as co pays, deductibles and coinsurance at the time of your visit.

You can access your medical information, lab results and billing information online at mychart.baptisthealth.com

As always, your care team and physician look forward to your visit.

Sincerely,
Patient Service Specialist for Gilliam, Jai, MD.

BAPTIST HEALTH

MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE AND PEDIATRICS
100 Providence Way Ste 200
Nicholasville KY 40356-6066
Phone: 859-260-5370
Fax: 859-260-5379

July 12, 2018

Patient: **Jason Lamont English**
Date of Birth:
Date of Visit: **7/12/2018**

To Whom it May Concern:

Jason English was seen in my clinic on 7/12/2018. It is my medical opinion that Jason English has full clearance to return to work on Monday 7/23/2018.

Sincerely,

Jai Gilliam, MD

CC: No Recipients

BAPTIST HEALTH
MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE AND PEDIATRICS
100 Providence Way Ste 200
Nicholasville KY 40356-6066
Phone: 859-260-5370
Fax: 859-260-5379

July 9, 2018

Patient: **Jason Lamont English**
Date of Birth:
Date of Visit: **7/9/2018**

To Whom It May Concern:
Attention Liberty Mutual

This letter is to serve official documentation that Jason Lamont English has been on medical leave due to moderate to severe anxiety and stress. He has been off from work from 5/31/18 to present. This medical leave is in my opinion medical necessity due to the extent and severity of his anxiety. Patient is currently on medication and receiving counseling and has made remarkable improvement.

If you have any questions please do not hesitate to contact me.

Sincerely,

Jai Gilliam, MD

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 24 Jul 2018 15:31:06 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is closed due to RTW OWN OCC, W/MANAGED CARE DISAB SERVICES with a closure date of 7/23/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 8/13/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 24 Jul 2018 15:31:06 +0000
**To:** deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is closed due to RTW OWN OCC, W/MANAGED CARE DISAB SERVICES with a closure date of 7/23/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 8/13/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Tue, 24 Jul 2018 15:31:06 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, S

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is closed due to RTW OWN OCC, W/MANAGED CARE DISAB SERVICES with a closure date of 7/23/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 8/13/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

n0051780

| | |
|---|---|
| **From:** | Donna Sutherland (TMMK) |
| **Sent:** | Monday, July 23, 2018 10:48:15 AM |
| **To:** | Garcia, Eva |
| **Cc:** | Shelly Shrout (TMMK) |
| **Subject:** | RE: Jason L. English 6017589, TM ID 209895 |
| **Attachments:** | image001.png; image002.png; image003.png; image004.png; image005.png; image006.png |

●● PROTECTED 関係者外秘

He was released regular duty today. 7.23.18


***Donna M. Sutherland***

***FMLA Administrator***

***HR IMS***

***Desk: 502-868-2935***

***Fax: 502-868-3773***



**Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the email address. If you are not the intended recipient, you are hereby notified that any disclosure, copying distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to me via email so that arrangements for proper delivery can be made, and then please delete the message from your inbox. Thank you!**


**From:** Garcia, Eva [mailto:EVA.GARCIA@LibertyMutual.com]
**Sent:** Tuesday, July 17, 2018 2:51 PM
**To:** Donna Sutherland (TMMK) <donna.sutherland@toyota.com>
**Cc:** Shelly Shrout (TMMK) <shelly.shrout@toyota.com>
**Subject:** Jason L. English 6017589, TM ID 209895

Hello,

Could you please confirm if Jason L. English rtw on 7/9/18 or an alternate date.

Thanks and have a great day.

**Please note: Liberty Life Assurance Company of Boston is now a Lincoln Financial Group company.**


**Eva Garcia**

Short Term Disability

Phoenix, AZ

Lincoln Financial Group

800.320.7585 ext. 41661

603.334.8040 Fax


**LincolnFinancial.com**

**Follow us on:**

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.facebook.com_lincolnfinancialgroup&d=DwMFAg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=cByMRqo4PJ-4YtC_vbAvtrmyCi_OZRhBavZY25rl9EU&s=4meDcZPPHBdAIN_Sp3MSI05JK0JN4A3qYDvmvkc_T-M&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__twitter.com_lincolnfingroup&d=DwMFAg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=cByMRqo4PJ-4YtC_vbAvtrmyCi_OZRhBavZY25rl9EU&s=ZTbbBTgJA4pAs08EjJyt26CSeJsidJPFP-DUHskhH88&

e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.youtube.com_lincolnfinancialgrp&d=DwMFAg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=cByMRqo4PJ-4YtC_vbAvtrmyCi_OZRhBavZY25rl9EU&s=mJMpRPpJ-q-dOF9oNCu5_YUzgNlEHAvevxhtRdax61I&e= https://urldefense.proofpoint.com/v2/url?u=https-3A__www.instagram.com_lincolnfingroup_&d=DwMFAg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=cByMRqo4PJ-4YtC_vbAvtrmyCi_OZRhBavZY25rl9EU&s=9j0wtWzlZTPzt7p5ZQhM8xqE1aEzC-TsJv5GVM2yHeg&e= https://urldefense.proofpoint.com/v2/url?u=http-3A__www.linkedin.com_company_lincoln-2Dfinancial-2Dgroup&d=DwMFAg&c=DDPRwrN9uYSNUDpKqPeD1g&r=xWeUe-jN5gOC50h1n6jFQVpgk6PVxHpSL6s6mldufAo&m=cByMRqo4PJ-4YtC_vbAvtrmyCi_OZRhBavZY25rl9EU&s=_sKYOQt1jCNyJCiKmnHzZ6Cxh0-cd1KNezrtrtERaG0&e=

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

PLEASE NOTE: Liberty Mutual Insurance Company ("Liberty Mutual") has recently completed an agreement with Lincoln Financial Group pursuant to which it has sold the Liberty Life Assurance Company of Boston. The employee who sent this email is no longer employed by Liberty Mutual or any of its affiliates, and instead is now an employee of Lincoln Financial Group. In order to facilitate a smooth transition between the entities and allow our customers the opportunity to update contact information, this email is being delivered using a legacy Liberty Mutual email address and email system, but Liberty Mutual is not responsible for its contents. We ask that you please update your contact information accordingly.

«Sequence_Number»

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JASON L ENGLISH

*4000002002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 7/22/2018. STD benefits are payable from 6/7/2018 through 7/22/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 7/22/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

***Payment of Benefits:***

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

***Benefit Overpayment:***

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 20 Jul 2018 13:47:35 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.07-20-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 7/22/2018. STD benefits are payable from 6/7/2018 through 7/22/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 7/22/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

*Payment of Benefits:*

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

*Benefit Overpayment:*

STD benefits are reduced by Other Income Benefits as well as any applicable taxes.  Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to:  Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy.  Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full.  To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 20 Jul 2018 13:47:35 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.07-20-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 7/22/2018. STD benefits are payable from 6/7/2018 through 7/22/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

***Extension of Benefits:***

Please note that extension of benefits beyond 7/22/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

*Payment of Benefits:*

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

*Benefit Overpayment:*

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Fri, 20 Jul 2018 13:47:35 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_EXT_ASO.clm_num=6017589.07-20-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 20, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID - 209895

We have recently received updated medical information pertaining to your claim. Based on our review of this information your STD benefits have been extended through 7/22/2018. STD benefits are payable from 6/7/2018 through 7/22/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

*Extension of Benefits:*

Please note that extension of benefits beyond 7/22/2018 will require additional medical documentation that supports continued disability. Lack of sufficient medical evidence to support your claim will result in the denial of further disability benefits.

If you should feel your disability will extend beyond the approved through date, please submit updated medical records from your treating provider(s). This information must include office

treatment notes, test results, prescription histories, and treatment plans from your treating physicians.

*Payment of Benefits:*

You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regular company scheduled payroll.

*Benefit Overpayment:*

STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

BAPTIST HEALTH®
MEDICAL GROUP
Internal Medicine & Pediatrics at Brannon Crossing
100 Providence Way, Suite 200
Nicholasville, KY 40356
859-260-5370 (phone) 859-260-5379 (fax)

# FAX TRANSMISSION/INFORMATION SHEET

TO: Liberty Mutual FAX NO: 603-334-7094

FROM: Dr. Gilliam's office PHONE NO:

DEPT: NUMBER OF PAGES: 2

SUBJECT: Claim # 814Y591 DATE: 7.9.18

☐ Urgent ☐ For Review ☐ Please Comment ☐ Please Reply

COMMENTS (Do NOT include any PHI on the cover sheet):

The information contained in this FAX is confidential for the use of the individual or entity named above. If the reader of this message is not the intended recipient (or the employee or agent responsible to deliver it to the intended recipient), you are hereby notified that any dissemination, distribution or copy of this communication is prohibited. If you have received this communication in error, please notify the sender by telephone (see phone number above).

BAPTIST HEALTH®

MEDICAL GROUP

BAPTIST HEALTH MEDICAL GROUP INTERNAL MEDICINE AND PEDIATRICS
100 Providence Way Ste 200
Nicholasville KY 40356-6066
Phone: 859-260-5370
Fax: 859-260-5379

July 9, 2018

Patient: **Jason Lamont English**
Date of Birth: Claim 8148591
Date of Visit: **7/9/2018**

To Whom It May Concern:
Attention Liberty Mutual

This letter is to serve official documentation that Jason Lamont English has been on medical leave due to moderate to severe anxiety and stress. He has been off from work from 5/31/18 to present. This medical leave is in my opinion medical necessity due to the extent and severity of his anxiety. Patient is currently on medication and receiving counseling and has made remarkable improvement.

If you have any questions please do not hesitate to contact me.

Sincerely,

Jai Gilliam, MD

LIBERTY LIFE ASSURANCE
GROUP BENEFITS DISABILITY CLAIMS
PO BOX 7209
LONDON KY 40742

MT/BT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4595
Secure Fax No.: (603) 334-7094

JASON ENGLISH

PT/DOB

June 12, 2018

Baptist Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present

- Completion of the Enclosed Forms:

___ Other

We ask that you provide this information by June 15, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Progress Notes by Jai Gilliam, MD

Author: Jai Gilliam, MD
Filed: 6/3/2018 4:49 AM
Editor: Jai Gilliam, MD (Physician)

Service: (none)
Status: Signed

Author Type: Physician

**Subjective**
Jason English is a 44 y.o. male.

History of Present Illness

1 stress- Patient says that he has been taking care of his mother who recently had a stroke. This has been extremely stressful to him and has also been stressful to his marriage. Patient says that he's been having difficulty interpersonal relationship with his spouse. Currently, there is no possibility of separation and divorce and this has also been extremely stressful to patient.

In clinic today, patient is very tearful, calm and composed, no threats of suicide or harming anybody else but he says it has taken a toll on him emotionally and he thinks that he is suffering from depression.

Review of Systems
All other systems reviewed and are negative.

**Objective**
Physical Exam
Constitutional: He appears well-developed and well-nourished.
**Tearful yet composed**
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment/Plan**
Jason was seen today for vomiting and anxiety.

Diagnoses and all orders for this visit:
Spent approximately 35 minutes face-to-face with patient, 50% of that time was used in counseling about current emotions and depression

**Stress at home**

**Recurrent major depressive disorder, in partial remission**

Progress Notes by Jai Gilliam, MD (continued)

- sertraline (ZOLOFT) 50 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

**Essential hypertension**

- amLODIPine (NORVASC) 10 MG tablet; Take 1 tablet by mouth Daily.

5/31/18 and 6/1/2018-probably FMLA dates that he needs for his excuse.

Electronically Signed by Jai Gilliam, MD on 6/3/2018 4:49 AM

Progress Notes by Jessica L Franey, PA-C

Author: Jessica L Franey, PA-C    Service: (none)    Author Type: Physician Assistant
Filed: 6/14/2018 11:39 AM    Status: Sign at close encounter
Editor: Jessica L Franey, PA-C (Physician Assistant)

Chief Complaint
Patient presents with [illegible]

- Follow-up
  *Release to go back to work/ New depressant meds*
- Follow-up
  *ER visit - need scope done for ulcer (6/8/2018)*

**Subjective**

History of Present Illness

Jason English is a 44 y.o. male. He presents with
Off work since 6/1/2018
Stress related, N/V,

Zoloft -- still has stress/ worry,
ER Saturday-- 6/8/208-- UK
Lab work normal, may need scope

Still having nausea, but no longer vomiting bc started Pepcid AC or something for decreased stomach acid
Increased sleep, less appetite; a little loose stools;
No thoughts self harm, maybe one episode in past of depression
Losing weight
Seeing a counselor-- 2 visits, not helping but going to try another counselor

{Common H&P Review Areas:19316}

No Known Allergies

**Social History**

Substance Use Topics

- Smoking status: Smoker, Current Status Unknown
  - Packs/day: 1.00
  - Types: Cigarettes
- Smokeless tobacco: Not on file
- Alcohol use: Not on file

Current Outpatient Prescriptions:

- amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet by mouth Daily., Disp: 90 tablet, Rfl: 2
- erythromycin (ROMYCIN) 5 MG/GM ophthalmic ointment, every night., Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting., Disp: 20 tablet, Rfl: 0
- promethazine (PHENERGAN) 25 MG tablet, Take 1 tablet by mouth every 6 (six) hours as needed for nausea or vomiting., Disp: 30 tablet, Rfl: 2
- sertraline (ZOLOFT) 100 MG tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 2
- terbinafine (lamiSIL) 250 MG tablet, TAKE ONE TABLET BY MOUTH ONCE DAILY, Disp: 30 tablet, Rfl: 3
- traMADol (ULTRAM) 50 MG tablet, , Disp: , Rfl:

Review of Systems

**Objective**

Vitals:

06/14/18 1117

| | |
|---|---|
| BP: | 138/82 |
| Pulse: | 82 |
| Resp: | 20 |
| Temp: | 98.2 °F (36.8 °C) |

Physical Exam

**Assessment/Plan**

Jason was seen today for follow-up and follow-up.

Diagnoses and all orders for this visit:

**Moderate episode of recurrent major depressive disorder**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

**Stress at home**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

**Nausea**

- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting.

Goals
Counselor
Increase zoloft
prilosec

Return for Next scheduled follow up with Dr. Jai. .

**END OF REPORT**

5J190180111

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CiOX HEALTH

# INVOICE

**Invoice #:** 0248197883
**Date:** 7/3/2018
**Customer #:** 1568141

**Ship to:**
NICK TORRES
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7209
LONDON, KY 40742-7209

**Bill to:**
NICK TORRES
LIBERTY LIFE ASSURANCE BOSTON
PO BOX 7209
LONDON, KY 40742-7209

**Records from:**
BAPTIST INTERNAL MED AND PEDS
100 PROVIDENCE WAY
STE 200
NICHOLASVILLE, KY 40356-6033

**Requested By:** LIBERTY LIFE ASSURANCE **DOB:**
**Patient Name:** ENGLISH JASON

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 1.00 | 4.00 |
| Shipping | | | 0.68 |
| Subtotal | | | 4.68 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 4.68 |
| Less Payment | | | -4.68 |
| Balance Due | | | 0.00 |

**Pay your invoice online at https://paycioxhealth.com/pay/**

**Terms: Net 30 days**

---

**Ciox Health**
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

**Invoice #:** 0248197883

Check # ____________________

Payment Amount $______________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

5J190180111

******AUTO**MIXED AADC 300
998 2 MB 0.424 000998
LIBERTY LIFE ASSURANCE BOSTON
NICK TORRES 8pgs
PO BOX 7209
LONDON, KY 40742-7209

*000800998K0B*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

199053498

«Sequence_Number»

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209

JASON L ENGLISH

*4000003002913*

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 9, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID – 209895

Your request for STD benefits has been approved for the period of 5/31/2018 through 7/8/2018. Benefits are payable from 6/7/2018 through 7/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/8/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 9 Jul 2018 15:36:36 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6017589.07-09-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE** - PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 9, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID – 209895

Your request for STD benefits has been approved for the period of 5/31/2018 through 7/8/2018. Benefits are payable from 6/7/2018 through 7/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/8/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

***What Services LifeMatters can provide to You:***
LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.

***Contact Information:***
LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 9 Jul 2018 15:36:36 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6017589.07-09-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 9, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID – 209895

Your request for STD benefits has been approved for the period of 5/31/2018 through 7/8/2018. Benefits are payable from 6/7/2018 through 7/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *“Disability” or “Disabled” means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/8/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

***What Services LifeMatters can provide to You:***
LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.

***Contact Information:***
LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Mon, 9 Jul 2018 15:36:36 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** Claim #6017589, JASON L ENGLISH
**Attachments:** TEMA_06-066619_STD_AP_ASO.clm_num=6017589.07-09-18.Pub.CC.doc

****THIS IS AN AUTOMATED EMAIL MESSAGE -** PLEASE DO NOT REPLY AS MESSAGES ARE NOT MONITORED**

This e-mail, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please notify me via return e-mail and via telephone at (800) 838-5290 and permanently delete the original and any copy of any e-mail and any printout thereof.

**********Text on the pages that follow from attachments to the email.**********

Liberty Life Assurance Company of Boston
Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

July 9, 2018

JASON L ENGLISH

RE: Short Term Disability (STD) Benefits
TOYOTA MOTOR ENGINEERING & MAN
Claim #: 6017589

MR. ENGLISH

Team Member ID – 209895

Your request for STD benefits has been approved for the period of 5/31/2018 through 7/8/2018. Benefits are payable from 6/7/2018 through 7/8/2018.

Please be advised that where applicable Toyota's Medical Leave of Absence (MLOA) will run concurrently with your approved STD claim.

While on MLOA from Toyota:

- You are to stay in contact with your GL/supervisor on a weekly basis and provide any updates on your leave status.
- You may not engage in any other employment, including self-employment, or any activity that would be in violation of your medical restrictions.
- Reference your Company's MLOA policy for additional information including return to work procedures.

MLOA days will also count against any entitlement under Family and Medical Leave Act (FMLA) or State leave. You will receive a separate notification from Liberty regarding FMLA/State leave.

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability ("STD") benefits under Toyota's Group Disability Plan. The Plan states that to be eligible for benefits you must meet the definition of disability as defined in the STD Plan:

> *"Disability" or "Disabled" means you, as a result of Injury or Sickness, are unable to perform the Material and Substantial Duties of your Own Job.*

Based on a thorough review of the medical and vocational information contained in our claim file, we have determined that you are currently unable to perform the duties of your job. Your claim for benefits is approved provided you remain totally disabled from your occupation through 7/8/2018.

***Payment of Benefits:***
You will receive STD benefits directly from Toyota. You can expect payment of these benefits with your regularly scheduled Company payroll.

- STD benefits replace a percentage of your base pay. Additional information is available through the Toyota Benefits Center at www.mybenefits.toyota.com or your Team Member Benefits Manual.

***Benefit Overpayment:***
STD benefits are reduced by Other Income Benefits as well as any applicable taxes. Covered Earnings and Other Income Benefits are defined by your STD Plan.

Other Income Benefits may include, but are not limited to: Social Security Disability or Retirement, No-Fault insurance, State Disability benefits, pension, Veterans' benefits or any other disability payments from another group insurance policy. Please notify us immediately if you begin to receive any other sources of income.

If your benefit is overpaid Toyota has the right to recover the amount overpaid in full. To avoid an overpayment, please notify our office immediately if you begin receiving other income for this same time period as outlined in your STD Plan.

***Benefits Available Through LifeMatters:***
No matter what the source of your disability, we know this can be a stressful time while you are balancing your health concerns and how they may be impacting your life. Toyota would like to remind you about the benefits available under the Employee Assistance Program, (EAP) LifeMatters.

> ***What Services LifeMatters can provide to You:***
> LifeMatters is a confidential, free service available to you and your eligible dependents 24-hours a day, 7-days a week. Whether your issue is emotional, financial or somewhere in between, LifeMatters representatives are there to provide assistance. If needed, you will be set up with one-on-one services with a representative in your area. As part of your benefit, you are covered for eight one-on-one visits per episode. If continued services are needed beyond the eight visits, you will be referred to another professional and your medical plan may pay part of the costs.
>
> ***Contact Information:***
> LifeMatters representatives can be reached via telephone at 800-634-6433. For quick access to educational articles, self-help tips and resources to meet your needs, visit LifeMatters on the internet at www.mylifematters.com using password tyta1.

If you have any questions regarding your Disability leave, please contact me.

Sincerely,

Nick Torres
Disability Case Manager
Phone: (800) 320-7585
Secure Fax No.: (603) 422-0119

# Fax

**To: Nick Torres**

Fax Number: 6033347094

**From: Jason L English**

**Subject: Regarding claim #6017589**

**Note:** I should be able to get more documents from UK Hospital, I had to visit the ER for same issues.

******AUTO**MIXED AADC 300
1093 2 MB 0.424 001093
JASON ENGLISH

7pgs

*000700109 3K0*

# ATTENTION

Confidential Information enclosed.
To be viewed by authorized persons only.

If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

198170576

**Ciox Health**
P.O. Box 409900
Atlanta, GA 30384-9900
Fed Tax ID 58 - 2659941
1-800-367-1500

| Date |
|---|
| 6/19/2018 |
| Request ID # |
| 0248197376 |

**Ship to:**

JASON ENGLISH

**Requested By:** JASON ENGLISH
**Patient Name:** ENGLISH JASON
**DOB:**

**Records from:**

BAPTIST INTERNAL MED AND PEDS
100 PROVIDENCE WAY
STE 200
NICHOLASVILLE, KY 40356-6033

Ciox Health is the largest provider of release of information(ROI) services and technology. We ensure the compliant exchange of protected health information for over 18,000 healthcare facilities nationwide. To learn more about our flexible ROI solutions, go to www.CioxHealth.com

Get future medical records as soon as they are processed, by signing up for secure electronic delivery. Register at: edelivery.cioxhealth.com

JASON ENGLISH
IVE

MT/BT

BAPTIST HEALTH MEDICAL GROUP

# AUTHORIZATION FOR THE USE AND DISCLOSURE OF HEALTH INFORMATION

JASON ENGLISH

Authorization to Release Protected Health Information

**Patient Information: (Please Print)**

Name: Jason English Med Rec # or Last Four of Social

PT/DOB

Street Address or PO Box

City, State, Zip

Phone# Date of Birth E-Mail

***Please Note: If this is a shared email address, please be reminded that others will have access to emails that prompt you to establish a Patient Portal account, and others may have the opportunity to create your user name and password for the Patient Portal. In order to prevent the receipt of emails by persons other than you, please provide a valid email address to which only you have access

I, the undersigned hereby authorize and direct:

(✓) Dr. Jai Gillam (✓) Dr. Sibel Gullo (✓) Dr. Michael McKinney (✓) Dr. Phillip Hoffman (✓) Dr. Shellie Thompson

(✓) Jessica Brock, PA-C (✓) Anne Sydney Parrish, PA-C (✓) Ruby Renea Leach, APRN

and its entities, authorized agents and employees to disclose and deliver a copy of the protected health information described below in accordance with this authorization.
This information may be disclosed to and used by the following individual, organization or agency:

Liberty Mutual at the above address

(Please document specific physician AND practice name)

The purpose of this release is: ( ) Continued Medical Care (✓) Legal Purposes ( ) Insurance Purposes ( ) Personal Interest ( ✓) Other
(Specify) Medical leave of Absence

Dates to be released: From 5/30/18 To 7/30/18

The information to be disclosed will include: (check all that apply)

| | | |
|---|---|---|
| ✓ Entire Medical Record | ___ Pathology Report | ___ Cardiac Cath Report |
| ✓ Basic Medical Record | ___ Radiology Report | ___ Discharge Summary |
| ___ Emergency Room Record | ___ History and Physical | ___ Lab |
| ___ Face Sheet | ___ Operative Report | |
| ___ Other (Specify): | | |

I understand that my protected health information may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS) or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services and treatment for drug and alcohol abuse.

Federal and state laws protect the information disclosed pursuant to this Authorization. I understand that if the authorized recipient of the information is not a health care provider or health plan covered by federal privacy regulations, the information may be re-disclosed and no longer protected. However, the recipient may be prohibited from disclosing any substance abuse information under the federal confidentiality requirements for alcohol and drug abuse patient records and the Public Health Service Act. Such information may not be used to criminally investigate or prosecute any alcohol or drug patient. Further, state law prohibits a recipient from making any further disclosure of test results relating to HIV or AIDS without the specific written consent of the person to whom such information pertains. A general authorization for the release of medical or other information is NOT sufficient for such purpose.

This authorization will expire upon the occurrence of the following event or condition: ______. If no event or condition is listed, it will expire in **60 days**. I understand that I have the right to revoke this Authorization at any time, and in order to do so, I must present a written revocation to the Release of Information department at the address below. I understand that the revocation will not apply to information that already has been released in response to or in reliance upon this Authorization. I understand that I need not sign this Authorization in order to ensure health care treatment, payment, enrollment in my health plan, or eligibility for benefits. I understand that I will be given a copy of this Authorization form, after signing it.

JE (Initial if applicable) I acknowledge this to be my one and only free copy of my medical record, duplicate pages will be charged $1 per page.

JE (Initial if applicable) I acknowledge that my record will be provided to me in paper format, unless I request that it be provided in electronic format in a CD by initialing here.

[signature] 6/1/18

Signature of Patient/Authorized Representative (include relationship or nature of authority) Date

**Mail completed request to: 109 Providence Way, Suite 200, Nicholasville, KY 40356

BAPTIST HEALTH

BAPTIST HEALTH MEDICAL GROUP
100 PROVIDENCE WAY STE 200
NICHOLASVILLE KY 40356-6066

English, Jason
MRN: 0910931864, DOB:
Encounter date: 6/1/2018

Sex: M

Progress Notes by Jai Gilliam, MD

Author: Jai Gilliam, MD Service: (none) Author Type: Physician
Filed: 6/3/2018 4:49 AM Status: Signed
Editor: Jai Gilliam, MD (Physician)

**Subjective**
Jason English is a 44 y.o. male.

History of Present Illness

1 stress- Patient says that he has been taking care of his mother who recently had a stroke. This has been extremely stressful to him and has also been stressful to his marriage. Patient says that he's been having difficulty interpersonal relationship with his spouse. Currently, there is no possibility of separation and divorce and this has also been extremely stressful to patient.

In clinic today, patient is very tearful, calm and composed, no threats of suicide or harming anybody else but he says it has taken a toll on him emotionally and he thinks that he is suffering from depression.

Review of Systems
All other systems reviewed and are negative.

**Objective**
Physical Exam
Constitutional: He appears well-developed and well-nourished.
**Tearful yet composed**
HENT:
Head: Normocephalic and atraumatic.
Eyes: EOM are normal. Pupils are equal, round, and reactive to light.
Neck: Normal range of motion. Neck supple.
Cardiovascular: Normal rate, regular rhythm and normal heart sounds.
Pulmonary/Chest: Effort normal and breath sounds normal.
Musculoskeletal: Normal range of motion.
Neurological: He is alert.
Skin: Skin is warm. Capillary refill takes less than 2 seconds.
Psychiatric: He has a normal mood and affect. His behavior is normal. Judgment and thought content normal.

**Assessment/Plan**
Jason was seen today for vomiting and anxiety.

Diagnoses and all orders for this visit:
Spent approximately 35 minutes face-to-face with patient, 50% of that time was used in counseling about current emotions and depression

**Stress at home**

**Recurrent major depressive disorder, in partial remission**

Progress Notes by Jai Gilliam, MD (continued)

- sertraline (ZOLOFT) 50 MG tablet; Take 1 tablet by mouth Daily.

Side effects and precautions of the new medication(s) have been discussed with patient
I have answered patients questions thoroughly to their understanding.
If patient should experience any side effects from the medication, a follow up appointment should be made.

**Essential hypertension**

- amLODIPine (NORVASC) 10 MG tablet; Take 1 tablet by mouth Daily.

5/31/18 and 6/1/2018-probably FMLA dates that he needs for his excuse.

Electronically Signed by Jai Gilliam, MD on 6/5/2018 4:49 AM

Progress Notes by Jessica L Franey, PA-C

Author: Jessica L Franey, PA-C Service: (none) Author Type: Physician Assistant
Filed: 6/14/2018 11:39 AM Status: Sign at close encounter
Editor: Jessica L Franey, PA-C (Physician Assistant)

Chief Complaint
Patient presents with:

- Follow-up
  *Release to go back to work/ New depressant meds*
- Follow-up
  *ER visit - need scope done for ulcer (6/8/2018)*

**Subjective**

History of Present Illness

Jason English is a 44 y.o. male. He presents with
Off work since 6/1/2018
Stress related, N/V,

Zoloft -- still has stress/ worry,
ER Saturday-- 6/8/208-- UK
Lab work normal, may need scope

Still having nausea, but no longer vomiting bc started Pepcid AC or something for decreased stomach acid
Increased sleep, less appetite; a little loose stools,
No thoughts self harm, maybe one episode in past of depression
Losing weight
Seeing a counselor-- 2 visits, not helping but going to try another counselor

{Common H&P Review Areas:19316}

No Known Allergies

*Social History*

*Substance Use Topics*

| | |
|---|---|
| • Smoking status: | Smoker, Current Status Unknown |
| Packs/day: | 1.00 |
| Types: | Cigarettes |
| • Smokeless tobacco: | Not on file |
| • Alcohol use | Not on file |

Current Outpatient Prescriptions:

- amLODIPine (NORVASC) 10 MG tablet, Take 1 tablet by mouth Daily., Disp: 90 tablet, Rfl: 2
- erythromycin (ROMYCIN) 5 MG/GM ophthalmic ointment, every night., Disp: , Rfl:
- ondansetron (ZOFRAN) 8 MG tablet, Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting., Disp: 20 tablet, Rfl: 0
- promethazine (PHENERGAN) 25 MG tablet, Take 1 tablet by mouth every 6 (six) hours as needed for nausea or vomiting., Disp: 30 tablet, Rfl: 2
- sertraline (ZOLOFT) 100 MG tablet, Take 1 tablet by mouth Daily., Disp: 30 tablet, Rfl: 2
- terbinafine (lamiSIL) 250 MG tablet, TAKE ONE TABLET BY MOUTH ONCE DAILY, Disp: 30 tablet, Rfl: 3
- traMADol (ULTRAM) 50 MG tablet, , Disp: , Rfl:

Review of Systems

**Objective**

*Vitals:*

| | 06/14/18 1117 |
|---|---|
| BP: | 138/82 |
| Pulse: | 82 |
| Resp: | 20 |
| Temp: | 98.2 °F (36.8 °C) |

Physical Exam

**Assessment/Plan**

Jason was seen today for follow-up and follow-up.

Diagnoses and all orders for this visit:

Progress Notes by Jessica L Franey, PA-C (continued)

**Moderate episode of recurrent major depressive disorder**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

**Stress at home**

- sertraline (ZOLOFT) 100 MG tablet; Take 1 tablet by mouth Daily.

**Nausea**

- ondansetron (ZOFRAN) 8 MG tablet; Take 1 tablet by mouth Every 8 (Eight) Hours As Needed for Nausea or Vomiting.

Goals
Counselor
Increase zoloft
prilosec

Return for Next scheduled follow up with Dr. Jai. .

amLODIPine (NORVASC) 10 MG tablet [544481821]

Electronically signed by: **Jai Gilliam, MD on 06/01/18 1640** Status: **Active**
Ordering user: Jai Gilliam, MD 06/01/18 1640 Ordering provider: Jai Gilliam, MD
Authorized by: Jai Gilliam, MD
Frequency: Daily 06/01/18 - Until Discontinued
Diagnoses
Essential hypertension [I10]

Medication Detail

| | Disp | Refills | Start | End |
|---|---|---|---|---|
| **amLODIPine (NORVASC) 10 MG tablet** | 90 tablet | 2 | 6/1/2018 | |

Sig - Route: Take 1 tablet by mouth Daily. - Oral
E-Prescribing Status: **Receipt confirmed by pharmacy** (6/1/2018 4:40 PM EDT)

**END OF REPORT**

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 28 Jun 2018 14:58:25 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, DE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is denied due to FAILURE TO PROVIDE PROOF OF DISABILITY with a closure date of 5/31/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 7/18/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 28 Jun 2018 14:58:25 +0000
**To:**
deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, DE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is denied due to FAILURE TO PROVIDE PROOF OF DISABILITY with a closure date of 5/31/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 7/18/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

**From:** GrpMktClmOpsReporting@LibertyMutual.com
**Sent:** Thu, 28 Jun 2018 14:58:25 +0000
**To:** deana.true@toyota.com;donna.sutherland@toyota.com;shelly.shrout@toyota.com
**Subject:** JASON L ENGLISH, 209895, Claim# 6017589, DE

**THIS IS AN AUTOMATED EMAIL, PLEASE DO NOT RESPOND.**

Based on our recent investigation regarding JASON L ENGLISH's Short Term Disability (STD) claim, we have determined that the claim is denied due to FAILURE TO PROVIDE PROOF OF DISABILITY with a closure date of 5/31/2018.

JASON L has been notified of this determination under separate cover, including an explanation of their right to appeal. In order to be considered, JASON L must submit an appeal to Liberty no later than 7/18/2018.

If you have further questions please call Liberty Mutual at (800) 210-0268.

LIBERTY LIFE ASSURANCE
GROUP BENEFITS DISABILITY CLAIMS
PO BOX 7209
LONDON KY 40742

MT/BT

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4595
Secure Fax No.: (603) 334-7094

JASON ENGLISH

PT/DOB

June 12, 2018

Baptist Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present
- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by June 15, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

CiOX HEALTH

# INVOICE

Invoice #: 0248197883
Date: 6/19/2018
Customer #: 1568141

| Ship to: | Bill to: | Records from: |
|---|---|---|
| NICK TORRES<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7209<br>LONDON, KY 40742-7209 | NICK TORRES<br>LIBERTY LIFE ASSURANCE BOSTON<br>PO BOX 7209<br>LONDON, KY 40742-7209 | BAPTIST INTERNAL MED AND PEDS<br>100 PROVIDENCE WAY<br>STE 200<br>NICHOLASVILLE, KY 40356-6033 |

Requested By: LIBERTY LIFE ASSURANCE  DOB:
Patient Name: ENGLISH JASON

Your request for copies of medical records has been processed. Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released. Promptly return the bottom portion of this invoice along with a check for the balance due. To expedite the request or to pay by credit card, please call 800 - 367 - 1500.

**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 0.00 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 4 | 1.00 | 4.00 |
| Shipping | | | 0.68 |
| Subtotal | | | 4.68 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 4.68 |
| Balance Due | | | 4.68 |

Pay your invoice online at https://paycioxhealth.com/pay/

**Please remit this amount : $ 4.68 (USD)**

Ciox Health
P.O. Box 409875
Atlanta, GA 30384-9875
Fed Tax ID 58 - 2659941
1-800-367-1500

Invoice #: 0248197883

Check # ____________________

Payment Amount $____________

Get future medical records as soon as they are processed, by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**

Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

5M177180033

******AUTO**MIXED AADC 300
1005 1 MB 0.424 001005
LIBERTY LIFE ASSURANCE BOSTON
NICK TORRES
PO BOX 7209 4pgs
LONDON, KY 40742-7209

*0004001005K0U*

# ATTENTION

## Confidential Information enclosed.
## To be viewed by authorized persons only.

## If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.

198170804

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON L ENGLISH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 28, 2018

Mr. Jason L English

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589

Dear Mr. Jason L English:

Liberty Life Assurance Company of Boston (“Liberty”) is responsible for managing claims for Short Term Disability ("STD”) benefits under Toyota’s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We have completed a thorough review of the information submitted and we are unable to support your claim for disability benefits and this claim has been denied.

The Plan states that to be eligible for benefits you must meet the definition of disability and the terms of employment as defined in the STD Plan:

***"Disability" or "Disabled"*** *means the Covered Person, as a result of Injury or Sickness, is unable to perform the Material and Substantial Duties of his Own Job.*

***Proof***

*Satisfactory proof of loss must be given to Liberty, on behalf of the Company, no later than 15 days after the end of the elimination period.*

*Failure to furnish such proof within such time shall not invalidate or reduce any claim if it was not reasonably possible to furnish such proof within such time. Such proof must be furnished as soon as reasonably possible.*

*Proof of continued loss, continued disability or partial disability, when applicable, and regular attendance of a physician must be given to Liberty, on behalf of the Company, within 15 days of the request for such proof.*

*Liberty, on behalf of the Company, reserves the right to determine if your Proof of loss is satisfactory.*

You submitted a claim for disability on June 01, 2018 for a rotator cuff injury with a disability date of May 31, 2018. In order to evaluate your claim for disability benefits we needed to obtain medical documentation from your treating provider.

We contacted you via telephone on June 04, 2018, June 06, 2018 and again on June 12, 2018 to advise you that we were unable to obtain contact information for your treating provider.

We also wrote to you on June 07, 2018 requesting that you provide us with medical records to include office treatment notes, diagnostic testing, hospital records, operative reports and a treatment plan from your treating providers. We advised you that this information was due on June 20, 2018.

To date we have not received the requested medical documentation to support your claim for disability benefits. As a result, your claim has been closed as of May 31, 2018 for failure to provide proof of your disability.

You may still be eligible for FMLA benefits under this plan and you may contact your leave specialist Kristine Wilber at 1(800) 283-0823 Ext: 16011 for additional questions. Please reference your leave ID: 8148591.

You may request a review of this denial by writing to the address below:

The Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

The written request for review must be sent within 15 days from receipt of this letter and state the reasons you feel your claim should not have been denied. In your request for review please include the following documentation:

All treatment notes, diagnostic test results and procedure reports May 31, 2018 to the present from all treating providers not already in our file reflecting restrictions and limitations that preclude normal life and work related activity beginning May 31, 2018 to the present.

You will be notified of the final decision within 20 days of the date that your request for review is received.

Nothing in this letter should be construed as a waiver of any rights and defenses under the above captions Plan, and all of these rights and defenses are reserved to the company, whether or not they are specifically mentioned herein.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I

Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 19, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | MEDICAL RECORDS<br>SECOND REQUEST |
| Fax: | (859) 260-5379 |
| From: | Sheena Getchius<br>Contractor<br>On Behalf Of: Nick Torres<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 5 |
| RE: | Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 19, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to Jason L English's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to the office. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 26, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Sheena Getchius
Contractor
On Behalf Of: Nick Torres
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Attachments: 6017589-REQUEST-PROVIDER-06.12.2018

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 12, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | medical records |
| Fax: | (859) 260-5379 |
| From: | Nick Torres<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 12, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present

- Completion of the Enclosed Forms:

___ Other

We ask that you provide this information by June 15, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 12, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | MEDICAL RECORDS REQUEST |
| Fax: | (859) 290-5379 |
| From: | Holly Ronai<br>Contractor<br>On Behalf Of: Nick Torres<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages<br>(Including Cover): | 5 |
| RE:<br><br>Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 12, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to Jason L English's claim for STD benefits under the Plan.

Please find the enclosed request(s) for information previously sent to Baptist Internal Medicine Group. This is the second request for this information. Further delay may result in an adverse claim determination. Please submit the requested information by June 19, 2018.

If you have any questions regarding this correspondence, please contact me.

Sincerely,

Holly Ronai
Contractor
On Behalf Of: Nick Torres
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Attachments: 6017589-REQUEST-PROVIDER-06.06.2018

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 6, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | medical records |
| Fax: | (859) 290-5379 |
| From: | Nick Torres<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 6, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by June 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 12, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | medical records |
| Fax: | (859) 260-5379 |
| From: | Nick Torres<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 3 |
| RE: | Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 12, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by June 15, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

'Genetic information' as defined by GINA, includes an individual's family medical history, the results of an individual's or family member's genetic tests, the fact that an individual or an individual's family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual's family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Mutual INSURANCE

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

| | |
|---|---|
| Date: | June 6, 2018 |
| To: | BAPTISH INTERNAL MEDICAL GROUP<br>100 PROVIDENCE WAY STE 200<br>NICHOLASVILLE KY 40356 |
| Attn: | medical records |
| Fax: | (859) 290-5379 |
| From: | Nick Torres<br>Disabil Claims Case Mgr I<br>Phone No.: Phone No.: (855) 508-4895<br>Secure Fax No.: (603) 334-7094 |
| Total Pages (Including Cover): | 3 |
| RE:<br><br>Claim #: 6017589<br>Claimant: Jason L English<br><br>Toyota Motor Engineering & Manufacturing North America, Inc. | |

This fax, and any attachments thereto, is intended only for the use of the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this fax, you are hereby notified that any dissemination, distribution or copying of this fax, and any attachments thereto, is strictly prohibited. If you have received this fax in error, please notify me by telephone at (855) 508-4895 and permanently shred the original and any copy of any fax and any printout thereof.

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 6, 2018

Baptish Internal Medical Group
100 PROVIDENCE WAY STE 200
NICHOLASVILLE, KY 40356

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589
Claimant: Jason L English
Claimant D.O.B.:

To Whom It May Concern:

We are the Disability Claim Administrator for your patient, Jason L English.

To evaluate Mr. English's eligibility for disability benefits and to help facilitate a return to work, when appropriate, we are requesting the following information:

- Office treatment notes, test results, prescription histories, and treatment plans from May 31, 2018 through present

- Completion of the Enclosed Forms:

__ Other

We ask that you provide this information by June 13, 2018. Failure to provide the requested information may result in an adverse benefit or claim determination. The information can be faxed to our office at our secure fax number (603) 334-7094 or mailed to the above address.

If prepayment is required, please fax an invoice indicating the number of pages, federal tax ID# and amount due.

Although HIPAA does not apply to disability insurance carriers, we understand your responsibilities under HIPAA as a health care provider, and our associated responsibility of ensuring this information is protected against deliberate or inadvertent misuse or disclosure.

The Genetic Information Nondiscrimination Act of 2008 (GINA) prohibits employers and other entities covered by GINA Title II from requesting or requiring genetic information of an individual

or family member of the individual, except as specifically allowed by this law. To comply with this law, we are asking that you not provide any genetic information when responding to this request for medical information.

‘Genetic information’ as defined by GINA, includes an individual’s family medical history, the results of an individual’s or family member’s genetic tests, the fact that an individual or an individual’s family member sought or received genetic services, and genetic information of a fetus carried by an individual or an individual’s family member or an embryo lawfully held by an individual or family member receiving assistive reproductive services.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209

MR. JASON L ENGLISH

Liberty Life Assurance Company of Boston
Group Benefits Disability Claims
P.O. Box 7209
London, KY 40742-7209
Phone No.: (855) 508-4895
Secure Fax No.: (603) 334-7094

June 7, 2018

Mr. Jason L English

RE: Short Term Disability (STD) Benefits
Toyota
Claim #: 6017589

Dear Mr. Jason L English:

Liberty Life Assurance Company of Boston ("Liberty") is responsible for managing claims for Short Term Disability (STD) benefits under
Toyota Motor Engineering & Manufacturing North America, Inc.'s Group Disability Plan. We are writing in reference to your claim for STD benefits under the Plan.

We are currently reviewing your eligibility for disability benefits, and are in need of additional information.

On June 6, 2018, we requested medical records from your provider. This information is necessary to complete our initial claims investigation. Please provide us with the following information to assist us with our review of your eligibility for benefits:

- Office treatment notes, test results, operative reports, prescription histories, and treatment plans from May 31, 2018 through present from your provider

If there are any other attending physicians or specialists, including physical therapy providers, that we are unaware of, please have them forward all medical records pertinent to your disability within the timeframe stated above.

Toyota Motor Engineering & Manufacturing North America, Inc.'s STD Plan requires that, in order to receive benefits, you provide proof of disability within a required timeframe. Your cooperation in providing the requested information is essential to our claim investigation.

In the absence of this information, your claim may be denied.

We ask that you provide us with this information no later than June 20, 2018 as required under the terms of the Plan.

If you have any questions regarding this matter, please contact me.

Sincerely,

Nick Torres
Disabil Claims Case Mgr I
Phone No.: (855) 508-4895 Ext. 41499
Secure Fax No.: (603) 334-7094