**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JASON ENGLISH,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**<br><br>**Defendant.** | ) | **CIVIL ACTION NO. 5:21cv271-DCR** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Jason English and Defendant The Lincoln National Life Insurance Company, hereby give notice that this case has settled. The parties are currently working on finalizing settlement documents and will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Respectfully submitted this 27th day of April 2022.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
(Admitted *Pro Hac Vice*)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**AND**

By: /s/Kevan M. Doran
Kevan M. Doran (KBA Bar No. 90631)
Email: kdoran@thedoranlawoffice.com

DORAN LAW OFFICE
Trial Lawyers, PLLC
2950 Breckenridge Lane, Suite 12A
Louisville, KY 40220
Telephone: (502) 208-4971
Facsimile: (502) 618-0605

COUNSEL FOR PLAINTIFF