UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON ENGLISH, | ) | |
| | ) | Civil Action No. 5: 21-271-DCR |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | **ORDER** |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

The Court has received notice that the parties have reached a settlement agreement in this matter. [Record No. 15] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. All pending deadlines, including those set forth in the Scheduling Order [Record No. 13], are **CANCELED**.

2. The parties are directed to tender a proposed agreed order of dismissal, with prejudice, **within thirty (30) days**.

Dated: April 27, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky