**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON**

| | | |
|---|---|---|
| **JASON ENGLISH,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO. 5:21cv271-DCR** |
| **v.** | ) | |
| | ) | |
| **LINCOLN LIFE ASSURANCE COMPANY OF BOSTON,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |

# ORDER OF DISMISSAL WITH PREJUDICE

The parties have filed a Joint Stipulation for Dismissal With Prejudice in this matter. Accordingly,

**IT IS HEREBY ORDRED** that this matter is dismissed with prejudice with all costs taxed against the party that incurred them.