UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| JASON ENGLISH, | ) | |
| | ) | Civil Action No. 5: 21-271-DCR |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | |
| | ) | |
| LINCOLN LIFE ASSURANCE COMPANY OF BOSTON, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

Plaintiff Jason English and Defendant Lincoln Life Assurance Company of Boston have tendered a joint stipulation of dismissal under Rule 41 of the Federal Rules of Civil Procedure. [Record No. 17] Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' joint stipulation [Record No. 17], docketed as a motion, is **GRANTED**.

2. This action is **DISMISSED**, with prejudice, and shall be **STRICKEN** from the docket.

3. The parties shall bear their respective costs, attorney fees, and expenses.

Dated: May 31, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky